Landscapers
Lawn Care
Lawn Mowing
Moving Companies
Painters
Pest Control
Plumbers
Pool Builders
Roofers
Septic Tank Cleaning
Soil Delivery
Tile Contractors
Tree Removal
Window Glass Repair
Window Installers
Window Repair
See All Categories Near You
**Download HomeAdvisor's Free App**

‹ House Cleaning & Maid Services

# American Pro Hydro Services, LLC

5.0 | 79 Verified Reviews



**HomeAdvisor Screened & Approved**
Learn about our screening process ›

**100%**
Recommended

**3**
Years In Business

## Achievements

     

## Company Details

Get a Quote



# HomeAdvisor Powered by Angi

HomeAdvisor
Powered by Anai

Start a Project View Popular Projects



< 
Back
**Most Popular Projects**
Additions & Remodels
Air Conditioning & Cooling
Bathroom
Builders (New Homes), Architects & Designers
Cabinets & Countertops
Carpentry
Carpet
Cleaning Services
Concrete, Brick & Stone
Decks, Porches, Gazebos & Play Equipment
Decorators & Designers
Driveways, Patios, Walks, Steps & Floors
Drywall & Insulation
Electrical, Telephone & Computers
Fences
Flooring
Foundations
Garages, Doors, Openers
Gutters

Get a Quote

## Reviews

Write a Review

Showing 1-10 of 79 reviews

Newest First

**5.0 Ella B. Guntersville, AL**
10/30/2020
- Clean Gutters and Downspouts

Joshua is the best! Looking forward to doing more business next year.

**5.0 Russ O. Hanceville, AL**
9/21/2020
- Clean Gutters and Downspouts

Very professional company! Very detailed and very efficient in details throughout the entire process, Iâ m very pleased ! I highly recommend this company to any needing this type of service!

**5.0 Suzanne G. Harvest, AL**
9/19/2020
- Clean Gutters and Downspouts

Showed up on time and did a great job!

**5.0 Alan D. Madison, AL**
9/15/2020
- Clean Gutters and Downspouts

Excellent experience with American Pro Hydro! I canÃ¢Â Â t begin to say just how well this job went. When I submitted an inquiry for someone to call, I promptly received a phone call from Josh. We had a detailed quote the next day and were even fortunate enough to take advantage of a last second opening to immediately schedule the job. This is an exceptionally well managed business with close attention to detail and customer service. Thank you!

**5.0 Jan B. Huntsville, AL**
6/17/2020
- Clean Gutters and Downspouts

Great job! Joshua made sure everything was right with me before he left. Always on time. I&#39;ll call again.

**5.0 Cindy W. Guntersville, AL**
6/11/2020
- Clean Gutters and Downspouts

Did a fantastic job, was here when he said he would be, always replied to answer my questions. I live in an older home with old pebble concrete, it looks so good after a pressure wash:-) Would definitely recommend!

**5.0 Amanda P. Huntsville, AL**
6/2/2020
- Clean Gutters and Downspouts

Great service! Polite, good pricing, and did a great job. Definitely recommend!

**5.0 William L. Somerville, AL**
5/15/2020
- Powerwash Exterior Surfaces

I would hire this company again, when I have power washing work to be done.

**5.0 Susan P. Crane Hill, AL**
5/6/2020
- Clean Gutters and Downspouts

**5.0 Hans S. Springville, AL**
3/17/2020
- Clean Gutters and Downspouts

on time on target

# Reviews

**Write a Review**

Showing 11-20 of 79 reviews

Newest First

5.0 Lanna J. Scottsboro, AL
3/10/2020
- Powerwash Exterior Surfaces - For Business

They were eager to set up a meeting and give an estimate within a few days. They were very personable, showed up on time and the work they did was outstanding. I have already recommended them to other people. Thank you for such great service!

5.0 Daniel R. Harvest, AL
3/1/2020
- Clean Gutters and Downspouts

Excellent customer service !!!!!

5.0 Vinson M. Madison, AL
2/13/2020
- Powerwash Exterior Surfaces

Very professional from Office Manager (Phone calls) to on-site work. Made sure everything looked good and that I was satisfied before leaving. Outstanding job.

5.0 Karen M. Arab, AL
1/15/2020
- Powerwash Exterior Surfaces

Josh called to let me know he was running a little late but showed at the time he told me. He went straight to work cleaning the cement steps of leaves. He then cleaned the gutter on the back of the house which was full of leaves. He than cleaned the deck of debris and leaves. After he finished he made sure i was happy with his work. I am going to have him come back and power wash the deck. He also cleaned the steps and walk way of leaves. He does what he says he will do and provides excellent work. His pricing are very reasonable.

5.0 Clyde and ameli C. Scottsboro, AL
1/13/2020
- Powerwash Exterior Surfaces

Josh and his crew arrived early. Over the next four hours, we watched 20 years dissolve and wash away from our home. It was absolutely amazing. Josh made sure that every square inch of exterior surface was tended to and we were pleased with the result. We would recommend his company to anyone requiring this type of service. I am sure that we will be utilizing his services again. 5.0 for 5.0....

5.0 Clyde C. Jacksonville, FL
1/12/2020
- Powerwash Exterior Surfaces

Josh and his crew arrived early. Over the next four hours, we watched 20 years dissolve and wash away from our home. It was absolutely amazing. Josh made sure that every square inch of exterior surface was tended to and we were pleased with the result. We would recommend his company to anyone requiring this type of service. I am sure that we will be utilizing his services again. 5.0 for 5.0....

5.0 Sherry T. Cullman, AL
1/12/2020
- Clean Gutters and Downspouts

5.0 David W. Decatur, AL
1/12/2020
- Clean Gutters and Downspouts

AWESOME WORKING WITH THIS TEAM TO GET MY PROJECT COMPLETED IN VERY SHORT ORDER. EXCELLENT WORK FOR A REASONABLE PRICE.

**5.0 John D. Huntsville, AL**
1/10/2020
- **Clean Gutters and Downspouts**

I found them to be great to deal with and very professional. The end result exceeded my expectations!! I would rate the as the best. I will hire them again and be proud to recommend them.

**5.0 Shawn G. Owens Cross Roads, AL**
1/8/2020
- **Clean Gutters and Downspouts**

Josh was super professional and did a thorough job.

# Reviews

**Write a Review**

Showing 21-30 of 79 reviews

Newest First

**5.0 Michael F. Trussville, AL**
1/8/2020
- **Clean Gutters and Downspouts**

Am Pro Hydro was very professional as well as respectful of my property. I enjoyed doing business with them. Worth every penny i spent with them.

**Response from Company:**
Thank you for your feedback! It was our pleasure working for you. Please feel free to contact us in the future for all your exterior cleaning needs.

**5.0 Beth R. Arab, AL**
12/31/2019
- **Powerwash Exterior Surfaces**

Very professional...cleaned up to where didn t know they were there. Prompt service and good price...will use them again

**5.0 Kam B. Huntsville, AL**
12/28/2019
- **Clean Gutters and Downspouts**

Very professional service. They were thorough with providing information on what they did and advice on how to avoid future maintenance issues. We will hire them again. Highly recommended.

**Response from Company:**
Thank you sir! it was a pleasure working for you! Happy Holidays! see you next year! -

**5.0 Lori W. Kimberly, AL**
12/25/2019
- **Clean Gutters and Downspouts**

Thorough job and great communication! Before and after pictures showed how my gutters looked brand new after the cleaning!

**Response from Company:**
Thank you for the review! Its was a pleasure working for you. See you in the spring!

**5.0 Jean B. Cullman, AL**
12/21/2019
- **Clean Gutters and Downspouts**

Joshua was very personable, knowledgeable, and did an excellent job cleaning our gutters and roof. We scheduled return visits every six months since we have so many trees and debri clogging our gutters. We also plan to use his company for our power washing in the spring. As military retirees with 55 years total service, we are very pleased to be using the services of a fellow veteran! David and Jean Bagdasarian

**5.0 Martin B. Huntsville, AL**
12/11/2019
- Clean Gutters and Downspouts

Prompt response to initial query. Fast appointment. Great job and great value. Very friendly folks. Severe storms moved through last night. Gutters handled everything with no overflows. I will call them again.

**Response from Company:**
Thank you so much Mr. (customer name withheld per their request) for your review! We are so glad you are pleased! We look forward to a continued relationship! -

**5.0 Yvonne A. Huntsville, AL**
12/9/2019
- Clean Gutters and Downspouts

Joshua and his helper were on time, a little early, in fact, called before coming, did a super job, were very courteous, cleaned up anything that needed cleaning up, will hire them again. Great job. Thank you. Yvonne

**5.0 Chelsea G. Springville, AL**
12/5/2019
- Clean Gutters and Downspouts

Joshua and his team did an absolute fantastic job!! They cleaned my gutters, replaced flood lights, and also pressure washed my painted deck and siding! They did a great job! We will definitely use them in the spring for the rest of our projects!

**5.0 Michelle K. Madison, AL**
12/4/2019
- Clean Gutters and Downspouts

Very professional, kept me advised of when ETA was, and the work was done very well. My home is ready for the holidays. I would highly recommend the gutter cleaning with outer wash. Power wash is also excellent and Josh&#39;s forte.

**5.0 Steve T. Oneonta, AL**
11/25/2019
- Clean Gutters and Downspouts

Very professional. On time and efficient. Work quality is excellent. Highly recommended.

# Reviews

Write a Review
Showing 31-40 of 79 reviews

Newest First

**5.0 Robert S. Union Grove, AL**
11/18/2019
- Powerwash Exterior Surfaces

They did an excellent job.

**5.0 Barbara G. Huntsville, AL**
10/23/2019
- Clean Gutters and Downspouts

Josh was excellent. A real professional that obviously knows his business. Prompt and thorough. Would highly recommend him.

**5.0 Joe C. Albertville, AL**
10/17/2019
- Clean Gutters and Downspouts

Extremely professional. Work was outstanding at a very fair price. Will be calling to use their services again next year.

**5.0 Frank C. Huntsville, AL**

**10/8/2019**
- **Powerwash Exterior Surfaces**

Very professional, on time, great quality work, a pleasure to work with. Highly recommended

**5.0 Tina L. Huntsville, AL**

**9/23/2019**
- **Clean Gutters and Downspouts**

This company s representative was on time for the walk thru, very easy to talk to, he made several recommendations. I scheduled the appointment and the representative arrived on time to start the work. Excellent work, I have scheduled them to return for the fall clean.

**5.0 Guy G. Huntsville, AL**

**9/20/2019**
- **Clean Gutters and Downspouts**

The owner operator worked very hard and did an amazing job. His knowledge and professionalism is a credit to the younger professionals today. I will use them again and would recommend them to anyone needing these services. He is also a veteran and I appreciated the work he did for our country and for my home.

**4.5 Lori M. Grant, AL**

**9/10/2019**
- **Powerwash Exterior Surfaces**

Josh arrived on time, payed attention to detail and worked quickly. Our brick house had never been washed. We didn&#39;t realize how dingy and dirty it had become. The brick and trim look new now! We love it. A week after Pro Hydro finished, I asked Josh to come check a spot on one of the dormers that I saw had some lichen on it. Josh came right away and addressed it! Customer service and quality superior.

**5.0 Sheryl L. Theodore, AL**

**8/30/2019**
- **Powerwash Exterior Surfaces**

The most hard working professional I have ever hired. Really so happy with this outcome and experience.

**5.0 Carl C. Mobile, AL**

**8/20/2019**
- **Powerwash Exterior Surfaces**

Josh and his helper were courteous and professional. I will use their services again and highly recommend them.

**5.0 Kim S. Theodore, AL**

**8/13/2019**
- **Powerwash Exterior Surfaces**

Very professional, his knowledge of how to perform the job was amazing. He explained what he was doing and what products he uses. He made sure he checked to make Sure he cleaned everything, he is a people person and extremely polite. He has all tools and equipment to do an outstanding job. He is the meaning of professionalism. You will be very pleased with him and his work, because he knows what he is doing.

# Reviews

**Write a Review**

Showing 41-50 of 79 reviews


Newest First

**5.0 Lacy R. Mobile, AL**

**8/12/2019**
- **Clean Gutters and Downspouts**

Amazing results! Very professional and prompt. Will use this company again in the future and recommend to others.

**5.0 Deb H. Fairhope, AL**
8/9/2019
- Clean a Roof

On time, efficient, quality work. Would highly recommend this company. I had my metal roof cleaned from algae, house pressure washed and concrete drive cleaned.

**5.0 Maggie P. Mobile, AL**
8/8/2019
- Clean Gutters and Downspouts

**5.0 David B. Daphne, AL**
7/24/2019
- Clean Gutters and Downspouts

Excellent customer service and work. Highly recommend.

**5.0 Maxine &amp;amp;amp; barney G. Gulf Shores, AL**
7/21/2019
- Powerwash Exterior Surfaces

The technician did a fantastic job on a three story home all by himself. He began at 7:30am and was finished by early afternoon. The procedure was new to me but our dirty home was beautiful again. We have some additional paint issues that he has taken upon himself to see if he can find a solution for us. Very courteous young man. We will hire him again.

**5.0 Stephen M. Gulf Shores, AL**
7/17/2019
- Clean Gutters and Downspouts

On time and professional. Fair price.

**5.0 Joe D. Daphne, AL**
7/3/2019
- Clean Gutters and Downspouts

They are prompt, knowledgeable, experienced, and just do a wonderful job! Josh cleaned our gutters and our back patio. Our gutters look like new! Since this is a family and combat veteran owned business, I definitely recommend them.

**Response from Company:**
Thank you, Mr. Jon D.! It was a pleasure working for you!

**4.0 August E. Daphne, AL**
6/27/2019
- Clean Gutters and Downspouts

**5.0 Diane P. Mobile, AL**
6/26/2019
- Clean Gutters and Downspouts

They were very prompt and professional. They did a great job!!

**5.0 Patricia H. Theodore, AL**
6/26/2019
- Powerwash Exterior Surfaces

Excellent overall experience. The technician performed his job in a very thorough and very timeless manner, I will highly recommend your company to everyone I know.

# Reviews

Write a Review
Showing 51-60 of 79 reviews

Newest First 

**5.0 Vivien B. Spanish Fort, AL**
5/30/2019
- Powerwash Exterior Surfaces

I was very impressed with the work that was done. The crew was excellent and the leader of the team was very professional about his work. Arrived on time and work was completed in a timely manner. Always checking their work and making sure I was involved. My house looks fabulous and we look forward to having them back next year.

5.0 Vernon (tom) W. Mobile, AL
5/17/2019
- **Powerwash Exterior Surfaces**

High quality. Professional in work and appearance. Double checked work for great quality. Arrived on schedule. Completed in a most timely manner. No wasted motion. All their equipment was well maintained. Observed highest standards of safety. Will most assuredly use again. Veteran owned business and performance justified hiring them for our work. House, driveway, sidewalk, and curbing never looked better.

5.0 Judith L. Mobile, AL
5/16/2019
- **Clean Gutters and Downspouts**

I was very impressed with the young man and his crew who did the job. They were very courteous, professional, and I was totally satisfied with their work.

5.0 Dj J. Mobile, AL
5/15/2019
- **Powerwash Exterior Surfaces**

Great team work on getting a home power washed - respectable gentlemen

5.0 Mary Q. Mobile, AL
4/30/2019
- **Powerwash Exterior Surfaces**

Hands down the best pressure washing company I have ever worked with. Joshua is very hardworking, Professional and pays special attention to detail. Wish there was a better rating than 5.

**Response from Company:**
We appreciate your valuable review Mary! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

5.0 Tom K. Foley, AL
4/27/2019
- **Powerwash Exterior Surfaces**

Outstanding service, on time, professional, respectful, fairly priced. Great Job! I would highly recommend them.

**Response from Company:**
Thank you Tom for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

5.0 Maddelina W. Mobile, AL
4/24/2019
- **Clean Gutters and Downspouts**

Explained their process and did exactly what they said they would. We had them power wash the house, driveway, pool deck, retainer wall and clean our gutters. Very reasonably priced. They did a great job. Took extra care when needed. Very professional. Would highly recommend this company!!

**Response from Company:**
We appreciate your valuable review Maddelina! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

5.0 Margaret C. Mobile, AL
4/24/2019
- **Powerwash Exterior Surfaces**

They are very nice and friendly. Courteous and very helpful. Thanks American Pro Hydro Services.

**Response from Company:**

Thank you Margaret for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

**5.0 Gloria M. Spanish Fort, AL**
4/16/2019
- Powerwash Exterior Surfaces

Arrived within 20 minutes of original contact. Came back 2 days later to clean driveway and sidewalks. Very happy with the work done and how quickly the work was finished.

**Response from Company:**
We appreciate your valuable review Gloria! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

**5.0 R. I. P. Mobile, AL**
4/3/2019
- Powerwash Exterior Surfaces

very professional Service. Very reasonable prices. They showed up on time and completed on time. They took extra care to deal with any extra needs that we had. I recommended them highly. Simply the best!

**Response from Company:**
Thank you for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

# Reviews

Write a Review
Showing 61-70 of 79 reviews


Newest First

**5.0 Stan H. Daphne, AL**
3/31/2019
- Powerwash Exterior Surfaces

Was early, timely, thorough, respectful, and polite.

**Response from Company:**
We appreciate your valuable review Stan! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

**5.0 Keela S. Saraland, AL**
3/26/2019
- Clean Gutters and Downspouts

I would highly recommend American Pro Hydro Services. They explained in detail the cleaning process and were on time and did exactly what was asked. I would definitely use them again. Very professional

**Response from Company:**
Thank you Keela for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

**5.0 Mark C. Fairhope, AL**
3/26/2019
- Powerwash Exterior Surfaces

Very professional. Excellent value. Worked hard the entire time and were very thorough and detail oriented.

**Response from Company:**
We appreciate your valuable review Mark! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

**5.0 Esther D. Mobile, AL**
3/25/2019
- Powerwash Exterior Surfaces

In today s world it s hard to find reliable and communicative trades but Josh and team is exactly that! A taste of the way it should be. I wish Josh incredible continued success as he builds his business! C. Esther deWolde, CEO Phantom Screens

**Response from Company:**
Thank you Mrs. Ester for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

**4.0 William H. Summerdale, AL**
3/25/2019
- Clean a Roof

**Response from Company:**
Thank you William for your review! We are grateful to be able to serve our community individuals.

**5.0 Laura tassie H. Loxley, AL**
3/23/2019
- Powerwash Exterior Surfaces

Very professional, very personable.. They were fast and did a GREAT JOB

**Response from Company:**
Thank you Mrs. Laura for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

**5.0 Don J. Daphne, AL**
2/5/2019
- Powerwash Exterior Surfaces

Josh gave me an estimate around 3 pm. I received another estimate by 3:30. Needless to say, his quote and presentation won the bid. Three hours later the job was complete and everything was professionally done. Great job and a promise to return if anything was overlooked. Would highly recommend this company!!

**Response from Company:**
Don J, Thank you so very much for allowing American Pro Hydro Services to service you! We will see you next year!

**5.0 Jeanne C. Gulf Shores, AL**
2/4/2019
- Powerwash Exterior Surfaces

Very professional and did an excellent job. Have scheduled them for next year.

**Response from Company:**
We appreciate your valuable review Jeanne! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

**5.0 Jan W. Gulf Shores, AL**
1/10/2019
- Powerwash Exterior Surfaces

American Pro Hydro Services is an excellent Company for all your pressure washing needs. I was impressed with the professionalism demonstrated. License and proof of insurance were presented and the area to be cleaned was measured... cost of service was determined from the size of area to be cleaned. The three-step application and cleaning agents were explained and all of my questions were patiently answered. I was very pleased with the final results. My decks were covered in black algae and when Josh was finished, the wood looked new. The house and driveways were sparkling! I hope to use them once a year to keep that clean, fresh appearance.

**Response from Company:**
We appreciate your valuable review Jan! Thank you for being an amazing customer and allowing us the privilege to serve you and you home. We are excited to see you next year!

**5.0 Camille S. Mobile, AL**
1/8/2019
- Powerwash Exterior Surfaces

Prompt, reliable, and professional. Josh did a remarkable job of cleaning my previous horrific concrete areas. I am now the proud of all the cleanliness around my home. I would recommend him without reservation. Thank you Josh for your work ethics, which are stellar.

**Response from Company:**
Camille S, Thank you so very much for allowing American Pro Hydro Services to service you! We will see you next year!

## Reviews

Write a Review
Showing 71-79 of 79 reviews

Newest First

**5.0 Dianne E. Mobile, AL**
1/7/2019

- Powerwash Exterior Surfaces

Mr.James was courteous and very professional.He was on time and explained the process that he uses.I recommend him highly.I am very pleased with his work.

**Response from Company:**
We appreciate your amazing review Mrs. Dianne! It was a pleasure to be able to provide you with a safe and healthy way to clean you home.

**5.0 Cynthia A. Theodore, AL**
12/22/2018

- Powerwash Exterior Surfaces

Joshua was very prompt and professional. He took the time to explain his techniques and the work look Amazing!...Now that I have the best looking house on the block, I'm certain my neighbors will also be calling him

**Response from Company:**
Thank you Mrs. Cynthia for taking your time to give such a wonderful review. We value having you as a customer and hope to hear from you next time you need a cleaning!

**5.0 Angie E. Stapleton, AL**
11/9/2018

- Powerwash Exterior Surfaces

Josh was very professional explaining the chemicals that he would use and the results that I could expect. I was on a tight time frame getting the work done and he was very accommodating. I highly recommend this company! Top Notch customer service!

**Response from Company:**
Thank you so much Angie for taking the time to review our work! We take pride in what we do and making sure our customers are happy! Please keep us in mind for future projects!

**5.0 Larry T. Point Clear, AL**
9/21/2018

- Powerwash Exterior Surfaces

excellent job, very reasonable price

**Response from Company:**
Thank you Mr. Larry for your review. We value having amazing customers like yourself. Thank you for allowing us the opportunity to serve you and your home!

**5.0 Julie B. Daphne, AL**
9/6/2018

- Powerwash Exterior Surfaces

Josh was very professional and detailed when he explained the process of washing my home. He showed up on time, and took great care in caring for my home. His pride really shows in his work. Everything looks wonderful. I will be calling him again .

**Response from Company:**

Thank you Mrs. Julie for your comment. We are blessed to have the opportunity to serve our community individually and as a whole. Feel free to stop by anytime you see us around . Hope to hear from you next year!

**5.0 Helen N. Mobile, AL**
8/31/2018
- Powerwash Exterior Surfaces

Josh did an excellent job. In addition, he is professional, courteous and has a very strong work ethic. I would highly recommend American Pro Hydro Services for anyone with power washing needs.

**Response from Company:**
Thank you Mrs.Helen for your review. We are grateful to have you as a valuable client. See you next year!

**5.0 Mike W. Mobile, AL**
8/31/2018
- Powerwash Exterior Surfaces

Josh did a really great job. Above and beyond. I was completely satisfied with the outcome.

**Response from Company:**
Thank you Mr. Mike! It was such a pleasure to be able to serve you and make your family home like new. Please feel free to contact or refer us anytime if you need follow up service. Never hesitate to stop by and say hello if you see us around!

**5.0 Faye E. Saraland, AL**
8/18/2018
- Powerwash Exterior Surfaces

If you are looking for someone to power wash your home or your driveway use American Pro Hydro Services. Joshua is very knowledgeable about his work also a very hard worker will not leave till job is finished and you are pleased with the work. Believe me you will not be unhappy with this company. I will be using them to do all my powerwashing in the future. Excellent company! Faye Edwards

**Response from Company:**
Thank you, Mrs. Edwards. It was such a great experience working for you and for us to provide our best quality of work. We look forward to seeing you again next year!

**5.0 Kathleen G. Mobile, AL**
8/15/2018
- Powerwash Exterior Surfaces

Brought professionalism to a whole other level . Exceptional service and work ethic makes for elated clients.

**Response from Company:**
It was such a pleasure meeting you and your husband. It was nice to see the outcome of your home after we had washed it. You have such a beautiful home! We hope to see you next year with the same results. Thank you so much!