IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 21-28-12
                                   )    Washington, D.C.
       vs.                         )    April 9, 2021
                                   )    2:00 p.m.
JOSHUA A. JAMES,                   )
                                   )
          Defendant.               )
_____)
```

TRANSCRIPT OF DETENTION HEARING
VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Troy A. Edwards, Jr.
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7081
                             Email:
                             troy.edwards@usdoj.gov


For the Defendant:           Joan Robin
                             Law Office of Joan Robin
                             114 North Street
                             Alexandria, VA 22314
                             (703) 349-1111
                             joni@jonirobinlaw.com

APPEARANCES CONTINUED:

Pretrial Officer:              DaShanta Valentine-Lewis

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-28-12, the United States of
 4   America versus Joshua A. James.
 5              Troy Edwards for the government.
 6              Joni Robin for the defense.
 7              DaShanta Valentine-Lewis for Pretrial Services.
 8              The defendant is appearing via videoconference for
 9   this hearing.
10          THE COURT:  Okay.  Good afternoon to everybody.
11   Can everybody hear me okay?
12          MS. ROBIN:  Yes, Your Honor.
13          THE COURT:  All right.
14          Mr. James, can you hear me?
15          THE DEFENDANT:  Yes, sir, I can hear you loud and
16   clear, sir.
17          THE COURT:  Okay.  Very good.
18              All right.  So we're here this afternoon on a
19   motion to the review or reconsider Mr. James's pretrial
20   detention.  The motion was filed by Mr. James, and the
21   government has responded and continues to move for his
22   detention.
23              So why don't we start with the defense.  And, you
24   know, there's a lot that's been filed in the government's
25   motion, there's a lot in there.  I don't know how much of it
```

1    you've had an opportunity to consider.  And so I'll turn to

2    the defense first and give you an opportunity to respond to

3    what the government's added in its motion or in its

4    opposition, I should say.

5              MS. ROBIN:  Thank you, Your Honor.

6              With respect to that one particular aspect of

7    today's argument, I will say that we received the

8    government's pleading timely, because they filed it just

9    minutes before midnight last night.  But at the same time,

10   we also received access to roughly 1600 pages of material

11   related to the search of his cell phone that was seized a

12   month ago.  It appears that the cell phone extraction

13   occurred on March 30th; and in any event, we received access

14   to it, I think, last night around 10:30.  I actually didn't

15   see that until this morning when I woke up.

16             The defense does have a bit of a dilemma, because

17   obviously our position was that the government essentially,

18   after we filed our motion, started kind of looking for

19   information to bolster their argument.  And to the extent

20   that they've now filed these 1600 -- this pleading that

21   references information that's within the 1600 pages, we're

22   reluctant to want to ask for a continuance, because, in some

23   ways, my client has been looking forward to this detention

24   hearing for quite some time, he's been held for 30 days now.

25   He -- and, quite frankly, I think that for us to ask for a

1    continuance really simply encourages the late filing on the

2    part of the government.

3            I understand that this has been a compressed

4    timeline for everyone involved, but that's by nature and

5    design.  In fact, under the statute which contemplates that

6    when someone is charged and presumed innocent of the

7    charges, that they should be entitled to a prompt review of

8    the magistrate's detention.  So it is by design that it

9    should be a compressed timeline.

10           And I would point out, Your Honor, that the

11   government --

12           THE COURT:  Ms. Robin, let me just interrupt you

13   if I can.

14           Look, I appreciate all of that.  I mean, some of

15   this is a function of -- some of this is a function of just

16   the schedule that I laid out.  But I also want to be clear

17   here that I don't want to prohibit the defense from giving a

18   full-throated response to what's in the government's

19   opposition.

20           So if there's a concern here that the schedule has

21   prevented you all from doing that, then I want to make sure,

22   so the record's clear, that I'm happy to give you the

23   additional time.  And it doesn't necessarily mean it's a lot

24   of time, but I'm happy to give you the time, because, as

25   you've said, the schedule has been compressed and you may

```
1    not have had as much access to this information as you might
2    have otherwise liked.
3              MS. ROBIN:  To be clear, Your Honor, I don't know
4    that it's so much the schedule as the government's decision
5    on termination -- discretion, I should say, on when to begin
6    reviewing the evidence.  They've known for over two weeks
7    that we intended to file the bond motion because we notified
8    them.
9              And so I don't think that asking us to continue
10   it, it's not something that Mr. James wants to do, and we
11   don't -- quite frankly, I don't want to incentivize the
12   government to file things late.  So I don't -- that's not
13   what we're asking the Court to do.
14             What we are asking the Court to do is to
15   consider -- at a minimum, the late disclosures should bear
16   on the weight that the Court attributes to this information
17   that's been obtained from the cell phone extraction because
18   of the fact that the defense has not had an adequate
19   opportunity to review the records.
20             But also, to make sure, because the government in
21   this case does have, I think, a history of misconstruing
22   communications among these defendants.  And not simply
23   Mr. James.  I think, perhaps, the prime example that comes
24   to mind is Defendant Caldwell, who the government, I think
25   at one time, inappropriately alleged was the commander of
```

1    the Oath Keepers, when, in fact, he actually was merely a

2    commander in the United States Army.  I think that they

3    misconstrued his social media to believe that he actually

4    entered the Capitol, when, in fact, they later realized

5    he didn't enter.

6              And I think that there are similar

7    misconstructions with respect to the evidence against

8    Mr. James.  Just to point to the simple one, the government,

9    I think, repeatedly refers to him as holding himself out as

10   a leader of the Oath Keepers, which has never been the case.

11   In fact, his alleged Signal chat and the Signal

12   communications specifically says "POC," which is "point of

13   contact," which is quite distinguishable from the

14   individuals who were leaders, whose handles, in fact,

15   reference their leadership position.

16             THE COURT:  Ms. Robin, would it -- I mean, I guess

17   the way I read the evidence that's been presented is that

18   while your client -- and, you know, I've got the benefit

19   here of having seen all of the evidence that the government

20   has presented, at least to me, with respect to all the

21   defendants in this case.

22             And at least my read of where your client is

23   situated is that he's not necessarily a leader in the sense

24   that one might say of Ms. Watkins or Mr. Meggs, Kelly Meggs,

25   for example.  I think clearly they, based on the evidence,

```
 1    are at the top of the chain, if you will.  And maybe the

 2    government disagrees with that; and if I'm wrong, they'll

 3    let me know this.  But your client seems to fall sort of

 4    into the next level.  He's certainly not at the level as

 5    some of the defendants are in this case who seem to be sort

 6    of foot soldiers at most, but, rather, is somebody who did

 7    have the commanding role with respect to others but perhaps

 8    was not the general.  Hopefully I'm not overly using

 9    military terms here, but he seems to kind of fall somewhere

10    further down the chain of command but not at the bottom.

11              MS. ROBIN:  Your Honor, and regarding that, I

12    would say any -- I guess when you're talking about

13    leadership role or commanding role, I think the question has

14    to be, well, of what?  And if the question was, did he play

15    any sort of commanding role or leadership role in any sort

16    of criminal conspiracy, I think the answer is very clearly,

17    there's simply no evidence whatsoever to suggest that.

18              At most, there's evidence that he was the leader

19    of a team that was engaged in perfectly legal private

20    security detail that was -- that they were engaged to do for

21    high-profile speakers and attendees at the rally and at the

22    events on the 5th and the 6th, and I think, very publicly,

23    he's alleged to be on video, in fact, engaging in his

24    duties, providing security detail for a very high-profile

25    individual on both the 5th and the 6th.
```

1          But in terms of any sort of leadership role, at

2    most, it is the leader of a small security detail that's

3    engaged in perfectly legal activities.  They're simply --

4    any contact at all or any communications at all, all goes --

5    for him, all goes back directly to him providing security

6    detail.

7          And what's so important about --

8          THE COURT:  So I guess, Ms. Robin, what's so

9    interesting about -- what I found interesting about these

10   proceedings is that there's some truth in what you say, in

11   that at least the evidence, I think, fairly construed, seems

12   to suggest that there was an organized effort to provide

13   security, and I don't know if the government disputes that.

14          But, you know, this -- that sort of falls apart to

15   some extent when there are these communications and your

16   client is right in the middle of them involving this quick

17   reaction force.  You know, it's one thing to provide private

18   security, it's quite another thing to anticipate violence

19   and encourage people to come to Washington, D.C. and make

20   sure that you've got a cache of weapons stationed outside

21   the District of Columbia in case things go badly.  I mean,

22   that's the concern; I mean, that there is the concern about

23   future violent behavior.

24          And you're right, no amount of -- there's no doubt

25   that engaging in private security is -- there's nothing

1    unlawful about that, but this seemed to go beyond that.

2              MS. ROBIN:  I understand the Court's concern.

3              And I will say that I haven't seen any evidence at

4    all that there actually was a quick reaction force that day.

5    I've certainly seen talk and chatter about anticipation of

6    that.  But in terms of evidence that there actually was such

7    a force that day or that there was any sort of individual

8    armed or group of individuals armed attempting to come into

9    D.C., I haven't seen any evidence of that whatsoever.

10             So I do understand the Court's concerns, but I do

11   feel pretty confident at this point, at least with respect

12   to the Signal chats, I haven't seen anything that suggests

13   that my client was a knowing participant or attempting in

14   any way to bring weapons into D.C.  And I think that the

15   only communications that they have referenced in terms of

16   the events actually of January 6th, that took place on

17   January 6th, are merely phone contacts.  It's not clear how

18   many of them actually connected, and certainly the contents

19   of those conversations are completely unknown.

20             So the Signal chats with respect to my client are

21   very much about this private security detail, and no

22   indication whatsoever of any planning -- certainly no

23   planning whatsoever or pre-meditation or coercion involving

24   taking over the Capitol or anything in that nature.  And,

25   quite frankly, if that had been the plan, he was nowhere

1    around when it allegedly began.  He wasn't part of this

2    stack of individuals that -- among whom I think are the

3    higher up people that Your Honor had mentioned.  But he

4    wasn't anywhere around when that was taking place.  And, in

5    fact, it was, you know, roughly, I think, 35 minutes later

6    that he and Mr. Minuta, who is also on release, are alleged

7    to have come into the Capitol.

8            And, again, no information whatsoever in terms of

9    concerns about violence or anything of that nature, he's not

10   alleged to have engaged in violence.  I know at most,

11   I think the government has pointed to the fact that he was

12   in the vicinity of Mr. Minuta when Mr. Minuta was

13   aggressively kind of taunting police.  But if you look at

14   the photographs, you see that he's roughly 10 to 15 feet

15   away, he's not even looking, he's looking down, while Minuta

16   is engaging in these actions.  So certainly the fact that

17   Minuta is out and Mr. James is in, I think, is indicative

18   that that should not be held against Mr. James if

19   he didn't --

20           THE COURT:  No, it wouldn't be -- certainly not

21   held against him.  But Mr. Minuta, I'm not that familiar

22   with the evidence against him, because he obviously hasn't

23   come before me for detention purposes.  But where was he --

24   and maybe this is better pointed to the government, but

25   where was he arrested and where did he make his initial

1    appearance?

2            MS. ROBIN:  He was arrested in the Southern

3    District of New York, Your Honor.

4            THE COURT:  Okay.

5            MS. ROBIN:  He lives in Texas.

6            And I know that recently, the government agreed to

7    amend his conditions of release to permit -- he actually, of

8    all the defendants, has the least restrictive conditions of

9    release.  And the government actually agreed to amend the

10   conditions to make them even less restrictive to permit

11   travel, I believe, additional interstate travel.

12           And I mean the interesting --

13           THE COURT:  That's right.  He lives in Texas but

14   he needs to travel for work.

15           MS. ROBIN:  I think he has a tattoo shop in

16   New York or something to that effect.  The government can

17   correct me.

18           MR. EDWARDS:  Yes, Your Honor.

19           I can just provide a little bit of detail for

20   Mr. Minuta.  He was arrested on March 6th in the Southern

21   District of New York, where he has a business -- let me make

22   sure you can hear me.  Yeah.

23           THE COURT:  I can hear you.

24           MR. EDWARDS:  -- where he has a business in

25   New York, and he resides, as of recently, earlier this year,

1    in Prosper, Texas.

2            The correction to the conditions of release

3    included correcting the District, because some of the

4    districting lines were incorrect on the original conditions

5    of release, according to defense counsel.  And we had a

6    conversation about making sure that the district lines were

7    correctly designated as to where he lived so he didn't have

8    to seek permission incorrectly.

9            THE COURT:  Okay.

10           MR. EDWARDS:  And so to be clear, it didn't

11   allow -- sorry.  I apologize.

12           To be clear, the intent was not to allow

13   interstate travel.  It was to allow him to travel freely in

14   Texas to be able to avoid having to cross that line from his

15   residence.

16           THE COURT:  All right.

17           So this didn't involve business traveling, right?

18           MR. EDWARDS:  The original release conditions from

19   the Southern District of New York, over our, I believe our

20   objection, was --

21           THE COURT:  All right.  Okay.

22           MR. EDWARDS:  -- to allow him to travel for work.

23           THE COURT:  All right.

24           And would that include travel to New York?

25           MR. EDWARDS:  It did.

1        We attempted to restrict that when he came to

2   D.C., and -- through the magistrate court.  And our

3   understanding is he now needs to seek notification through

4   PSA and has more restrictive conditions, rather than free

5   travel between the two districts, is my understanding.

6        THE COURT:  Okay.

7        And just to be clear, when you say "the two

8   districts," you mean between the Southern District of

9   New York and Texas?

10        MR. EDWARDS:  That's correct, Your Honor.

11        THE COURT:  Okay.

12        Ms. Robin, why don't you go ahead.

13        MS. ROBIN:  So just to kind of close the loop on

14   Your Honor's question regarding Mr. Minuta, I would submit

15   that his conduct certainly seems to be alleged to be more

16   egregious because he is the primary individual that's

17   referenced throughout Mr. James's affidavit.

18        They repeatedly talk about how -- Mr. Minuta's

19   aggressive conduct towards police, and admit freely that

20   Mr. James was not engaged in the same conduct but that he

21   was in the presence several feet away on at least one of the

22   occasions when Mr. Minuta was engaging in his conduct, and

23   he didn't actively stop him.

24        So in terms of just culpability levels, it's our

25   position that it's quite clear from a mere reading of the

1   affidavit, and even in the indictment, that Mr. James would

2   be below the level of where Mr. Minuta is.

3          I would also point out that I think also relevant

4   for purposes of bond is, I know, you know, these most recent

5   allegations, in light of the additional disclosures that

6   came late last night, referenced these alleged obstructions

7   or deleting cell phone information and so forth, and that is

8   something that, as Your Honor well knows -- in fact, I think

9   three of the individuals who are on release in this case

10  have not only been accused of that but are actually

11  officially charged with the additional crime of destroying

12  evidence.

13         Mr. Minuta is one of those individuals who was

14  charged initially with destroying evidence in the criminal

15  complaint.  I'm not sure in the indictment if he is any

16  longer, but certainly when his bond was reviewed, he was.

17         And also, obviously, Mr. Caldwell and

18  Graydon Young are both facing additional felony counts of

19  obstruction of justice.  So I don't think that these

20  allegations with respect to Mr. James, these newest

21  allegations that I've asked the Court --

22         THE COURT:  So, Counsel, let's go back for a

23  second, because, you know, the question before me is, at the

24  threshold, you know, the government -- this is an unusual

25  case in which your client is not, unlike, I think, almost

1   nearly everyone else --

2          MS. ROBIN:  Right.

3          THE COURT:  -- charged with destruction of

4   property.  And I've held in each of the prior hearings that

5   destruction of property is a qualifying offense for purposes

6   of pretrial detention, and, in fact, in those cases, gave

7   rise to a rebuttable presumption.

8          Here, the government's not relying on that (f)(1)

9   qualifying offense for purposes of detention, but, rather,

10  they're relying on substantial risk or serious risk of

11  obstruction.  And so do you -- what's your position on

12  whether the government has met out its burden to establish

13  that there's even a basis for detention based on the

14  evidence they've produced at this point?

15         MS. ROBIN:  Our position is that they have not met

16  that burden.

17         I think this is a -- it's a very interesting case,

18  obviously.  It's a situation where the magistrate judge

19  didn't even make that finding, in fact.  You know, he made a

20  finding that Mr. -- his finding for the detention was based

21  on a dangerousness factor, but he made no initial finding

22  for the first part of the twofold inquiry, the 3142(f)

23  factors that you just referenced.

24         So I think that -- and I do think that, in part,

25  is why this late disclosure is happening, because my theory

1    is that -- how this happened is that when the government saw

2    our pleading and realized just how weak their case was on

3    detention, that they needed to scramble and try to come up

4    with something.

5            THE COURT:  So I guess, Ms. Robin, I don't want to

6    re-do the magistrate judge's hearing, because my review is

7    de novo.

8            MS. ROBIN:  Right.

9            THE COURT:  So I will -- let's just say,

10   I don't think you're off in your suggestion that the

11   magistrate -- that the hearing there may have elided over a

12   threshold question that should have been addressed.

13           But we're here now and we're here on a new set of

14   evidence that wasn't before the magistrate that he didn't

15   have a chance to pass on and that new evidence suggests that

16   your client did two things; one, he deleted a Signal chat

17   that he was on, and that's established by a review of his

18   phone and he's on dozens of other Signal chats and this is

19   the one that was deleted; and two, you know, there's a

20   suggestion that he's directed others to delete their Signal

21   chats or other evidence and that at least one other person

22   that says, yeah, I've done that now, words to that effect.

23   I mean, that's pretty strong evidence of obstruction, isn't

24   it?

25           MS. ROBIN:  Your Honor, so I think that the

```
 1   question is, is there a serious risk that the person will
 2   obstruct or attempt to obstruct justice.
 3           The first thing I would point out about the Signal
 4   chats is that the ironic thing is they're actually
 5   exculpatory as to Mr. James.  The Signal chats actually show
 6   that his entire -- and the only times he's ever on there
 7   actually communicating, it's in reference to the personal
 8   security detail.  The other thing that's exculpatory about
 9   the Signal chats that the government has conceded in emails
10   is that there's no evidence of any conspiracy to force entry
11   into the Capitol.
12           And finally, the Signal chats also --
13           THE COURT:  But hold on.  Let me interrupt you
14   there.  That's a significant statement that you've made,
15   because that seems to be contrary to what Count 1 of the
16   indictment is.  So maybe you can flesh that out a little
17   bit.
18           MS. ROBIN:  Sure.
19           I think in -- well, in our recent email, if I'm
20   not mistaken, last night, they provided additional -- they
21   provided additional Signal chat messages.  And in the --
22   the Court's indulgence -- in the email -- there's an email
23   that went out at about 10:30 last night referencing
24   additional Signal chats that were going to be provided in
25   reference, I guess, to Mr. Harrelson's upcoming bond motion
```

1   and -- I thought I had it quoted.  I'm sure the government

2   has the language.  I'm looking for an email from 10:30 last

3   night.

4          And I think -- here we go.  "We are disclosing

5   these messages to you because you will see that prior to

6   January 6th, this chat does not contain any explicit

7   references to a plan to forcibly enter the U.S. Capitol on

8   January 6th, 2021, and also because the government may

9   reference some of the messages in response to Defendant

10   Harrelson's bond-review motion."  So that's in reference to

11   an email they sent regarding -- entitled "Discovery of

12   Signal chat."

13          THE COURT:  Can you repeat that one more time?

14          MS. ROBIN:  "We are disclosing these messages to

15   you because you will see that prior to January 6th, 2021,

16   this chat does not contain any explicit references to a plan

17   to forcibly enter the United States Capitol on January 6th."

18          THE COURT:  Okay.

19          MS. ROBIN:  So these appear to be additional,

20   I guess, Signal chat messages.

21          With respect to the initial Signal chats, the

22   earlier Signal chats with the "DC Op," I guess, subject,

23   I will say that I haven't seen any at all that specifically

24   references a plan to forcibly enter the United States

25   Capitol, and I think that that is a point that is borne out

1    repeatedly in each of the prior defense filings.

2            So unless every single defense attorney that has

3    filed on this point has gotten it wrong, maybe there's a

4    particular text I'm overlooking, but I'm confident that

5    Mr. James is not part of any chatter that specifically

6    discusses forcibly entering or taking over the United States

7    Capitol.

8            Your Honor, with respect to the larger question,

9    though, about whether or not they've met their burden in

10   terms of the first inquiry under 3142(f), so the statute

11   contemplates that there must be a serious risk that the

12   defendant will engage in obstruction or essentially

13   intimidate witnesses.

14           And on that point, first and foremost, I think

15   it's really important to point out that Mr. James has never,

16   nor is he accused of ever, threatened or attempted to

17   intimidate any sort of witness in connection with the case.

18   He's never engaged in acts of violence, no threats, nothing

19   of that nature.

20           I know that the government is now claiming that

21   there is some sort of indication or encouragement of others

22   to delete this particular thread that happens to be, I would

23   say, exculpatory, actually, to Mr. James.  But regardless of

24   that, even that was not alleged to have been threatening or

25   intimidating in nature.

1          So the other point on that I will just say is

2    that, when you're looking at the statute, whether there's a

3    serious risk that he will engage in obstruction, Mr. James

4    has no prior criminal convictions, he has no prior history

5    of violence, and, quite frankly, it's not even clear that he

6    understood, assuming that you believe that he actually

7    engaged in that communication and deleted the Signal chat,

8    even if he encouraged others to, it's not even clear that he

9    would have understood that that was -- that the

10   communications referenced criminal activity, as opposed to

11   security details or details about the Oath Keepers

12   organization as a whole or that they didn't want to make

13   public.  But that's a different inquiry than someone

14   actually intending to obstruct evidence of a crime.

15         So, Your Honor -- and then the final point I'll

16   just make on that is, if you look at the statute in terms of

17   whether they will engage in obstruction of justice, it seems

18   to me that his phone, his electronic device, has been

19   seized.  The other co-defendants who had similar allegations

20   leveled against them have conditions of release that make

21   sure that that is not something that can happen going

22   forward.

23         And in light of -- I think particularly in light

24   of Mr. James's no prior history, his service to the

25   United States Army, the fact he's a Purple Heart recipient

1    and nearly gave his life fighting for this country, I simply

2    don't think that they've met the burden of showing a serious

3    risk that he will engage in obstruction of justice.

4              THE COURT:  Okay.

5              All right.  Anything further, Ms. Robin?

6              MS. ROBIN:  Just with respect to the second prong,

7    but I can either address that now or I can address it after

8    the government responds to the first.

9              THE COURT:  I'm not sure what you mean by the

10   "second prong."  Do you mean --

11             MS. ROBIN:  I'm sorry.  So if the Court does find

12   that --

13             THE COURT:  Oh.

14             MS. ROBIN:  -- the 3142(f) factor has been

15   satisfied, (f)(2)(A) or (2)(B), I think, has been satisfied,

16   then the next inquiry would be whether or not there are

17   conditions or a combination of conditions that would

18   reasonably assure the appearance of making it to court and

19   then the safety of any person or the community.  So I can

20   address those factors quickly if you'd like.

21             THE COURT:  Why don't you hold off for a moment,

22   because I'd like to talk to the government about the

23   evidence.

24             And just rest assured, everybody, I've read

25   everything that's been submitted to me, including all the

 1     attachments --

 2               MS. ROBIN:  Thank you.

 3               THE COURT:  -- to the defense memo, including the

 4     full transcript of the proceedings before the

 5     magistrate judge, as well as the numerous letters and notes

 6     that have been submitted on Mr. James's behalf.  So you can

 7     rest assured that I'm familiar with everything that the

 8     parties have put before me.

 9               Mr. Edwards, why don't you go ahead.  I've got a

10     handful of questions I want to ask you, but why don't I let

11     you begin and emphasize the points you'd like to make.

12               Mr. Edwards, I'm having trouble hearing you.

13     Maybe -- I don't know if I'm the only one.

14               MR. EDWARDS:  Can you hear me now?

15               THE COURT:  Yes.

16               MR. EDWARDS:  Right.  My apologies.

17               So, Your Honor, first and foremost, the government

18     can start with this 3142(f)(2)(B) threshold.

19               So as the Court is aware, a hearing under

20     *Singleton* is warranted if, under one of these (f) factors,

21     the Court -- or the government can move under the evidence

22     to show and under (f)(2)(B) that the defendant presents a

23     serious risk of obstruction of justice.  And as Your Honor

24     is aware, that is the lowest threshold that exists in the

25     statute, but there are other burdens, including clear and

1    convincing evidence and preponderance of the evidence for

2    other burdens the government must meet.  In this one, it's

3    low enough that the Court can, in fact, move sua sponte

4    and -- if there is evidence of serious risk of obstruction

5    of justice.

6           Another legal element --

7           THE COURT:  I was sort of struck by that,

8    Mr. Edwards, if I can ask you a question, by the

9    characterization you made in your papers.

10          And I was just curious:  Do you have a case that

11   stands for that proposition, that it's the lowest burden, or

12   are you essentially extrapolating from the fact that the

13   burden is actually explicitly higher with respect to other

14   showings that need to be made in the Bail Reform Act?

15          MR. EDWARDS:  The latter, Your Honor, including

16   the fact that the Court can, in fact, make this motion

17   sua sponte is contextual evidence that this is a lower

18   burden that doesn't necessarily require parties to have to

19   adversarially litigate this issue.  The Court can, in fact,

20   just do it at its own impression of the evidence.

21          THE COURT:  No.  It's an interesting point you've

22   raised; I hadn't really thought about it in those terms.

23          I'm not sure -- I think you may be right, at least

24   in terms of the relative burdens that are placed on the

25   government from an evidentiary standpoint, but go ahead.

1          MR. EDWARDS:  Yes, Your Honor.

2          And if Your Honor remembers, there is a case that

3    was also a Capitol riots case with the Defendant Jorge Aaron

4    Riley that Your Honor actually heard a detention argument

5    from our office based on 3142(f)(2)(B).

6          In that argument, the government stressed that the

7    obstructive conduct of that defendant on the day of

8    January 6th was of such a magnitude that the government's

9    position was that a serious risk had clearly been met.

10   In Your Honor's ruling in rejecting that argument, the Court

11   stated that although it was close -- and I apologize if I'm

12   putting words in the Court's mouth, but although it was

13   close, the Court was looking for some sort of obstruction

14   plus, some sort of evidence that there was an intent to

15   obstruct a judicial proceeding or some reasonable knowledge

16   that it would obstruct a judicial proceeding.  In this case,

17   and, in fact, in that case, Your Honor, the Court cited to

18   Mr. Caldwell in this case, saying that if the government had

19   provided evidence similar to that, that it would be more

20   likely to meet that 3142(f)(2)(B) standard.

21         That's the world we live in in this case,

22   Your Honor.  As the government has put forth in its motion,

23   Mr. James not only participated in the events of January

24   6th, and we can discuss that as to why that is related to an

25   ongoing obstruction risk moving forward, but the Court can

1   simply look to his own words after the events of January 6th

2   in which he uses his leadership role to instruct individuals

3   who were subordinate to him in this military-like

4   organization, where he says they need to delete or burn all

5   Signal comms related to the Op.

6           And, Your Honor, it's the government's position

7   that that sheds light on why that thread may not be found on

8   the defendant's devices here, because he is explicitly

9   instructing others to surgically remove that thread from

10  people's devices.

11          THE COURT:  I'm sorry, that thread was or was not

12  found on his phone?

13          MR. EDWARDS:  The "DC OP Jan 6 21" thread was not

14  found on Mr. James's devices after a preliminary analysis.

15          THE COURT:  Right.

16          MR. EDWARDS:  That's correct.

17          THE COURT:  But the line you just read about

18  deleting or burning, was that on a different Signal chat

19  that he was a participant of that was found on his phone or

20  that was found on some other phone that's part of the

21  investigation?

22          MR. EDWARDS:  The former, Your Honor.

23          THE COURT:  Okay.

24          MR. EDWARDS:  It was found on Mr. James's device

25  in which he is reaching out to individuals that coordinated

1    with him before, during, and after January 6th events in

2    which Mr. James instructs him to delete or burn these Signal

3    comms that are related to the Op.

4            And I think that's telling, Your Honor, for two

5    reasons:  The Court now has evidence that Mr. James deleted

6    this Signal comm that is related to the Op from his own

7    devices, but he took it a step further to then reach out to

8    potential witnesses and those who were involved to make sure

9    they did the same thing.

10           It's the government's position that that clearly

11   hurdles this low threshold of serious risk of obstruction of

12   justice, in part because, as the government noted in its

13   filing, this is an ongoing investigation --

14           THE COURT:  So let me ask you --

15           MR. EDWARDS:  -- and there are other

16   individuals --

17           THE COURT:  I think you were about to answer the

18   question I was just about to ask, which is:  Does the

19   government believe there are other individuals who were

20   involved in the events of January the 6th that it

21   believes -- that have not yet been arrested as to whom the

22   government is still investigating who have a connection to

23   Mr. James?

24           MR. EDWARDS:  Yes, Your Honor, multiple

25   individuals.

1           THE COURT:  Okay.

2           MR. EDWARDS:  And so it's the government's

3    position that, to defense counsel's point about whether or

4    not Mr. James presents a future risk of obstruction of

5    justice, the best evidence of that is to look at Mr. James's

6    own conduct as it relates to the events around January 6th,

7    and he has explicitly shown that he is willing to reach out

8    to other individuals and instruct them to delete evidence

9    about those events.

10           And so given that there exists a number of other

11   individuals that the government is investigating that are

12   not only related to these events but connected to Mr. James,

13   he presents an ongoing risk of doing the same thing he's

14   done in this case already.

15           And, Your Honor, I'm happy to go into why the

16   events of January 6th themselves are of such an obstructive

17   magnitude that it also meets 3142(f)(2)(B); but if

18   Your Honor wants, I can move forward and wait for the

19   Court's ruling on the (f) factor.

20           THE COURT:  No.

21           Let's move forward and talk about dangerousness.

22   I mean, that's, I think, the big question, because once --

23   unless the government disagrees with the following

24   proposition, which is that, the way I read the Bail Reform

25   Act, the obstruction -- the serious risk of obstruction is

1    what gets you in the door; in other words, that opens the

2    door to detention.  But ultimately the question of detention

3    is not one of the risk of obstruction, but, rather, the risk

4    of dangerousness.

5              Now, it's fair to suggest that obstruction may be

6    part of that risk of dangerousness calculus, but I don't

7    think risk of obstruction is a freestanding basis for

8    detention.

9              Does the government agree with that analysis of

10   the Bail Reform Act?

11             MR. EDWARDS:  Yes, Your Honor.

12             The government has a position as to what dangerous

13   may mean, and I'm happy to go into that.  But I agree -- the

14   government agrees with the Court that "obstruction" as a

15   term of art is not the hook here when we get into the actual

16   hearing and determine whether or not Mr. James should be

17   detained.

18             THE COURT:  All right.  Well, let me do the

19   following, then, just in terms of doing this in an orderly

20   manner.

21             Look, I do think the government, based on the

22   evidence that's been put before me, has met its burden with

23   respect to serious risk of obstructive behavior, that

24   Mr. James will engage in obstructive behavior.

25             You know, look, the facts are, at least the

1    suggested facts are that Mr. James did two things here; one,

2    he deleted evidence of his own participation in the events

3    of January 6th, that is, the Signal chat in which he and

4    others organized and prepared for the events of January the

5    6th.  Now, whether those events involved security planning

6    and preparation or something more sinister, such as

7    incursion on the Capitol, I am not sure that's the point.

8            The point here is, there's evidence at this point

9    in time, certainly, Mr. James was aware the Capitol riots

10   had become a focus of law enforcement through widespread

11   media attention, and the fact that he deleted that chain

12   suggests that he was -- felt like there was something there

13   that needed to be hidden, and the fact that he was prepared

14   to do that and did do that suggests that there is a risk of

15   future obstruction.

16           And that is only compounded and, in fact, is

17   magnified by the fact that he's reaching out to others, at

18   least as the government's evidence has been presented,

19   potentially to people who were under his command on that

20   day, they, too, delete those communications; that is -- that

21   doesn't necessarily involve a threat of violence to a

22   witness, but what it does is, it is encouraging obstruction

23   and the destruction of evidence.

24           So I do think just at the threshold in terms of

25   whether the government has met its burden under

1    3142(f)(2)(B) and whether Mr. James presents a serious risk

2    of obstruction -- that he will obstruct justice, excuse me,

3    that that burden has been met and is satisfied, and that we

4    can move forward to the next inquiry, which is whether

5    Mr. James presents such a degree of seriousness -- excuse

6    me, such a degree of dangerousness that there are no

7    combination of conditions that would ensure the safety of

8    the community or any other person.

9            So why don't we talk about that, Mr. Edwards.  And

10   I'm sure you'll -- let's discuss the evidence the government

11   thinks demonstrates dangerousness and the lack of

12   combination of conditions.

13           MR. EDWARDS:  Absolutely, Your Honor.

14           And in the government's argument, I'd like to

15   address a few of the points from defense counsel.

16           But first, I submit to Your Honor that the

17   D.C. Circuit has actually touched on categories of

18   dangerousness and facts to look for as they are related

19   specifically to January 6th.

20           In determining what buckets of dangerousness

21   exist, in terms of whether a defendant presents a future

22   dangerousness to the community, those two benchmarks, so to

23   speak, or categories that the D.C. Circuit explicitly said

24   were as follows.

25           First, there seems to be a category where

1    individuals who took advantage of other rioters in D.C. on

2    January 6th and took advantage of this perfect storm of

3    events that allowed them to commit the crimes they were

4    charged with.  That's not the bucket that Mr. James falls

5    into.

6              This second category appears to be individuals who

7    were involved in violence, or coordinated, planned or

8    conspired with others around those kinds of actions.  That's

9    the category that Mr. James falls into, given his

10   coordination with others, his leadership role, which I can

11   touch on in a second, and his conversations with those

12   involved on January 6th about the QRF, or this quick

13   reaction force.

14             And so if I can take a few of those in turn to

15   show the Court why Mr. James falls squarely into this

16   category that the D.C. Circuit has already etched out in

17   terms of the facts on January 6.

18             First, just his coordination level.  Mr. James was

19   in a number of GoToMeetings that are all titled about the

20   operation on January 6th in Washington, D.C.  In fact, just

21   to touch on his leadership role for a second, one of those

22   meetings was entitled "SE leaders."  And the "SE," it's the

23   government's understanding, is "Southeastern."  And in part,

24   we understand it that way because he was with Kelly Meggs in

25   that GoToMeeting.

1          And the government just respectfully disagrees

2     with one small part of the Court's characterization of

3     Mr. James's specific type of leadership here.

4          The government's view is that Mr. James is, in

5     fact, on equal footing here with, like, an individual like

6     Kelly Meggs, because Kelly Meggs became state lead of the

7     state of Florida, the evidence shows, in late December, and

8     then communicates that fact.  It's our understanding that

9     Mr. James was effectively the same role but for the state of

10    Alabama.

11         In fact, when defense counsel notes that Mr. James

12    was really limited in his leadership role to the protective

13    security detail, I'd point Your Honor to the government's

14    motion on page 12, where he engages in a Signal thread

15    communication with one of the operational leaders, where

16    that leader explicitly asked him to lead more than just the

17    protective security detail.  In fact, I'd quote it.  The

18    individual asks Mr. James:  "Would you be interested in

19    being the coordinator for the security team outside of the

20    protective security detail and coordinating with

21    Person Ten," who is listed in the indictment as the lead on

22    January 6th.

23         And so that categorizes Mr. James above just his

24    unit of protective security detail; in fact, it categorizes

25    him above just the state of Alabama team.  It shows that he

1    was an individual that was asked to coordinate with other

2    leaders on the January 6th operation.  And, in fact, later

3    on January 3rd, that same operational lead that made that

4    request of Mr. James announces to the whole group that

5    Mr. James would be the, "second in command."

6              And so that's shows Mr. James --

7              THE COURT:  Mr. Edwards, if I can interrupt you,

8    please.

9              Here's the question I have and the difficulty I'm

10   having somewhat here:  I don't think there's any doubt that

11   Mr. James played some leadership role on January the 6th.

12   The question is:  Leadership role as to what?

13             And, you know, the defense is undoubtedly going to

14   say, look, the leadership role he played had to do with

15   providing security, private security to certain VIP

16   speakers, including Roger Stone and others on January the

17   6th.  That was the leadership role he played.  So the

18   question for me is and the question the Circuit was asking

19   is, coordination and leadership with respect to the actual

20   crimes that are charged here, and that is obstructing the

21   Electoral College counting.

22             And so what's the evidence that -- and I'll just

23   be frank.  I've seen a lot of the government's evidence in

24   this case, and I think what Ms. Robin read earlier is

25   consistent with my understanding, which is:  There's not a

1   lot of evidence of coordination and planning to breach the

2   Capitol prior to January the 6th, either explicitly or

3   implicitly.  And the government will correct me if I'm wrong

4   about that.  There's certainly none that's put forward in

5   the papers regarding Mr. James.

6           And so the question is:  What's his role in

7   coordinating or leadership role with respect to people

8   actually entering the Capitol building?  He's not among the

9   stack.  He goes in with Mr. Minuta at some point later.  So

10  it's not clear to me how much conspiring he's doing actually

11  to enter the Capitol building and affect the election -- the

12  Electoral College counting.

13          MR. EDWARDS:  Your Honor, I'd like to address that

14  just via two points, and I'll do it temporally.

15          So first, let's talk about before January 6th.

16  Before January 6th, Mr. James, in terms of what exactly he

17  was coordinating or leading, it's not only a protective

18  security detail, he is enmeshed in a number of conversations

19  where he is a go-to person for people asking him, do they

20  bring weapons and where do they stash them.

21          On a number of occasions, Mr. James responds to

22  them somewhat differently, on different occasions, because

23  he's getting real-time information from this operation.

24          On one occasion, an individual approaches him and

25  asks, do I bring firearms and where do I stash them?  And

1    his response shows that he's knowledgeable of these plans

2    and playing a role in coordinating.  He says, "Some folks

3    are bringing long rifles and sidearms.  I'm bringing a

4    sidearm."

5           And so this shows for Your Honor that this is not

6    an individual coordinating simply a voluntary, unarmed

7    security detail in D.C.  It's less innocent than that.  It's

8    showing that he is involved in coordinating with a number of

9    subordinates and whether or not they should bring firearms

10   and where they should stash them.

11          In another example, he engages with a separate

12   individual that says, where do we stash these firearms?  And

13   he says -- Mr. James responds, you know:  "We're working on

14   a farm.  Are you bringing?"  And the other individual

15   responds:  "Yes, I'm bringing," I believe it was "a rifle

16   and a pistol."  And I'm paraphrasing, I can find that in our

17   motion, but it was a firearm or two.

18          Mr. James's response to that is not to say, hey,

19   this is a voluntary protective security detail in which no

20   firearms are needed.  His response to these individuals is

21   either, I'm bringing a firearm, or it's, you don't need to

22   bring a firearm, because we'll have a "shitload of QRFs with

23   an arsenal."

24          Your Honor, it's the government's position that

25   his coordination and leadership is not just for a voluntary

1  protective security detail, but it ties directly to

2  dangerousness as the D.C. Circuit has explained in the

3  *Munchel* decision, do these individuals play a coordination

4  or planning role for violence.

5       Mr. James falls squarely into that, as he

6  repeatedly talks about this QRF.  In fact, he reaches out to

7  an operational leader in this case who made Mr. James the

8  number two.  And he asks him:  "Have we clarified the farm

9  location here?"

10       And the individual responds saying something to

11  the effect of -- and I've got the exact language in our

12  motion, but he effectively says:  "No, but there is a secure

13  parking lot in my hotel.  It would be really good if we have

14  an enclosed truck so that way we can go into D.C. with the

15  arsenal within 15 or 20 minutes or faster if you don't care

16  about a speed limit."

17       The reason that's important, Your Honor, is to

18  show you it's not just the idea of having firearms staged

19  nearby, it's having firearms staged nearby with the ability

20  to get to them quickly.  And Mr. James consistently reaches

21  out to other leaders in this group to coordinate that and

22  make sure that that was the plan going into January 6th.

23  And so that touches on his dangerousness as to why his

24  leadership role plays such an important part as to why he

25  presents a danger to his community if he were to be

1  released.

2          Your Honor, if I can just respond to a few --

3  sorry, the second point -- I had mentioned there would be

4  two here.  The second point is what he did on January 6th in

5  terms of the planning for going into the Capitol building

6  itself.

7          Although Your Honor's understanding is correct,

8  the D.C. Signal thread and others, as the government has

9  admitted back in the Caldwell hearing and in our filings,

10 the D.C. Signal thread doesn't explicitly provide evidence

11 that they had planned on entering the Capitol.  That would

12 be conspiracy to commit 1752.  They're charged with

13 conspiracy to commit 1512, obstruction of the proceeding,

14 which is a bit broader purpose than specifically entering

15 the Capitol.

16          And you have a number of individuals in this

17 Signal thread that are discussing actively, both in that

18 group and outside the group and individual threads, making

19 sure they have a well-armed QRF on standby to be available

20 when they need it and quickly.

21          And then on the day of January 6th, I'd like to

22 just touch on this notion that Mr. James and Mr. Minuta were

23 not part of the stack.

24          THE COURT:  I guess before you do that,

25 Mr. Edwards, let me just push you on this a little bit.

1              I mean, one of the features of this case that

2    struck me as interesting is that, there's no question that

3    what Mr. James and others were planning for on the 6th

4    presented a danger.  You know, just the idea of having a

5    quick reaction force and having weapons outside the

6    District of Columbia that can be easily accessed and brought

7    into this District, if there is to be violence, it is, by

8    itself, dangerous.  So I don't want there to be any doubt in

9    anyone's mind that that's what we think.  I think the

10   question in my mind is how that links up to the conspiracy

11   that's charged here.  And the conspiracy that's charged is

12   to disrupt the act of Congress.

13            And one way to read the evidence, and I'm not

14   suggesting it's the only way, one way to read the evidence

15   is that the possession of firearms outside the District is

16   not about disrupting the congressional proceeding, but was,

17   rather, to have on hand, in case there was violence with

18   other groups like Antifa, for whatever reason they thought

19   there was going to be -- that things were going to be bad

20   with Antifa.

21            And so how do I distinguish or why does the

22   government believe that it's the former?  And that is, these

23   weapons were in place in order to carry out the conspiracy

24   that's been charged, which is the disruption of the

25   Electoral College vote, as opposed to having these weapons

1   on hand for some other purpose?

2          MR. EDWARDS:  Yes, Your Honor.

3          There are communications both in certain Signal

4   threads and in text communications in Facebook reveal the

5   context around why they may need firearms at such an easy,

6   short, quick distance.

7          Some of those communications include when

8   Mr. Caldwell says:  "Let them certify some crud with a

9   million patriots in the street."  And that shows you,

10  Your Honor, this was not just --

11         THE COURT:  If I remember, wasn't that sometime in

12  December or when was that statement made by Mr. Caldwell?

13         MR. EDWARDS:  Your Honor, my understanding is that

14  it was before January 6th.  It was in late December.

15         But this is --

16         THE COURT:  Okay.

17         MR. EDWARDS:  -- but that's important to the

18  government's point here, right, is that this is building up

19  to the January 6th date where Mr. Caldwell increasingly

20  talks about being an event that will boil over.

21         You also have Mr. Meggs, a co-defendant, saying,

22  "Tell your friends this isn't a rally" --

23         THE COURT:  Right.

24         MR. EDWARDS:  -- when he's recruiting other

25  individuals who want to take part of this.

1              And you also have, again, that, you know,

2     Person One is in the Signal threads after January 6th, who

3     is communicating to the rest of the group that it wasn't

4     other individuals like, "Antifa and BLM," but this was

5     "patriots that did this."

6              And, Your Honor, I'd like to explain also that

7     Ms. Watkins, the co-defendant, comments about needing a QRF

8     if the President invoked the Insurrection Act.  So this gets

9     back to some of this understanding of all the defendants in

10    this Signal thread and in other communications as to why

11    they need those firearms.

12             The idea that this is simply to have firearms

13    available as their protective security detail if it's a

14    larger force than they can handle is just belied by the very

15    words of the co-defendants themselves when they discuss this

16    not being a rally.  And when Person One puts open calls to

17    action to have well-equipped QRFs and to have Mr. -- the

18    former President to invoke the Insurrection Act so they

19    didn't have to take it into their own hands.

20             And, Your Honor, it's the government's position

21    that this would -- this all provides the context as to why

22    these individuals, then, start coordinating with one another

23    about where to put those firearms, what kind of firearms to

24    have, and whether to bring their own into D.C. or to rely on

25    a strategically placed quick reaction force.

1          THE COURT:  All right.  That's helpful.

2   Thank you.

3          You were going to start telling me about January

4   the 6th and why you thought -- you were going to discuss his

5   conduct on the 6th and how, in your view, it supports a

6   conspiracy.

7          MR. EDWARDS:  Yes, Your Honor.

8          And before I do that, I did want to add one point

9   on this context around the QRF.

10          Person One also states in the Signal thread that

11   this was a message to the President that the patriots had

12   sent.  And so it's the government's position that this adds

13   context to why they did this, why they organized, why they

14   came into Washington, D.C., and why they staged -- discussed

15   and coordinated staging firearms on the sidelines.

16          And, Your Honor, the fact that you coordinate --

17   and to just tie this into the defendant's actual actions on

18   January 6th:  The reason that's relevant is because if you

19   know you have teams of individuals with loaded firearms or

20   an "arsenal," as Mr. James put it, nearby, it gives you

21   confidence to act with criminal intent and to do things you

22   may not otherwise do.

23          And so this idea of having and coordinating a QRF

24   around Washington, D.C. is significant also for the

25   defendant's actions who may not have had firearms while in

1    Washington, D.C., because it emboldens an individual knowing

2    that they can, again, "get to them quickly."

3            And so that, then, leads me to the defendant's

4    actions on January 6th, which include -- in terms of the

5    Court's question as to how this ties to the intent to

6    actually storm the Capitol, the defense counsel's position

7    here is that Mr. James was not part of the stack, that's

8    correct, but that is -- it appears to not be because

9    Mr. James or Mr. Minuta did not want to be part of it.

10           And evidence of that, as soon as 2:30, which is

11   around the time when the stack is entering the Capitol or

12   approaching, Mr. James and Mr. Minuta are on a golf cart

13   racing through the streets of Washington, D.C., swerving

14   around law-enforcement barricades that are obviously being

15   thrown to block people from getting closer to the Capitol.

16   And Mr. Minuta, then, during that, is recorded in a video

17   stating, if I could just quote part of it:  "Patriots are

18   storming the Capitol building.  Word is they got in the

19   building.  Let's go."

20           And Mr. Minuta added something that shows which

21   side of this battle going on at the Capitol building that

22   these golf cart drivers and passengers are on.  He states

23   that:  "Word is violence is being done on the patriots by

24   D.C. police."

25           And then Mr. James is in that golf cart not asking

1   Mr. Minuta to stop, not asking him to turn around.  He's

2   right there punching in the address of the Capitol building

3   into a phone and yelling out, both him and his phone,

4   directions for Mr. Minuta to quickly get to the Capitol

5   building.

6            We also know that they got to the Capitol

7   building.  And so when they got to that Capitol building,

8   after Mr. Minuta berates a number of law enforcement

9   officers while Mr. James is standing there, not leaving, not

10  stopping Mr. Minuta's actions, standing there with an

11  individual he's been in contact with for weeks, if not

12  months, and then they both go inside the United States

13  Capitol building together.  And they do so for, as defense

14  counsel points out in their motion, a few minutes.

15           The importance of that fact, Your Honor, is to

16  show you that a number of phone calls are occurring before,

17  during, and after these actions, that then shows you that

18  Mr. James and Mr. Minuta go into the Capitol building

19  briefly, into the same entrance that the stack of defendants

20  went in.

21           And then they exit and they make a number of phone

22  calls.  And within half an hour, they are met up with a

23  majority of these stack members, which shows you that -- the

24  inference here is that Mr. James and Mr. Minuta are looking

25  for their co-defendants.  They go inside the United States

1    Capitol building, they obstruct the proceeding, which is a

2    fact, as that proceeding could not carry on during that

3    time.  And when they do so, they push past police officers

4    who are putting their arms on Mr. Minuta and Mr. James's

5    chest to stop them from going inside.

6            They, then, don't concede to these officers

7    stopping them at the entrance of the Capitol; they push past

8    these arms and they go inside.

9            Then, then, leave a few minutes later and meet up

10   with a stack of individuals, with uncharged individuals who

11   are also part of the stack and who were with Mr. James and

12   Mr. Minuta through the day and with Person One.

13           THE COURT:  And what does the government

14   understand Mr. James to have done while inside the Capitol?

15   I guess I'd ask you to address two questions; one, how long

16   you believe he was inside; and, two, what he did while he

17   was inside?

18           MR. EDWARDS:  Your Honor, the government's

19   understanding of the duration of time is that it was

20   approximately five to seven minutes.  The investigation is

21   still ongoing and we'd like to be able to clarify exactly

22   how long that is, but it is not the same amount of time as

23   the stack was inside -- or many members of the stack were

24   inside the Capitol building.

25           And as for what Mr. James did inside the Capitol

1    building, beyond just pushing past law enforcement officers,

2    outstretched hands on their chest to stop them, the

3    government investigation is ongoing to discover the exact

4    actions they committed while inside.

5            THE COURT:  Do you have any reason to believe they

6    met with up with other members of the stack or any other

7    Oath Keepers inside the Capitol building?

8            MR. EDWARDS:  Yes, Your Honor, to the latter.

9            So to the former, as to whether or not they met

10   with the stack members inside the Capitol building, it's the

11   government's understanding that the evidence shows a number

12   of these stack members exited that same east-side entrance

13   approximately 10 to 15 minutes before Mr. James and Minuta

14   entered.

15           But in terms of the latter category of other Oath

16   Keepers, there is evidence showing that Mr. James and

17   Mr. Minuta were inside the Capitol building, approximately

18   entering at the same time as at least two other individuals

19   that they appeared to be traveling with throughout

20   January 6th; that not only had Oath Keepers regality on, but

21   also met with the larger group in this after-action meeting

22   with Person One approximately 100 feet outside the Capitol

23   building.

24           And, Your Honor, all of that evidence, just to tie

25   it to exactly what we're here for today, it shows that

1   Mr. James falls into this category that the D.C. Circuit has

2   laid out:  Did the defendant coordinate or plan violent

3   activities?  Mr. James shows through his meetings, shows

4   through his calls, shows through his physical proximity and

5   his communications with others that he met and coordinated

6   and he planned all of these events as they went into

7   January 6th in Washington, D.C. and he did so in terms of --

8   now tying that coordination to violence, he did so involving

9   communications with loaded firearms, and, in fact, at one

10  point mentioning that he may bring a firearm, mentioning

11  that he was bringing a sidearm.  So it falls squarely into

12  D.C. Circuit's category here.

13          THE COURT:  So I've had you up here for a little

14  while, Mr. Edwards.

15          But I mean, you've said this more than once.

16  And the D.C. Circuit, I'm reading from *Munchel*, this is what

17  they say:  "In our view, those who've actually assaulted

18  police officers and broke through windows, doors, and

19  barricades, and those who aided, conspired with, planned or

20  coordinated such actions are in a different category of

21  dangerousness than those who cheered on the violence or

22  entered the Capitol after others cleared the way."

23          You know, so what the D.C. Circuit's talking about

24  is, those who've aided, conspired, planned, or coordinated

25  such actions, and those actions are defined as assaulting

1  officers, breaking through windows, doors, and barricades.

2          Now, I don't pretend for a moment that the

3  D.C. Circuit was suggesting that those are the only

4  categories of behavior that would warrant an inference of

5  violence -- or dangerousness, I should say, because the

6  Circuit obviously doesn't have the benefit of seeing

7  everything the government does.

8          But I mean, at least by that strict reading of the

9  case, Mr. James doesn't really fit into that category.

10  Would you agree with that?

11          MR. EDWARDS:  Your Honor, my answer is, he does,

12  not in a strict reading.

13          But it's the government's understanding, and I'd

14  like to touch on something the Court said there, that this

15  is not an exhaustive opinion in terms of laying out every

16  category.

17          But I'd like to go a little bit further and say,

18  it's the government's position that this opinion lays out

19  general categories of conduct to separate large categories

20  of defendants as they see the world from the Circuit level,

21  hundreds of defendants with many detention hearings and

22  district judges who are making different decisions based on

23  certain factual contexts.

24          And so what the D.C. Circuit appears to have done

25  in this opinion is try to talk about, in general terms, are

1    there defendants who are organizing and conspiring and

2    planning certain activities that relate to violence, and are

3    there defendants who are simply taking advantage of the

4    perfect storm of events on January 6th, walking in and

5    walking out.  While that is still serious, it's all touching

6    on this question of dangerousness.

7         And so the government's read of this opinion is

8    that there are these larger categories that it's advising

9    District Courts to look for in determining how to

10   contextualize the dangerousness of January 6th.

11        And specifically, even if this was a strict

12   reading, Your Honor --

13        THE COURT:  If --

14        MR. EDWARDS:  I apologize.

15        THE COURT:  No, no.  That's okay.

16        Look, I think that's fair.  And I wouldn't suggest

17   that what the Circuit has done is essentially put

18   bright-line parameters around the conduct that is or is not

19   considered dangerous.

20        Let me ask you two more questions, Mr. Edwards,

21   because I have asked you a number of questions here, but I

22   do have two more; one is:  Mr. Minuta, who -- and it looks

23   like your screen is now frozen, Mr. Edwards.  Are you still

24   with us?

25        MR. EDWARDS:  Yes, I can hear you.  I apologize.

```
 1    It appears I've lost my video and I can attempt to rejoin
 2    now.  My Internet kicked out for a second.  I apologize.
 3              THE COURT:  No problem.
 4              As long as you can hear me, then that's fine.
 5    If you can't --
 6              MR. EDWARDS:  I can hear you.
 7              THE COURT:  Okay.
 8              So Mr. Minuta -- and I don't know very much about
 9    him at this point, but what would you say about -- what's
10    the government's view in terms of Mr. James versus
11    Mr. Minuta in terms of role in the offense?
12              MR. EDWARDS:  Yes, Your Honor.
13              In terms of Mr. Minuta and Mr. James being
14    differently situated, defense counsel is correct that
15    Mr. Minuta is the individual who is berating law enforcement
16    officers while Mr. James is standing by.
17              But there is no evidence, as of right now, that
18    Mr. Minuta is playing a leadership role in coordinating
19    having firearms -- loaded firearms and individuals staged
20    nearby to bring those firearms into Washington, D.C.  That
21    evidence exists about Mr. James.  And there is equally no
22    evidence at this time of Mr. Minuta stating to other
23    individuals that he would be bringing in a firearm.  There
24    is that evidence as to -- with respect to Mr. James, stating
25    to another individual that he was bringing a sidearm.
```

1          And lastly, Your Honor, Mr. James doesn't -- it

2     doesn't appear at this time to be evidence showing

3     Mr. Minuta is coordinating other individuals, bringing them

4     into Washington, D.C., and talking to them about also them

5     bringing firearms.  That evidence does exist with regard to

6     Mr. James, who discusses whether or not another individual

7     is going to bring a rifle or a sidearm, and discusses

8     gathering these other individuals and driving them to

9     Washington, D.C.

10          So it's the government's position that, to the

11    extent these individuals are differently situated -- or

12    treated differently with regard to pretrial detention, the

13    facts show that that's not wholly unwarranted in terms of

14    Mr. James's behavior in coordinating this more violent

15    element of this conspiracy.

16          THE COURT:  Last question is this:  I mean, the

17    other aspect of the *Munchel* decision of the Circuit "went to

18    great lengths to emphasize the District Courts" is that they

19    must define what the articulable threat is that's posed by

20    the defendant to any individual in the community and sort of

21    must clearly articulate what that ongoing threat would be if

22    that person were released.

23          And so I guess the question to you is what you

24    think that articulable threat is that Mr. James poses to the

25    community if he were released?

1          MR. EDWARDS:  Yes.

2          And it looks like I'm back now in the video.

3          THE COURT:  Yes, I can see you.

4          MR. EDWARDS:  Hopefully, you can see me.

5          Okay.  Great.

6          Yes, Your Honor.  The D.C. Circuit asked --

7    instructed District Courts to specifically articulate what

8    the dangerousness that a defendant presents to the

9    community.

10          In doing that, they also instructed District

11   Courts that dangerousness isn't limited to just physical

12   dangerousness.  And I know the Court mentioned that in the

13   beginning of this hearing.

14          So although Mr. James -- and I'll get into this --

15   there's evidence to show that Mr. James does present a

16   physical dangerousness to his community, but there's also

17   this notion in the D.C. Circuit's opinion that corrupting a

18   union is another version of dangerousness that should be

19   relevant to courts in determining, in 3142(g), whether or

20   not detention is warranted here, and Mr. James really fits

21   both of these versions of dangerousness.

22          So first on the physical dangerousness, this is an

23   individual who, and I know I've belabored this point, but he

24   is conspiring with other individuals to join together and,

25   in part, arrange for staged individuals to have loaded

1  firearms on the perimeter of the District of Columbia to aid

2  in his conspiracy to obstruct the congressional proceeding.

3          That is very differently situated than an

4  individual who takes advantage of other rioters storming the

5  Capitol and walks in.  He presents a future dangerousness,

6  because he was willing to load up, talk to other people

7  about arranging for firearms, come across country up north

8  to Washington, D.C., and take matters into his own hands

9  when the opportunity arose on the afternoon of January 6th.

10 That evidence is significant evidence to show the Court that

11 Mr. James continues to present a physical danger to his

12 community if he were to be released.

13         Second, Your Honor, this idea of non-physical

14 violence, and we've touched on this a little bit in

15 3142(f)(2)(B), but this idea of obstruction being a certain

16 type of violence.

17         And, Your Honor, the evidence shows that he was

18 not only a leader, but he took advantage of that leadership

19 role to communicate to other subordinates that they need to

20 delete Signal comms.  And there is an element here of "Will

21 no one rid me of this meddlesome priest" going on.

22         If you understand military culture, there is a

23 chain-of-command culture such that when a leader tells you

24 to do something, you do it.  And so when Mr. James tells a

25 subordinate, you need to delete or burn Signal comms apps

1   about that day, that presents a potential danger to -- in

2   3142(g), it talks about any specific person or the

3   community, these other individuals who may have played a

4   role or witnessed January 6th.

5          And, finally, Your Honor, just the idea -- and the

6   D.C. Circuit Court, the idea that there is a level of -- an

7   element of dangerousness to corrupting the union, what

8   they're quoting there, and the Eleventh Circuit cites to it,

9   that's cited in this opinion, is the actual Bail Reform Act.

10         And if you dig into the report, the Bail Reform

11  Act, as written, actually cites to certain case law that

12  talks about dangerousness to the community, but being in a

13  pecuniary sense.  In that case, there was embezzlement and

14  high levels of fraud that involved large amounts of money.

15  That presented to that court a level of dangerousness to the

16  community.

17         Here, Your Honor, this is an individual who

18  coordinated with a large number of individuals, stormed

19  inside the United States Capitol building while wearing

20  various military equipment, and then gathers together with

21  them afterwards, both physically and through phone calls and

22  Internet meetings.

23         And so it's the government's position that he

24  presents that same level of dangerousness to corrupting the

25  union, such that if you are willing to take on such a

1  magnitude of criminal action, there's very little for the

2  Court to rest on in terms of thinking there are conditions

3  that would reasonably ensure his community would be safe.

4          THE COURT:  Just one last question, Mr. Edwards,

5  and then I'll turn this back to Ms. Robin and give her an

6  opportunity to respond to some of this.

7          Look, I've released a number of his co-defendants

8  on very strict conditions, including home confinement,

9  limited use of communications devices, no communication with

10  other co-conspirators and others.

11          Why, in the government's view, would that sort of

12  restrict -- release on such strict conditions not be enough

13  to mitigate the danger?

14          MR. EDWARDS:  Your Honor, I would like to just

15  note that Mr. James finds himself in a position that is

16  different than the individuals the Court has previously

17  released.

18          The individuals, to my understanding, that the

19  Court has previously released and I believe the Court's

20  quote, and I may be paraphrasing, was that some of these --

21  these individuals did not show the same level of leadership,

22  planning or coordination or vetting, such as a Kelly Meggs

23  or a Jessica Watkins --

24          THE COURT:  Ms. Watkins.

25          MR. EDWARDS:  -- type defendant, right.

1          Mr. James is in that category.

2          Respectfully, Your Honor, Mr. James does not find

3    himself in the same position as the Parkers, who certainly

4    played a role and went inside the Capitol, but played much

5    less of a planning and coordination role, as the Court has

6    highlighted.

7          There is sufficient evidence for the Court to see

8    that Mr. James falls more into the former category with a

9    Mr. Meggs and Ms. Watkins, who played a role in gathering

10   these individuals and planning these events and then

11   storming the United States Capitol with these individuals.

12         And so to the extent that that element of planning

13   and coordinating educated the Court's decision on whether or

14   not to detain the other co-defendants, I would submit to

15   Your Honor that it is -- those facts exist here that show

16   that there aren't conditions that can reasonably assure

17   Mr. James's community would be safe if he were to be

18   released.

19         THE COURT:  All right.

20         I want to give Ms. Robin an opportunity to

21   respond, but I also want to ask our court reporter if he

22   could use a few minutes.  We've been at this for about an

23   hour and 15 minutes.

24         COURT REPORTER:  Sure.

25         THE COURT:  So it's 3:15 now.  Let's just take

1    about ten minutes, and then we'll reconvene at 3:25.

2            Thanks, everyone.

3            (Recess from 3:15 p.m. to 3:30 p.m.)

4            THE COURT:  Okay, everyone.  Sorry about the

5    little delay.

6            All right.  Mr. Edwards is there.  Okay.

7            Ms. Robin, I'll turn things back to you and give

8    you an opportunity to respond to the various points

9    Mr. Edwards raised in his presentation.

10           MS. ROBIN:  Thank you, Your Honor.

11           Your Honor, it seems to me that the government's

12   argument, although lengthy, really comes back to the same

13   two points that are repeated in various ways.

14           The first being that he, Mr. James, allegedly

15   played a leadership role.  And, once again, on this point,

16   it couldn't be more clear on the Signal chats that the only

17   leadership role he is actually alleged to have participated

18   in and that there's any sort of evidence that he

19   participated in was with respect to these private protective

20   security details.

21           And on that point, I will just direct -- I mean,

22   the government, in its argument, made reference to the fact

23   that he was the second in command.  And I'm just going to

24   quote from their pleading on page 12, because the pleading,

25   I think, is -- it contains, actually, accurate information

1    from what the Signal chat was and not just from memory.  And

2    it says, "On January 3rd, the operational lead confront

3    everyone in the D.C. Op group that the defendant would be

4    the 'second in command of all the protective security

5    details operated in Washington on the 5th and the 6th.'"

6    Nothing more.

7             So this notion that he was somehow a leadership

8    role in any sort of criminal conspiracy or any sort of

9    planning having to do with breaching the Capitol is simply

10   nothing more than bootstrapping.  The only thing that he led

11   was this private security detail that he was lawfully

12   engaged in on both the 5th and the 6th.

13            And touching on that point about that there's no

14   sort of indication of -- the other point being violent

15   conduct, the government really talks a lot about other

16   people's statements when they're trying to suggest that

17   Mr. James had some sort of violent intent or in coercing

18   somehow with this larger conspiracy to breach the Capitol.

19            They talk about, among others, Mr. Caldwell's

20   statement, Mr. Caldwell, who is out on bond right now.  But

21   what they don't mention at all is any sort of particular

22   statement that Mr. James made with respect to violence, and

23   not a single time did he espouse violence or express an

24   intent for some sort of prearranged awareness of a breach to

25   the Capitol.

1           And on this point, I'll say that I think that the

2     golf-cart reference that the government makes much of

3     actually supports the notion that, if anything, Mr. James

4     and Mr. Minuta, their actions in driving to the Capitol were

5     spontaneous.  Mr. Minuta is on video saying, you know, "the

6     patriots are being assaulted."  You know, "they're inside

7     the Capitol.  We're on our way now."  It shows very clearly

8     that it's spontaneous.  If this whole thing had been

9     planned, there's no reason at all why they would be across

10    town and having to drive a golf cart in to meet up with

11    other individuals at the Capitol.

12          And on this point, I can't help but point out that

13    this is a perfect example of a situation where the way that

14    the government paints the picture is quite different from

15    how others might perceive it watching the video.

16          For instance, when I watched the video, the

17    government's description of them racing around and evading

18    law enforcement, hopping through back and forth, never once

19    does law enforcement attempt to stop them.  To say that

20    they're racing, I think suggests somehow that they're going

21    at an excessive speed.  They're driving a golf cart that no

22    one attempts to stop them, admittedly.  And, you know,

23    they're driving around, but not necessarily driving around

24    any sort of police officer who's attempting to stop them.

25          Mr. James, I wouldn't describe his voice as

1    shouting.  I mean, he's talking.  There's noise in the

2    background, so maybe it's an elevated voice, but -- in order

3    for the individual to hear.  But this is precisely the sort

4    of thing where two people watch a video and one has a very

5    different description of it than the other.

6            But I think what can't be -- what one can't help

7    but take away from the video is that Mr. Minuta is

8    expressing having just learned that these individuals are in

9    the Capitol and they're on their way to go there to

10   basically check out what's happening and essentially protect

11   patriots from being assaulted.

12           So when they do arrive, regardless of whether --

13   there's no indication that they know what door other

14   individuals might have entered 20, 30, 40 minutes later.

15           THE COURT:  And, by the way, I should -- I think I

16   need to interject with this notion that patriots are being

17   assaulted is -- it's an interesting way of looking at the

18   world when police officers are trying to keep

19   insurrectionist folks in a mob outside the Capitol while

20   there's a proceeding going on, to call that patriots are

21   being assaulted is really not -- it's detached from reality,

22   if you will.

23           But go ahead, Ms. Robin.

24           MS. ROBIN:  I understand.

25           But to be clear, those weren't Mr. James's words.

1          THE COURT:  I know.

2          MS. ROBIN:  Those were Minuta's.

3          And I mean, quite frankly, Mr. Minuta also makes a

4    reference about grand theft auto of a golf cart, where, when

5    the keys were handed to them, they were in lawful possession

6    of the golf cart.  That was given to them the day before, I

7    believe, in connection with the security detail.

8          So I think some of Mr. Minuta's statements are a

9    bit out there, but, regardless, that's Mr. Minuta, who is

10   out on bond.  You know, Mr. James, I don't think, should be

11   held accountable necessarily for the descriptions.  But

12   regardless, what is painstakingly obvious is that they are

13   learning of it in the moment and they are on their way

14   there, and, I think, really falls into the language about

15   spontaneous taking advantage of the situation as

16   distinguished, as opposed to from the individuals who are

17   actually participating in the planning of.  The only

18   planning that Mr. James engaged in was with regard to

19   protecting these high-profile speakers.  So there is that,

20   Your Honor.

21         And then with respect to the second point that the

22   government has circled around to, trying to suggest some

23   sort of violent conduct by Mr. James, they reference these

24   weapons.  And I think Your Honor asked, I think, a valid

25   question, which is:  What evidence is there that these

1    weapons or this quick reaction force, if it ever actually

2    made it to Virginia, that it was there with the intention to

3    kind of breach the Capitol and to supply the breach of the

4    Capitol, as opposed to fighting off Antifa, if Antifa, you

5    know, began to assault and harass individuals that were

6    there in support of the rally.

7            And in terms of answering that question, I think

8    one thing that's most striking is that, well, if the weapons

9    were actually in place there, if this quick reaction

10   force -- which we've never actually ever seen any evidence

11   of weapons that actually made it, whether to Virginia or

12   into D.C., at least not with respect to Mr. James or

13   certainly no sort of firearms among any of the defendants

14   that are involved in this case.

15           But the question must be asked, if the true

16   purpose of this quick reaction force was to bolster this

17   breach into the Capitol, then why didn't they ever come?  It

18   seems to me that if the answer is that this quick reaction

19   force was in response to a potential threat from Antifa that

20   never actually occurred, that might be a very valid

21   explanation for why the quick reaction force never came, or

22   possibly because there never was a quick reaction force in

23   Virginia, because the reality is, the only talk about the

24   quick reaction force is in chatter leading up to the days in

25   advance.  And as we know from the chatter, much of the

1    chatter was mere hyperbole, and much of the chatter actually
2    didn't come to fruition.
3          So in any event, the government talks quite a bit
4    about this quick reaction force and they don't know if it
5    actually ever even came to fruition; and whether or not it
6    did, they certainly can't say that it was -- that the point
7    of the quick reaction force was to somehow support a
8    conspiracy to breach the Capitol or to enter --
9          THE COURT:  So let me ask Mr. Edwards that.
10   You've raised it, so let me ask -- or give Mr. Edwards an
11   opportunity to respond in terms of what the government's
12   investigation is at this juncture -- and I've asked this
13   question before at other hearings, but what's the
14   government's evidence at this juncture with respect to an
15   actual quick reaction force being stationed outside the
16   District?
17         MR. EDWARDS:  My apologies, Your Honor.  Can you
18   hear me?
19         THE COURT:  We can, Mr. Edwards.  You were just on
20   mute.
21         MR. EDWARDS:  Great.
22         Yeah, with two devices, it still seems to befuddle
23   me.
24         Your Honor, at this time, it is an ongoing
25   investigation.  It is my understanding that the government

```
 1    can provide an ex parte update on that.  I understand that
 2    that is a unique circumstance in a detention hearing; but
 3    given the ongoing nature of this investigation, we are
 4    prepared to provide that kind of update.
 5                THE COURT:  Okay.
 6                MS. ROBIN:  Your Honor, we would object to any
 7    sort of ex parte communication that would impact the
 8    detention hearing.  If it's going to be a factor the Court
 9    would rely on, it seems to me that the defense would be
10    entitled to be privy to that.
11                THE COURT:  All right.
12                Well, why don't we move forward.  I mean, I'm
13    going to make the decision based on the evidence that's
14    presented.
15                MS. ROBIN:  The other thing I'll -- I apologize.
16                THE COURT:  Sorry.  Go ahead.
17                MS. ROBIN:  The other thing I would reference is
18    that, you know, the government talks about criminal conduct,
19    Mr. James's criminal conduct.
20                Well -- and with respect to weapons, this talk
21    about the quick reaction force also significantly -- the
22    interactions are stressing to keep the weapons in Virginia,
23    because in Virginia, the weapons, it's legal to have the
24    weapons there.  And the fact that they're making a point of
25    not bringing the weapons into D.C., I think, is a
```

1    significant point.

2         And the government tries to talk about this

3    communication several days in advance of Mr. James,

4    indicating he's planning to bring his sidearm.  Quite

5    frankly, that is a reference to the trip up north from

6    Alabama.  There's absolutely no indication that he suggested

7    he was planning on bringing his sidearm into Washington,

8    D.C., as opposed to bringing it on the trip, which he's

9    entirely entitled to do, he's a lawful gun owner, and that's

10   already been indicated in the record, and he's already

11   handed over his -- his wife has handed over possession of

12   all firearms.  But in any event, on that date, it was

13   perfectly lawful for him to be in possession of a firearm,

14   and there's no indication that he came into Washington, D.C.

15   with a sidearm at all.

16        So ultimately, Your Honor, the question is, you

17   know, not simply whether or not there is a clear and

18   convincing standard with respect to the danger of the

19   community; and I would submit that in light of the multiple

20   pieces of information brought forward in the defense motion,

21   that there isn't.

22        I know that the government has indicated that the

23   government, in their opinion, believe that he presents a

24   danger to Mr. James's community.  Your Honor, I would submit

25   that Mr. James's community begs to differ.  There's roughly

1    20 letters from his community in support of Mr. James.

2    Mr. James is someone who's -- quite frankly, I can't think

3    of another situation where someone deserves the presumption

4    of innocence and the presumption of release more than

5    Mr. James, who is a Purple Heart recipient and nearly lost

6    his life fighting for this country.

7            Mr. James has no prior criminal convictions.

8    He has a loving wife, who testified at his bond hearing in

9    Alabama, who's present and listening today, and three

10   children who depend on him.

11           He is someone who is a respected member among his

12   community, and not simply for small acts that they talk

13   about, but also for really significant disaster relief

14   efforts that he engaged in on several occasions prior to his

15   arrest.  He's someone who regularly gives back to his

16   community.

17           So his community certainly doesn't agree with the

18   government that Mr. James presents a danger to them.  And it

19   seems to me that they are certainly the best ones to judge

20   him.  They've known him for years.  They know him.  The

21   government is, I think, basing their conclusions on this

22   case and this case alone, but Mr. James is far more than

23   this case alone.

24           In addition to all of those things, Your Honor,

25   I think ultimately the real question is whether or not there

1   are conditions or a combination of conditions that can

2   assure the safety of any person and the community.

3           And the community has already spoken very clearly.

4   There's certainly no specific threat to any individual

5   person here.  He hasn't -- Mr. James isn't even accused of

6   making threats.  The most that the government can say, which

7   is inconsistent, quite frankly, with the testimony at the

8   preliminary hearing, but the most that they can say now that

9   he did to engage in violence was to push past a police

10  officer, which, quite frankly, I think that they're taking

11  liberties with the way that they describe that, because,

12  judging from the picture, Mr. James's hands are entirely

13  down and it looks like he's having a casual -- Your Honor

14  can see the photo for yourself, but it's in the middle of

15  throngs of individuals, and it seems unlikely that an

16  officer would try to stop one person in the midst of what

17  appears to be, I don't know, roughly 100 people coming and

18  going.  It seems to me to be a much more casual encounter.

19          But in any event, certainly at the preliminary

20  hearing, the sworn testimony from the federal agent is that

21  Mr. James didn't assault anybody, he didn't pose a threat to

22  any particular individual in terms of injuring anyone,

23  assaulting anyone, threatening anyone, was not part of the

24  stack.

25          So, Your Honor, for all of those reasons, and the

1    fact that Mr. James is someone that, for four years of his

2    life, all he did was listen to orders and comply with

3    orders, when he was in the infantry in the U.S. Army.  So

4    he's absolutely someone that will abide by the conditions of

5    this Court.

6              And he has everything to lose if he doesn't.  He

7    has a family that he loves dearly.  And, quite frankly, this

8    is -- any sort of indication in terms of concerns about

9    future obstructive behavior have been addressed with the

10   other defendants by very stright conditions of release,

11   which he is happy to abide by.

12             So we would ask that the Court fashion similar

13   restrictions of release, place him on home detention, place

14   him on restrictions to prevent access to the Internet,

15   require him not to have any contact with others.  He's given

16   every indication that he's someone who listens to orders.

17   Thank you.

18             THE COURT:  All right.  Thank you, Ms. Robin.

19             Okay, everyone.  Just hang on for a few minutes.

20   I want to go off camera and just collect my thoughts, and

21   I'll be back with everybody in a couple minutes, all right?

22             MR. EDWARDS:  Thank you, Your Honor.

23             MS. ROBIN:  Thank you, Your Honor.

24             (Recess from 3:45 p.m. to 3:51 p.m.)

25             THE COURT:  Okay.  We have everyone back?

1          Mr. James, can you hear me okay?

2          THE DEFENDANT:  Yes, sir, I can.

3          THE COURT:  Okay.

4          So I've already ruled that the evidence is such

5    that Mr. James is eligible for detention under 32 -- excuse

6    me, 3142(f)(2)(B), based on the obstruction of justice count

7    and -- risk of obstruction of justice, I should say.  That,

8    of course, is just a first threshold determination for

9    determining whether Mr. James should be held pretrial.

10          Pretrial detention is the exception, liberty is

11   the norm under our law, and the Bail Reform Act does reflect

12   that.  And the government's burden here is to prove that

13   there are no combination of conditions that would ensure the

14   safety of the community or any other person due to the

15   dangerousness that Mr. James presents.

16          Let me say at the outset that I actually think

17   this is a really close case.  You know, as I've said more

18   than once, I've got the benefit here of being able to see

19   where the various defendants are along the spectrum of role

20   in the conspiracy and role playing, in fact, the role played

21   on January the 6th.

22          And the evidence that's been marshaled against

23   Mr. James puts him, in my view, not sort of -- certainly not

24   toward the less -- the less weighty end, let's put it that

25   way -- I don't want to use the word "culpable," the less

1    weighty end.  There are a number of defendants who were

2    there on that day and didn't engage in planning and

3    preparation in the way that some others have, they weren't

4    engaged in communications concerning quick reaction forces.

5    Mr. James certainly doesn't fit into that category.

6            And then there's, you know, Mr. Meggs and

7    Ms. Watkins, who, based upon the evidence that I've been

8    presented with, seem to really be the tip of the iceberg, if

9    you will, or at least the top of the pyramid when it comes

10   to this hierarchical group of individuals who were operating

11   that day and operating in advance of that day in terms of

12   planning and preparation of what they plan to do on the 6th

13   and what they might do in the event circumstances gave rise

14   to something more violent.  Mr. James, it seems to me, falls

15   a notch or two below Mr. Meggs and Ms. Watkins.

16           Let me go through these factors.  Let me start

17   with the history and circumstances of Mr. James.

18           There's certainly nothing in his background, the

19   government has brought none to my attention, that would

20   weigh in favor of pretrial detention.  All the factors that

21   one would consider as part of this -- all the facts that one

22   would consider as part of this factor all weigh in favor of

23   release.

24           He is married, father of three children, has his

25   own business.  He's a small businessman, an entrepreneur,

1   active in his community.  I've received a number of very

2   favorable letters speaking well on his -- speaking on behalf

3   of his character.  And, of course, he's a military veteran,

4   has earned himself a Purple Heart in service of this

5   country.  And so all of those factors do favor pretrial

6   release.

7         The nature and circumstances of the offense also,

8   I think, arguably, take him the other direction.  The

9   conduct here that Mr. James is accused of is not simple

10  conspiracy to engage in non-violent acts, but, rather, it

11  was a conspiracy to disrupt the peaceful transition of

12  power.  That is not a small -- that is not an insignificant

13  charge, it's not something that we ought to view as

14  insubstantial, notwithstanding the fact that it may defy

15  categorization as a particular class of felony.  This was a

16  serious event.  It was a serious assault on democracy.  And

17  a Grand Jury has found -- and it's not something I can

18  question at this point -- a Grand Jury has found that there

19  was probable cause that Mr. James participated both as a

20  conspirator and as an individual in attempting to obstruct

21  congressional proceedings on that day.

22        That said, you know, none of the nature and

23  circumstances of the offense as they relate particularly to

24  Mr. James, they don't involve acts of violence or

25  destruction of property.  Mr. James is not accused of any

1   assaultive behavior toward any officer or any individual,

2   he's not accused of destroying any property.  And he is not,

3   at least on that day, part of the group that did file into

4   the Capitol building together, and doing so in a manner that

5   arguably presented a greater threat than would a simple

6   stray one or two people entering the Capitol building in a

7   less organized fashion than did the other members of this

8   conspiracy.

9        You know, Mr. James, in terms of the weight of the

10  evidence against him with respect to these particular

11  charges, you know, one of the things I have struggled with

12  here in the government's presentation of evidence is the

13  violence, or at least the preparation for violent acts, what

14  that was directed towards.  Was it directed towards being

15  prepared for clashes with Antifa or to heighten security

16  that they were there for on January the 6th, or was it

17  directed toward the acts that ultimately took place on

18  Capitol Hill?

19       And maybe that's not the final line that ought to

20  be drawn, and ultimately I think it's going to have to be a

21  jury that makes that decision.  But at least in the case of

22  Mr. James, the weight of the evidence with respect to him

23  conspiring to disrupt the Capitol proceedings -- excuse me,

24  the congressional proceedings, I think, is a little bit

25  weaker than it is for others.

1          And the reason I think is twofold:  One, the

2    government has conceded thus far it doesn't have any

3    evidence that prior to January 6th, there was at least

4    express discussion involving Mr. James of an incursion on

5    the Capitol.  And so to the extent there was planning and

6    preparation, at least prior to the 6th that didn't have to

7    do with -- at least the evidence is it didn't have to do

8    with entering the Capitol grounds or disrupting the

9    congressional proceeding, one.

10          And, two, to the extent that there was a

11   conspiracy, my view is that that conspiracy largely seemed

12   to have come together on the 6th, and really, perhaps, the

13   minutes prior to the decision of these 10 other defendants

14   in this case to actually enter the Capitol grounds.

15          Mr. James was not part of that group.  In fact,

16   prior to when that group entered the Capitol building, he

17   was elsewhere.  It does appear that he did make his way to

18   the Capitol.  Whether he raced there or not, I'll let others

19   make that decision, but he did make his way to the Capitol.

20          And that he did ultimately enter the Capitol, but

21   it doesn't look like he stormed the Capitol or he used any

22   real amount of force; rather, it appears that he entered the

23   Capitol grounds as part of a larger group, not the group

24   that's been entitled here, but with a larger group of people

25   who were all entering the Capitol grounds at the same time,

1    who remained there for a handful of minutes.  There's no

2    evidence of any assaultive behavior or engaging with police

3    officers in a way that would have posed threats to police

4    officers, any efforts to move outside the rotunda to seek

5    outside Congressmen, for example, in chambers or offices,

6    either in the Senate chamber or in their offices.

7            And so at least insofar as his behavior that day,

8    he's not part of that stack that enters the building, and

9    he's not someone who enters the Capitol grounds and engages

10   in any further acts of violence or any acts of violence or

11   destruction of property, all of which, I think, sort of

12   diminish, if you will, the weight of evidence against him.

13           I will say this:  That notwithstanding all of

14   this -- then there's the fourth factor, which is the nature

15   and seriousness of the dangerousness that he poses and

16   whether -- and I think this factor goes to less about the

17   actual charges and the evidence that supports the charges

18   than it does -- and I think Congress sort of recognized that

19   there could be conduct that's sort of outside the four

20   corners of the charges against someone that could still

21   demonstrate dangerousness.  And in this case, I do think,

22   Mr. James, there's evidence here that does demonstrate his

23   dangerousness.

24           Mr. James is engaged in conversations about having

25   a quick reaction force outside the District of Columbia.

1    Now, we can all diminish the significance of that and

2    question whether, in fact, there was one or whether it was

3    significant or not.  But the truth of the matter is, he and

4    others are talking about having arms stashed outside the

5    District of Columbia in case there's violence so that it

6    could be brought into the District quickly.  Was this just

7    talk or was this actual concrete preparation and planning?

8    It certainly seems to me it's more of the latter, given the

9    amount of discussion and talk about it.

10          That said, there's been no evidence presented

11   before me of an actual concrete fruition of that plan; that

12   is, an actual -- the force was actually in place; but,

13   nevertheless, you know, it's really concerning, I mean, it

14   really is concerning.

15          And, Mr. James, I've got to tell you:

16   I'm not sure why anybody in your position, given the life

17   you've led, would have thought that this was okay, I really

18   don't, because, by all accounts, you otherwise are not just

19   law abiding, but you're actually someone who is a good

20   member of your community and somebody who looks to

21   contribute to your community in ways that are actually more

22   substantial than just -- not to diminish this, but you're a

23   small-business owner and a family man, but you're doing more

24   than that.  And so it really is mystifying to me that

25   somebody in your position would not just be caught up in all

1   of this, but would take the active role that you were in

2   planning and then carrying all this out.  It really does, in

3   many ways, sort of cut against the grain of everything that

4   at least I think you stand for and what you believe this

5   country is supposed to be about.

6          Look, at the end of the day, the question for me

7   is, are there conditions of release that would ensure the

8   safety of the community or any individual.  The government

9   has posited that the danger that Mr. James presents is sort

10  of twofold:  One, that he will essentially plan further acts

11  of potential violence; and, two, that he will continue to

12  carry on in obstructive conduct, as I think there is

13  evidence that he's engaged in.

14         Look, I think there is a risk that both of those

15  actions will happen and that he could engage in those

16  actions in the future.  But that said, I do think there are

17  conditions of release that would mitigate the likelihood of

18  that occurring.

19         As the Circuit has made clear recently, I can't --

20  the question is not, is there -- are there conditions that

21  would ensure with certainty that an individual would not

22  pose a risk, but, rather, are there conditions that

23  essentially would ensure that the person would not do so.

24         And I do think there are conditions that I can

25  place on Mr. James, they will be rather strict as they have

1    been with others, to release him and to ensure the safety of

2    the community and to ensure that the specific risks that he

3    presents will be mitigated.

4           Let me just say this:  I think the case against

5    Mr. James is an interesting one.

6           And, Mr. James, I just, as I said to you earlier

7    and take my words for what they are:  It really is troubling

8    that someone who has led the life that you have would get

9    caught up in this.

10          You know, our politics these days are wrought with

11   a great deal of -- they're caustic, we don't respect each

12   other always, and we treat everything as if it's a battle to

13   the death.

14          That's not how the democracy was set up.  You

15   know, if you lose an election, it's not okay to then take up

16   arms and try and reverse the outcome of that election.

17   That's not how our democracy works.  And even if that's not

18   what was in your head, it was certainly in the head of

19   others, there's no doubt about that in my mind.

20          And if anything comes from what happened on

21   January the 6th, I hope it's that America learns a lesson

22   of, this is not what our democracy stands for, and it's not

23   the way our democracy is supposed to work.

24          If you lose an election, you lose an election.

25   You respect it and you move on, and you try and convince the

1    American public the next time around that you're right.  But

2    just because America disagrees with you doesn't give you the

3    right to start planning for quick reaction forces and

4    gathering with others and given the opportunity to enter the

5    Capitol building while Congress is in session and try and

6    disrupt those events.  And certainly somebody who's provided

7    the service that you have to your country and been injured,

8    it's truly unfortunate that you find yourself in the

9    position that you're in.  But be that as it may, I

10   ultimately do think there are conditions of release that can

11   ensure the safety of the community, despite the evidence

12   that's been marshaled against Mr. James.

13           I will say one last thing, and I do think this is

14   something that -- and just so the record's clear, and I'll

15   be perfectly candid about this and it's factored into my

16   decision here -- I don't think Mr. James should have been

17   detained at his initial hearing.  I think the magistrate

18   judge committed an error by essentially jumping over the

19   initial question of detention and whether he was eligible

20   for detention.

21           There was not evidence at the initial hearing that

22   was presented by the government about obstructive behavior.

23   He was charged with obstruction of a congressional

24   proceeding, but there's certainly nothing there that

25   presented a serious risk of obstruction.  The government has

1   since come forward with that evidence, and the government

2   has every right to do that.  But I do think that there was

3   an error made by the magistrate judge at the initial

4   detention hearing and that too was factored into my

5   determination here.

6          So I will release Mr. James along the same strict

7   conditions I have released others.

8          The first is, which district does he live in,

9   Counsel?

10          MS. ROBIN:  The Northern District of Alabama is

11   where he was incarcerated, so I think -- I should verify.

12   I know it's Arab, Alabama, but all the proceedings were in

13   the Northern District of Alabama.

14          THE COURT:  Maybe I could impose upon your

15   co-counsel to see if you can take a couple minutes to

16   confirm that before the end of the hearing here so that our

17   Courtroom Deputy has the information to put in the release

18   order.

19          So he shall submit to supervision and report for

20   supervision in the Northern District of Alabama weekly.

21          He shall surrender -- does he have a passport,

22   Ms. Robin?

23          MS. ROBIN:  Yeah, I think that he does.  And I can

24   coordinate with his wife, I believe she has possession of

25   it, and can hand it over to Pretrial.

1          THE COURT:  Okay.

2          That passport needs to be turned over to Pretrial

3    Services in the Northern District of Alabama.

4          He shall remain in the Northern District of

5    Alabama, shall not travel outside the Northern District of

6    Alabama, and is required to stay away from Washington, D.C.

7    except for court or Pretrial Services, businesses, or

8    meetings with his lawyers.

9          He also shall have no contact with anyone

10   associated or affiliated with the Oath Keepers.

11         You shall not possess any firearm, destructive

12   device, or any weapon, Mr. James.  Though you legally

13   possess firearms and own firearms, those firearms need to be

14   removed from your home.  Your wife has submitted an

15   affidavit indicating that those firearms are locked away in

16   a storage facility; they shall remain there until the end of

17   this case.

18         You will be released, at least initially, on home

19   incarceration.  You will be restricted to your home 24 hours

20   a day, except for medical necessities and court appearances

21   or other activities that are specifically approved by the

22   Court.

23         What that means, Mr. James, is that at least for

24   the short term, you will not be permitted to work.  I'll

25   start you on out on home incarceration, we'll see where

1    things go as the case progresses.

2              So you also will be subjected to location

3    monitoring as directed by Pretrial Services, and you shall

4    comply with all of the program requirements and instructions

5    provided.

6              You also shall not have access to any computers,

7    smartphones, tablets, or any device that would allow you to

8    communicate through either encrypted or non-encrypted

9    applications.

10             At our hearing last week, one of the defense

11   counsel had indicated that she was going to work with the

12   government to try and refine that condition.  And so if

13   there has been some language that the government has agreed

14   to with defense counsel, that would be helpful to let me

15   know that and propose that and I can include that refined

16   language.  But otherwise, we'll just leave that language in

17   for now until the government and the defense propose

18   something different.

19             The final condition I am going to impose upon

20   Mr. James is -- I'm not sure which box this is, JC, and

21   maybe I'll miss it but:  You shall participate in a program

22   of inpatient or outpatient mental health treatment and

23   therapy and counseling.

24             Mr. James, there is evidence on the record that

25   such counseling and treatment is warranted.  And I would

1    urge you -- I'm not going to just urge you, I'm going to

2    require it as a condition of your release that you

3    participate in that counseling and treatment.  I understand

4    that you have an appointment that your lawyers have arranged

5    for early next week.  And so you will be permitted,

6    obviously, to attend that appointment, and I will urge you

7    to continue to get that treatment, I think it's an important

8    part of your pretrial release, and that will also be a

9    requirement of your pretrial release.

10           THE DEFENDANT:  Yes, sir.

11           THE COURT:  Okay.

12           With that, is there anything else that either side

13   wants to raise before we adjourn?

14           MS. ROBIN:  Your Honor, the only thing I would

15   just raise is that I had gotten a phone call from the

16   Alabama court clerk prior to the hearing just expressing

17   some concern that if the Court did order release, would he,

18   you know, be released right away, and I told her I didn't

19   think so, because it would require turning in a passport and

20   possibly a couple of other things.

21           In the event that -- I don't know if the passport

22   can be arranged to be turned in today or not, but she --

23           THE COURT:  Well, to be clear, Ms. Robin,

24   I don't -- maybe I'm mistaken about this.  I don't view the

25   turning in of a passport as sort of a pre-condition to

1    release.

2              MS. ROBIN:  Okay.

3              THE COURT:  Rather, this release order will get

4    signed today, it will get handed over to the U.S. Marshals

5    this afternoon.

6              MS. ROBIN:  Right.

7              THE COURT:  Hopefully, JC, can we get all this

8    done by close of business today?

9              COURTROOM DEPUTY:  I'll do my best to make it

10   work, Your Honor.

11             THE COURT:  Okay.

12             So once I've signed off on it, it's going to be up

13   to the U.S. Marshals to process it.

14             MS. ROBIN:  Okay.

15             THE COURT:  And, Mr. James, I can't make any

16   promises to you whether that processing will happen tonight,

17   tomorrow, or on Monday, but it will happen as quickly as it

18   can, okay?

19             THE DEFENDANT:  Yes, sir.

20             MS. ROBIN:  And, Your Honor, I just have

21   confirmation from my co-counsel, Mr. Leibig, that Arab,

22   Alabama, is, in fact, in the Northern District of Alabama.

23             THE COURT:  All right.

24             So the release order will reflect that Pretrial

25   Services in the Northern District of Alabama will be the

1   supervising agency for Mr. James.

2           All right.  With that, is there anything else

3   either side wants to raise this afternoon?

4           MS. ROBIN:  No.  Thank you, Your Honor.

5           MR. EDWARDS:  Nothing for the government,

6   Your Honor.  Thank you.

7           THE DEFENDANT:  Thank you.

8           THE COURT:  Thank you, both.

9           And I also want to commend both lawyers on this.

10  I think both sides really did a terrific job this afternoon,

11  as these are hard cases, and I think both sides did a very

12  good job of advocacy on behalf of your clients.

13          So thank you, both, very much, and we'll see

14  everybody soon.

15          Thank you very much.

16          MS. ROBIN:  Thank you, sir.

17          MR. EDWARDS:  Thank you.

18          (Proceedings concluded at 4:14 p.m.)

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__April 12, 2021_____    /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

**COURT REPORTER:**
[1] 56/24
**COURTROOM
DEPUTY: [2]** 3/2 83/9
**MR. EDWARDS: [42]**
12/18 12/24 13/10
13/18 13/22 13/25
14/10 23/14 23/16
24/15 25/1 26/13 26/16
26/22 26/24 27/15
27/24 28/2 29/11 31/13
35/13 40/2 40/13 40/17
40/24 42/7 45/18 46/8
48/11 49/14 49/25 50/6
50/12 52/1 52/4 55/14
55/25 63/17 63/21
68/22 84/5 84/17
**MS. ROBIN: [36]** 3/12
4/5 6/3 8/11 10/2 12/2
12/5 12/15 14/13 16/2
16/15 17/8 17/25 18/18
19/14 19/19 22/6 22/11
22/14 23/2 57/10 60/24
61/2 64/6 64/15 64/17
68/23 79/10 79/23
82/14 83/2 83/6 83/14
83/20 84/4 84/16
**THE COURT: [80]**
3/10 3/13 3/17 5/12
7/16 9/8 11/20 12/4
12/13 12/23 13/9 13/16
13/21 13/23 14/6 14/11
15/22 16/3 17/5 17/9
18/13 19/13 19/18 22/4
22/9 22/13 22/21 23/3
23/15 24/7 24/21 26/11
26/15 26/17 26/23
27/14 27/17 28/1 28/20
29/18 34/7 38/24 40/11
40/16 40/23 42/1 45/13
46/5 47/13 49/13 49/15
50/3 50/7 51/16 52/3
55/4 55/24 56/19 56/25
57/4 60/15 61/1 63/9
63/19 64/5 64/11 64/16
68/18 68/25 69/3 79/14
80/1 82/11 82/23 83/3
83/7 83/11 83/15 83/23
84/8
**THE DEFENDANT: [5]**
3/15 69/2 82/10 83/19
84/7

**'**
**'second [1]** 58/4

**/**
**/S [1]** 85/10

**1**
**10 [3]** 11/14 46/13
73/13
**100 [2]** 46/22 67/17
**10:30 [3]** 4/14 18/23
19/2
**1111 [1]** 1/19
**114 [1]** 1/18

57/24 85/10
**15 [4]** 11/14 37/15
46/13 56/23
**1512 [1]** 38/13
**1600 [3]** 4/10 4/20 4/21
**1752 [1]** 38/12
**19 [1]** 85/6

**2**
**20 [3]** 37/15 60/14 66/1
**20001 [1]** 2/6
**202 [2]** 1/15 2/6
**2021 [4]** 1/5 19/8 19/15
85/10
**20530 [1]** 1/15
**21 [1]** 26/13
**21-28-12 [2]** 1/4 3/3
**22314 [1]** 1/19
**24 [1]** 80/19
**252-7081 [1]** 1/15
**2:00 [1]** 1/6
**2:30 [1]** 43/10

**3**
**30 [2]** 4/24 60/14
**30th [1]** 4/13
**3142 [12]** 16/22 20/10
22/14 23/18 25/5 25/20
28/17 31/1 52/19 53/15
54/2 69/6
**32 [1]** 69/5
**3249 [1]** 2/6
**333 [1]** 2/5
**349-1111 [1]** 1/19
**35 [1]** 11/5
**354-3249 [1]** 2/6
**3:15 [2]** 56/25 57/3
**3:25 [1]** 57/1
**3:30 [1]** 57/3
**3:45 [1]** 68/24
**3:51 [1]** 68/24
**3rd [2]** 34/3 58/2

**4**
**40 [1]** 60/14
**4:14 [1]** 84/18

**5**
**555 [1]** 1/14
**5th [4]** 8/22 8/25 58/5
58/12

**6**
**6th [54]** 8/22 8/25
10/16 10/17 12/20 19/6
19/8 19/15 19/17 25/8
25/24 26/1 27/1 27/20
28/6 28/16 30/3 30/5
31/19 32/2 32/12 32/20
33/22 34/2 34/11 34/17
35/2 35/15 35/16 37/22
38/4 38/21 39/3 40/14
40/19 41/2 42/4 42/5
42/18 43/4 46/20 47/7
49/4 49/10 53/9 54/4
58/12 69/21 70/12
72/16 73/3 73/6 73/12
77/21

**7**
**703 [1]** 1/19
**7081 [1]** 1/15

**A**
**Aaron [1]** 25/3
**abide [2]** 68/4 68/11
**abiding [1]** 75/19
**ability [1]** 37/19
**able [3]** 13/14 45/21
69/18
**about [70]** 8/12 9/7 9/9
9/9 9/22 10/1 10/5
10/21 11/9 13/6 14/18
18/3 18/8 18/23 20/9
21/11 22/22 24/22
26/17 27/17 27/18 28/3
28/9 28/21 31/9 32/12
32/19 35/4 35/15 37/6
37/16 39/16 40/20 41/7
41/23 42/3 47/23 48/25
50/8 50/9 50/21 51/4
53/7 54/1 54/2 54/12
56/22 57/1 57/4 58/13
58/15 58/19 61/4 61/14
62/23 63/4 64/18 64/21
65/2 66/13 68/8 74/16
74/24 75/4 75/9 76/5
77/19 78/15 78/22
82/24
**above [4]** 33/23 33/25
85/4
**above-titled [1]** 85/4
**absolutely [3]** 31/13
65/6 68/4
**access [5]** 4/10 4/13
6/1 68/14 81/6
**accessed [1]** 39/6
**according [1]** 13/5
**accountable [1]** 61/11
**accounts [1]** 75/18
**accurate [1]** 57/25
**accused [6]** 15/10
20/16 67/5 71/9 71/25
72/2
**across [2]** 53/7 59/9
**act [10]** 24/14 28/25
29/10 39/12 41/8 41/18
42/21 54/9 54/11 69/11
**action [3]** 41/17 46/21
55/1
**actions [14]** 11/16 32/8
42/17 42/25 43/4 44/10
44/17 46/4 47/20 47/25
47/25 59/4 76/15 76/16
**active [2]** 71/1 76/1
**actively [1]** 14/23
38/17
**activities [4]** 9/3 47/3
49/2 80/21
**activity [1]** 21/10
**acts [9]** 20/18 66/12
71/10 71/24 72/13
72/17 74/10 74/10
76/10
**actual [9]** 29/15 34/19

75/7 75/11 75/12
**actually [40]** 4/14 7/1
7/3 10/4 10/6 10/16
10/18 12/7 12/9 15/10
18/4 18/5 18/7 20/23
21/6 21/14 24/13 25/4
31/17 35/8 35/10 43/6
47/17 54/11 57/17
57/25 59/3 61/17 62/1
62/9 62/10 62/11 62/20
63/1 63/5 69/16 73/14
75/12 75/19 75/21
**add [1]** 42/8
**added [2]** 4/3 43/20
**addition [1]** 66/24
**additional [9]** 5/23
12/11 15/5 15/11 15/18
18/20 18/21 18/24
19/19
**address [7]** 22/7 22/7
22/20 31/15 35/13 44/2
45/15
**addressed [2]** 17/12
68/9
**adds [1]** 42/12
**adequate [1]** 6/18
**adjourn [1]** 82/13
**admit [1]** 14/19
**admitted [1]** 38/9
**admittedly [1]** 59/22
**advance [3]** 62/25 65/3
70/11
**advantage [6]** 32/1
32/2 49/3 53/4 53/18
61/15
**adversarially [1]** 24/19
**advising [1]** 49/8
**advocacy [1]** 84/12
**affect [1]** 35/11
**affidavit [3]** 14/17 15/1
80/15
**affiliated [1]** 80/10
**after [10]** 4/18 22/7
26/1 26/14 27/1 41/2
44/8 44/17 46/21 47/22
**after-action [1]** 46/21
**afternoon [7]** 3/2 3/10
3/18 53/9 83/5 84/3
84/10
**afterwards [1]** 54/21
**again [4]** 11/8 41/1
43/2 57/15
**against [11]** 7/7 11/18
11/21 11/22 21/20
69/22 72/10 74/12
74/20 76/3 77/4 78/12
**agency [1]** 84/1
**agent [1]** 67/20
**aggressive [1]** 14/19
**aggressively [1]** 11/13
**ago [1]** 4/12
**agree [4]** 29/9 29/13
48/10 66/17
**agreed [2]** 12/6 12/9
81/13
**agrees [1]** 29/14
**ahead [5]** 14/12 23/9

4/25 60/23 64/16
**aid [1]** 53/1
**aided [3]** 2/8 47/19
47/24
**Alabama [15]** 33/10
33/25 65/6 66/9 79/10
79/12 79/13 79/20 80/3
80/5 80/6 82/16 83/22
83/22 83/25
**Alexandria [1]** 1/19
**all [56]** 3/13 3/18 5/14
5/21 7/19 7/20 9/4 9/4
9/4 9/5 10/4 12/8 13/16
13/21 13/23 19/23 22/5
22/25 26/4 29/18 32/19
41/9 41/21 42/1 46/24
47/6 49/5 56/19 57/6
58/4 58/21 59/9 64/11
65/12 65/15 66/24
67/25 68/2 68/18 68/21
70/20 70/21 70/22 71/5
73/25 74/11 74/13 75/1
75/18 75/25 76/2 79/12
81/4 83/7 83/23 84/2
**All right [2]** 13/16
13/21
**allegations [4]** 15/5
15/20 15/21 21/19
**alleged [9]** 6/25 7/11
8/23 11/6 11/10 14/15
15/6 20/24 57/17
**allegedly [2]** 11/1
57/14
**allow [5]** 13/11 13/12
13/13 13/22 81/7
**allowed [1]** 32/3
**almost [1]** 15/25
**alone [2]** 66/22 66/23
**along [2]** 69/19 79/6
**already [6]** 28/14 32/16
65/10 65/10 67/23 69/9
69/17 69/21
**also [32]** 4/10 5/16
6/20 11/6 15/3 15/3
15/17 18/12 19/8 25/3
28/17 40/21 41/1 41/6
42/10 42/24 44/6 45/11
46/21 51/4 52/10 52/16
56/21 61/3 64/21 66/13
71/7 80/9 81/2 81/6
82/8 84/9
**although [5]** 25/11
25/12 38/7 52/14 57/12
**always [1]** 77/12
**am [2]** 30/7 81/19
**amend [2]** 12/7 12/9
**AMERICA [4]** 1/3 3/4
77/21 78/2
**American [1]** 78/1
**AMIT [1]** 1/7
**among [6]** 6/22 11/2
35/8 58/19 62/13 66/11
**amount [4]** 9/24 45/22
73/22 75/9
**amounts [1]** 54/14
**analysis [2]** 26/14 29/9
**announces [1]** 34/4
**another [8]** 9/18 24/6
36/11 41/22 50/25 51/6

**A**

**another... [2]** 52/18 66/3
**answer [4]** 8/16 27/17 48/11 62/18
**answering [1]** 62/7
**anticipate [1]** 9/18
**anticipation [1]** 10/5
**Antifa [7]** 39/18 39/20 41/4 62/4 62/4 62/19 72/15
**any [60]** 4/13 8/12 8/15 8/15 9/1 9/4 9/4 10/3 10/7 10/9 10/14 10/22 15/15 18/10 19/6 19/16 19/23 20/5 20/17 22/19 31/8 34/10 39/8 46/5 46/6 51/20 54/2 57/18 58/8 58/8 58/21 59/24 62/10 62/13 63/3 64/6 65/12 67/2 67/4 67/19 67/22 68/8 68/15 69/14 71/25 72/1 72/1 72/2 73/2 73/21 74/2 74/4 74/10 74/10 76/8 80/11 80/12 81/6 81/7 83/15
**anybody [2]** 67/21 75/16
**anyone [4]** 67/22 67/23 67/23 80/9
**anyone's [1]** 39/9
**anything [8]** 10/12 10/24 11/9 22/5 59/3 77/20 82/12 84/2
**anywhere [1]** 11/4
**apart [1]** 9/14
**apologies [2]** 23/16 63/17
**apologize [6]** 13/11 25/11 49/14 49/25 50/2 64/15
**appear [3]** 19/19 51/2 73/17
**appearance [2]** 12/1 22/18
**appearances [3]** 1/12 1/25 80/20
**appeared [1]** 46/19
**appearing [1]** 3/8
**appears [7]** 4/12 32/6 43/8 48/24 50/1 67/17 73/22
**applications [1]** 81/9
**appointment [2]** 82/4 82/6
**appreciate [1]** 5/14
**approaches [1]** 35/24
**approaching [1]** 43/12
**approved [1]** 80/21
**approximately [4]** 45/20 46/13 46/17 46/22
**apps [1]** 53/25
**April [2]** 1/5 85/10
**Arab [2]** 79/12 83/21
**are [90]**
**aren't [1]** 56/16
**arguably [2]** 71/8 72/5

**argument [5]** 4/7 25/1 25/4 25/6 25/10 31/14 57/12 57/22
**armed [3]** 10/8 10/8 38/19
**arms [4]** 45/4 45/8 75/4 77/16
**Army [3]** 7/2 21/25 68/3
**arose [1]** 53/9
**around [17]** 4/14 11/1 11/4 28/6 32/8 40/5 42/9 42/24 43/11 43/14 44/1 49/18 59/17 59/23 59/23 61/22 78/1
**arrange [1]** 52/25
**arranged [2]** 82/4 82/22
**arranging [1]** 53/7
**arrest [1]** 66/15
**arrested [4]** 11/25 12/2 12/20 27/21
**arrive [1]** 60/12
**arsenal [2]** 36/23 37/15 42/20
**art [1]** 29/15
**articulable [2]** 51/19 51/24
**articulate [2]** 51/21 52/7
**as [90]**
**ask [12]** 4/22 4/25 23/10 24/8 27/14 27/18 45/15 49/20 56/21 63/9 63/10 68/12
**asked [8]** 15/21 33/16 34/1 49/21 52/6 61/24 62/15 63/12
**asking [7]** 6/9 6/13 6/14 34/18 35/19 43/25 44/1
**asks [3]** 33/18 35/25 37/8
**aspect [2]** 4/6 51/17
**assault [3]** 62/5 67/21 71/16
**assaulted [5]** 47/17 59/6 60/11 60/17 60/21
**assaulting [2]** 47/25 67/23
**assaultive [2]** 72/1 74/2
**associated [1]** 80/10
**assuming [1]** 21/6
**assure [3]** 22/18 56/16 67/2
**assured [2]** 22/24 23/7
**attachments [1]** 23/1
**attempt [3]** 18/2 50/1 59/19
**attempted [2]** 14/1 20/16
**attempting [4]** 10/8 10/13 59/24 71/20
**attempts [1]** 59/22
**attend [1]** 82/6
**attendees [1]** 8/21
**attention [1]** 30/11

**attorney [1]** 20/2
**ATTORNEY'S [1]** 1/13
**attributes [1]** 6/16
**auto [1]** 61/4
**available [2]** 38/19 41/13
**Avenue [1]** 1/23
**avoid [1]** 13/14
**aware [3]** 23/19 23/24 30/9
**awareness [1]** 58/24
**away [6]** 11/15 14/21 60/7 80/6 80/15 82/18

**B**

**back [12]** 9/5 15/22 38/9 41/9 52/2 55/5 57/7 57/12 59/18 66/15 68/21 68/25
**background [2]** 60/2 70/18
**bad [1]** 39/19
**badly [1]** 9/21
**Bail [6]** 24/14 28/24 29/10 54/9 54/10 69/11
**Barrett [1]** 2/5
**barricades [3]** 43/14 47/19 48/1
**based [9]** 7/25 16/13 16/20 25/5 29/21 48/22 64/13 69/6 70/7
**basically [1]** 60/10
**basing [1]** 66/21
**basis [2]** 16/13 29/7
**battle [2]** 43/21 77/12
**be [100]**
**bear [1]** 6/15
**became [1]** 33/6
**because [39]** 4/8 4/16 4/22 5/24 6/7 6/17 6/20 11/22 13/3 14/16 15/23 16/25 17/6 18/15 19/5 19/8 19/15 22/22 26/8 27/12 28/22 32/24 33/6 35/22 36/22 42/18 43/1 43/8 48/5 49/21 53/6 57/24 62/22 62/23 64/23 67/11 75/18 78/2 82/19
**become [1]** 30/10
**been [37]** 3/24 4/23 4/24 5/3 5/25 6/17 7/10 7/17 10/25 15/10 17/12 20/24 21/18 22/14 22/15 22/25 23/6 25/9 27/21 29/22 30/18 31/3 39/24 44/11 56/22 59/8 65/10 68/9 69/22 70/7 73/24 75/10 77/1 78/7 78/12 78/16 81/13
**before [21]** 1/10 4/9 11/23 15/23 17/14 23/4 23/8 27/1 29/22 35/15 35/16 38/24 40/14 42/8 44/16 46/13 61/6 63/13 75/11 79/16 82/13
**befuddle [1]** 63/22

**began [2]** 70/2 72/12
**begin [2]** 6/5 23/11
**beginning [1]** 52/13
**begs [1]** 65/25
**behalf [3]** 23/6 71/2 84/12
**behavior [10]** 9/23 29/23 29/24 48/4 51/14 68/9 72/1 74/2 74/7 78/22
**being [17]** 33/19 40/20 41/16 43/14 43/23 50/13 53/15 54/12 57/14 58/14 59/6 60/11 60/16 60/21 63/15 69/18 72/14
**belabored [1]** 52/23
**belied [1]** 41/14
**believe [14]** 7/3 12/11 13/19 21/6 27/19 36/15 39/22 45/16 46/5 55/19 61/7 65/23 76/4 79/24
**believes [1]** 27/21
**below [2]** 15/2 70/15
**benchmarks [1]** 31/22
**benefit [3]** 7/18 48/6 69/18
**berates [1]** 44/8
**berating [1]** 50/15
**best [3]** 28/5 66/19 83/9
**better [1]** 11/24
**between [2]** 14/5 14/8
**beyond [2]** 10/1 46/1
**big [1]** 28/22
**bit [1]** 4/16 12/19 18/17 38/14 38/25 48/17 53/14 61/9 63/3 72/24
**BLM [1]** 41/4
**block [3]** 43/15
**boil [1]** 40/20
**bolster [2]** 4/19 62/16
**bond [8]** 6/7 15/4 15/16 18/25 19/10 58/20 61/10 66/8
**bond-review [1]** 19/10
**bootstrapping [1]** 58/10
**borne [1]** 19/25
**both [16]** 8/25 15/18 38/17 40/3 44/3 44/12 52/21 54/21 58/12 71/19 76/14 84/8 84/9 84/10 84/11 84/13
**bottom [1]** 8/10
**box [1]** 81/20
**breach [7]** 35/1 58/18 58/24 62/3 62/3 62/17 63/8
**breaching [1]** 58/9
**breaking [1]** 48/1
**briefly [1]** 44/19
**bright [1]** 49/18
**bright-line [1]** 49/18
**bring [10]** 10/14 35/20 35/25 36/9 36/22 41/24 47/10 50/20 51/7 65/4

**bringing [13]** 36/3 36/3 36/14 36/15 36/21 47/11 50/23 50/25 51/3 51/5 64/25 65/7 65/8
**broader [1]** 38/14
**broke [1]** 47/18
**brought [4]** 39/6 65/20 70/19 75/6
**bucket [1]** 32/4
**buckets [1]** 31/20
**building [26]** 35/8 35/11 38/5 40/18 43/18 43/19 43/21 44/2 44/5 44/7 44/7 44/13 44/18 45/1 45/24 46/1 46/7 46/10 46/17 46/23 54/19 72/4 72/6 73/16 74/8 78/5
**burden [11]** 16/12 16/16 20/9 22/2 24/11 24/13 24/18 29/22 30/25 31/3 69/12
**burdens [3]** 23/25 24/2 24/24
**burn [3]** 26/4 27/2 53/25
**burning [1]** 26/18
**business [6]** 12/21 12/24 13/17 70/25 75/23 83/8
**businesses [1]** 80/7
**businessman [1]** 70/25

**C**

**cache [1]** 9/20
**calculus [1]** 29/6
**Caldwell [8]** 6/24 15/17 25/18 38/9 40/8 40/12 40/19 58/20
**Caldwell's [1]** 58/19
**call [2]** 60/20 82/15
**calls [5]** 41/16 44/16 44/22 47/4 54/21
**came [6]** 14/1 15/6 42/14 62/21 63/5 65/14
**camera [1]** 68/20
**can [62]** 3/11 3/14 3/15 5/13 12/16 12/19 12/22 12/23 18/16 19/13 21/21 22/7 22/7 22/19 23/6 23/14 23/18 23/21 24/3 24/8 24/16 24/19 25/24 25/25 28/18 31/4 32/10 32/14 34/7 36/16 37/14 38/2 39/6 41/14 43/2 49/25 50/1 50/6 50/6 52/3 52/4 56/16 63/17 63/19 64/21 67/1 67/6 67/8 67/14 69/1 69/2 71/17 75/1 76/24 78/10 79/15 79/23 79/25 81/15 82/22 83/7 83/18
**can't [8]** 50/5 59/12 60/6 60/6 63/6 66/2 76/19 83/15
**candid [1]** 78/15

**C**

**Capitol [70]** 7/4 10/24 11/7 18/11 19/7 19/17 19/25 20/7 25/3 30/7 30/9 35/2 35/8 35/11 38/5 38/11 38/15 43/6 43/11 43/15 43/18 43/21 44/2 44/4 44/6 44/7 44/13 44/18 45/1 45/7 45/14 45/24 45/25 46/7 46/10 46/17 46/22 47/22 53/5 54/19 56/4 56/11 58/9 58/18 58/25 59/4 59/7 59/11 60/9 60/19 62/3 62/4 62/17 63/8 72/4 72/6 72/18 72/23 73/5 73/8 73/14 73/16 73/18 73/19 73/20 73/21 73/23 73/25 74/9 78/5
**care [1]** 37/15
**carry [3]** 39/23 45/2 76/12
**carrying [1]** 76/2
**cart [8]** 43/12 43/22 43/25 59/2 59/10 59/21 61/4 61/6
**case [38]** 3/3 6/21 7/10 7/21 8/5 9/21 15/9 15/25 16/17 17/2 20/17 24/10 25/2 25/3 25/16 25/17 25/18 25/21 28/14 34/24 37/7 39/1 39/17 48/9 54/11 54/13 62/14 66/22 66/22 66/23 69/17 72/21 73/14 74/21 75/5 77/4 80/17 81/1
**cases [2]** 16/6 84/11
**casual [2]** 67/13 67/18
**categories [6]** 31/17 31/23 48/4 48/19 48/19 49/8
**categorization [1]** 71/15
**categorizes [2]** 33/23 33/24
**category [13]** 31/25 32/6 32/9 32/16 46/15 47/1 47/12 47/20 48/9 48/16 56/1 56/8 70/5
**caught [2]** 75/25 77/9
**cause [1]** 71/19
**caustic [1]** 77/11
**cell [4]** 4/11 4/12 6/17 15/7
**certain [6]** 34/15 40/3 48/23 49/2 53/15 54/11
**certainly [24]** 8/4 10/5 10/18 10/22 11/16 11/20 14/15 15/16 30/9 35/4 56/3 62/13 63/6 66/17 66/19 67/4 67/19 69/23 70/5 70/18 75/8 77/18 78/6 78/24
**certainty [1]** 76/21
**Certified [1]** 2/4
**certify [2]** 40/8 85/2

**chain [4]** 8/1 8/10 30/11 53/23
**chamber [1]** 74/6
**chambers [1]** 74/5
**chance [1]** 17/15
**character [1]** 71/3
**characterization [2]** 24/9 33/2
**charge [1]** 71/13
**charged [11]** 5/6 15/11 15/14 16/3 32/4 34/20 38/12 39/11 39/11 39/24 78/23
**charges [5]** 5/7 72/11 74/17 74/17 74/20
**chat [11]** 7/11 17/16 18/21 19/16 19/19 19/16 19/20 21/7 26/18 30/3 58/1
**chats [12]** 10/12 10/20 17/18 17/21 18/4 18/5 18/9 18/12 18/24 19/21 19/22 57/16
**chatter [6]** 10/5 20/5 62/24 62/25 63/1 63/1
**check [1]** 60/10
**cheered [1]** 47/21
**chest [2]** 45/5 46/2
**children [2]** 66/10 70/24
**circled [1]** 61/22
**Circuit [17]** 31/17 31/23 32/16 34/18 37/2 47/1 47/16 48/3 48/6 48/20 48/24 49/17 51/17 52/6 54/6 54/8 76/19
**Circuit's [3]** 47/12 47/23 52/17
**circumstance [1]** 64/2
**circumstances [4]** 70/13 70/17 71/7 71/23
**cited [2]** 25/17 54/9
**cites [2]** 54/8 54/11
**claiming [1]** 20/20
**clarified [1]** 37/8
**clarify [1]** 45/21
**clashes [1]** 72/15
**class [1]** 71/15
**clear [19]** 3/16 5/16 5/22 6/3 10/17 13/10 13/12 14/7 14/25 21/5 21/8 23/25 35/10 57/16 60/25 65/17 76/19 78/14 82/23
**cleared [1]** 47/22
**clearly [7]** 7/25 8/16 25/9 27/10 51/21 59/7 67/3
**clerk [1]** 82/16
**client [9]** 4/23 7/18 7/22 8/3 9/16 10/13 10/20 15/25 17/16
**clients [1]** 84/12
**close [5]** 14/13 25/11 25/13 69/17 83/8
**closer [1]** 43/15

**comm [10]** 15/19 41/20 41/7 41/15 44/25 55/7 55/10 56/14 79/15 83/21
**co-conspirators [1]** 55/10
**co-counsel [1]** 79/15 83/21
**co-defendant [2]** 40/21 41/7
**co-defendants [5]** 21/19 41/15 44/25 55/7 56/14
**coercing [1]** 58/17
**coercion [1]** 10/23
**collect [1]** 68/20
**College [3]** 34/21 35/12 39/25
**COLUMBIA [7]** 1/1 1/14 9/21 39/6 53/1 74/25 75/5
**combination [5]** 22/17 31/7 31/12 67/1 69/13
**come [10]** 9/19 10/8 11/7 11/23 17/3 53/7 62/17 63/2 73/12 79/1
**comes [4]** 6/23 57/12 70/9 77/20
**coming [1]** 67/17
**comm [1]** 27/6
**command [6]** 8/10 30/19 34/5 53/23 57/23 58/4
**commander [2]** 6/25 7/2
**commanding [3]** 8/7 8/13 8/15
**commend [1]** 84/9
**comments [1]** 41/7
**commit [2]** 32/3 38/12 38/13
**committed [2]** 46/4 78/18
**comms [4]** 26/5 27/3 53/20 53/25
**communicate [2]** 53/19 81/8
**communicates [1]** 33/8
**communicating [2]** 18/7 41/3
**communication [5]** 21/7 33/15 55/9 64/7 65/3
**communications [15]** 6/22 7/12 9/4 9/15 10/15 21/10 30/20 40/3 40/4 40/7 41/10 47/5 47/9 55/9 70/4
**community [30]** 22/19 31/8 31/22 37/25 51/20 51/25 52/9 52/16 53/12 54/3 54/12 54/16 55/3 56/17 65/19 65/24 65/25 66/1 66/12 66/16 66/17 67/2 67/3 69/14 71/1 75/20 75/21 76/8 77/2 78/11

**completely [1]** 10/19
**comply [2]** 68/2 81/4
**compounded [1]** 30/16
**compressed [3]** 5/3 5/9 5/25
**computer [1]** 2/8
**computer-aided [1]** 2/8
**computers [1]** 81/6
**concede [1]** 45/6
**conceded [2]** 18/9 73/2
**concern [5]** 5/20 9/22 9/22 10/2 82/17
**concerning [3]** 70/4 75/13 75/14
**concerns [3]** 10/10 11/9 68/8
**concluded [1]** 84/18
**conclusions [1]** 66/21
**concrete [2]** 75/7 75/11
**condition [4]** 81/12 81/19 82/2 82/25
**conditions [28]** 12/7 12/8 12/10 13/2 13/4 13/18 14/4 21/20 22/17 22/17 31/7 31/12 55/2 55/8 55/12 56/16 67/1 67/1 68/4 68/10 69/13 76/7 76/17 76/20 76/22 76/24 78/10 79/7
**conduct [16]** 14/15 14/19 14/20 14/22 25/7 28/6 42/5 48/19 49/18 58/15 61/23 64/18 64/19 71/9 74/19 76/12
**confidence [1]** 42/21
**confident [2]** 10/11 20/4
**confinement [1]** 55/8
**confirm [1]** 79/16
**confirmation [1]** 83/21
**confront [1]** 58/2
**Congress [3]** 39/12 74/18 78/5
**congressional [6]** 39/16 53/2 71/21 72/24 73/9 78/23
**Congressmen [1]** 74/5
**connected [2]** 10/18 28/12
**connection [3]** 20/17 27/22 61/7
**consider [4]** 4/1 6/15 70/21 70/22
**considered [1]** 49/19
**consistent [1]** 34/25
**consistently [1]** 37/20
**conspiracy [19]** 8/16 18/10 38/12 38/13 39/10 39/11 39/23 42/6 51/15 53/2 58/8 58/18 63/8 69/20 71/10 71/11 72/8 73/11 73/11
**conspirator [1]** 71/20
**conspirators [1]** 55/10
**conspired [3]** 32/8

**conspiring [4]** 35/10 49/1 52/24 72/23
**Constitution [1]** 2/5
**construed [1]** 9/11
**contact [5]** 7/13 9/4 44/11 68/15 80/9
**contacts [1]** 10/17
**contain [2]** 19/6 19/16
**contains [1]** 57/25
**contemplates [2]** 5/5 20/11
**contents [1]** 54/21
**context [4]** 40/5 41/21 42/9 42/13
**contexts [1]** 48/23
**contextual [1]** 24/17
**contextualize [1]** 49/10
**continuance [2]** 4/22 5/1
**continue [3]** 6/9 76/11 82/7
**CONTINUED [1]** 2/1
**continues [2]** 3/21 53/11
**contrary [1]** 18/15
**contribute [1]** 75/21
**conversation [1]** 13/6
**conversations [4]** 10/19 32/11 35/18 74/24
**convictions [2]** 21/4 66/7
**convince [1]** 77/25
**convincing [2]** 24/1 65/18
**coordinate [5]** 34/1 37/21 42/16 47/2 79/24
**coordinated [7]** 26/25 32/7 42/15 47/5 47/20 47/24 54/18
**coordinating [12]** 33/20 35/7 35/17 36/2 36/6 36/8 41/22 42/23 50/18 51/3 51/14 56/13
**coordination [9]** 32/10 32/18 34/19 35/1 36/25 37/3 47/8 55/22 56/5
**coordinator [1]** 33/19
**corners [1]** 74/20
**correct [8]** 12/17 14/10 26/16 35/3 38/7 43/8 50/14 85/3
**correcting [1]** 13/3
**correction [1]** 13/2
**correctly [1]** 13/7
**corrupting [3]** 52/17 54/7 54/24
**could [8]** 43/17 45/2 56/22 74/19 74/20 75/6 76/15 79/14
**couldn't [1]** 57/16
**counsel [11]** 13/5 15/22 31/15 33/11 44/14 50/14 79/9 79/15 81/11 81/14 83/21
**counsel's [2]** 28/3 43/6
**counseling [3]** 81/23

## C

counseling... [2] 81/25 82/3
count [2] 18/15 69/6
Count 1 [1] 18/15
counting [2] 34/21 35/12
country [6] 22/1 53/7 66/6 71/5 76/5 76/7
counts [1] 15/18
couple [3] 68/21 79/15 82/20
course [2] 69/8 71/3
court [42] 1/1 2/3 2/4 6/13 6/14 6/16 14/2 15/21 22/11 22/18 23/19 23/21 24/3 24/16 24/19 25/10 25/13 25/17 25/25 27/5 29/14 32/15 48/14 52/12 53/10 54/6 54/15 55/2 55/16 55/19 56/5 56/7 56/21 64/8 68/5 68/12 80/7 80/20 80/22 82/16 82/17 85/7
Court's [9] 10/2 10/10 18/22 25/12 28/19 33/2 43/5 55/19 56/13
Courtroom [1] 79/17
courts [5] 49/9 51/18 52/7 52/11 52/19
COVID [1] 85/6
COVID-19 [1] 85/6
CR [1] 1/4
crime [2] 15/11 21/14
crimes [2] 32/3 34/20
criminal [11] 3/3 8/16 15/14 21/4 21/10 42/21 55/1 58/8 64/18 64/19 66/7
cross [1] 13/14
CRR [2] 85/2 85/11
crud [1] 40/8
culpability [1] 14/24
culpable [1] 69/25
culture [2] 53/22 53/23
curious [1] 24/10
cut [1] 76/3

## D

D.C [32] 1/5 1/15 2/6 9/19 10/9 10/14 14/2 32/1 32/20 36/7 37/14 38/8 38/10 41/24 42/14 42/24 43/1 43/13 43/24 47/7 47/12 50/20 51/4 51/9 52/17 53/8 58/3 62/12 64/25 65/8 65/14 80/6
D.C. [11] 31/17 31/23 32/16 37/2 47/1 47/16 47/23 48/3 48/24 52/6 54/6
D.C. Circuit [10] 31/17 31/23 32/16 37/2 47/1 47/16 48/3 48/24 52/6 54/6
D.C. Circuit's [1] 47/23

dangerous [12] 25/7 53/11 54/1 55/13 65/18 65/24 66/18 76/9
dangerous [3] 29/12 39/8 49/19
dangerousness [31] 16/21 28/21 29/4 29/6 31/6 31/11 31/18 31/20 31/22 37/2 37/23 47/21 48/5 49/6 49/10 52/8 52/11 52/12 52/16 52/18 52/21 52/22 53/5 54/7 54/12 54/15 54/24 69/15 74/15 74/21 74/23
DaShanta [2] 2/2 3/7
date [3] 40/19 65/12 85/10
day [16] 10/4 10/7 25/7 30/20 38/21 45/12 54/1 61/6 70/2 70/11 70/11 71/21 72/3 74/7 76/6 80/20
days [4] 4/24 62/24 65/3 77/10
DC [2] 19/22 26/13
de [1] 17/7
deal [1] 77/11
dearly [1] 68/7
death [1] 77/13
December [3] 33/7 40/12 40/14
decision [9] 6/4 37/3 51/17 56/13 64/13 72/21 73/13 73/19 78/16
decisions [1] 48/22
defendant [17] 1/7 1/17 3/8 6/24 19/9 20/12 23/22 25/3 25/7 31/21 40/21 41/7 47/2 51/20 52/8 55/25 58/3
defendant's [4] 26/8 42/17 42/25 43/3
defendants [20] 6/22 7/21 8/5 12/8 21/19 41/9 41/15 44/19 44/25 48/20 48/21 49/1 49/3 55/7 56/14 62/13 68/10 69/19 70/1 73/13
defense [22] 3/6 3/23 4/2 4/16 5/17 6/18 13/5 20/1 20/2 23/3 28/3 31/15 33/11 34/13 43/6 44/13 50/14 64/9 65/20 81/10 81/14 81/17
define [1] 51/19
defined [1] 47/25
defy [1] 71/14
degree [2] 31/5 31/6
delay [1] 57/5
delete [8] 17/20 20/22 26/4 27/2 28/8 30/20 53/20 53/25
deleted [6] 17/16 17/19 21/7 27/5 30/2 30/11
deleting [2] 15/7 26/18
democracy [5] 71/16

demonstrate [2] 74/21 74/22
demonstrates [1] 31/11
depend [1] 66/10
Deputy [1] 79/17
describe [2] 59/25 67/11
description [2] 59/17 60/5
descriptions [1] 61/11
deserves [1] 66/3
design [2] 5/5 5/8
designated [1] 13/7
despite [1] 78/11
destroying [3] 15/11 15/14 72/2
destruction [5] 16/3 16/5 30/23 71/25 74/11
destructive [1] 80/11
detached [1] 60/21
detail [18] 8/20 8/24 9/2 9/6 10/21 12/19 18/8 33/13 33/17 33/20 33/24 35/18 36/7 36/19 37/1 41/13 58/11 61/7
details [4] 21/11 21/11 57/20 58/5
detain [1] 56/14
detained [2] 29/17 78/17
detention [27] 1/9 3/20 3/22 4/23 5/8 11/23 16/6 16/9 16/13 16/20 17/3 25/4 29/2 29/2 29/8 48/21 51/12 52/20 64/2 64/8 68/13 69/5 69/10 70/20 78/19 78/20 79/4
determination [2] 69/8 79/5
determine [1] 29/16
determining [4] 31/20 49/9 52/19 69/9
device [4] 21/18 26/24 80/12 81/7
devices [6] 26/8 26/10 26/14 27/7 55/9 63/22
did [31] 8/6 8/14 11/25 13/25 17/16 27/9 30/1 30/14 38/4 41/5 42/8 42/13 43/9 45/16 45/25 47/2 47/7 47/8 55/21 58/23 63/6 67/9 68/2 72/3 72/7 73/17 73/19 73/20 82/17 84/10 84/11
didn't [19] 4/14 7/5 11/19 13/7 13/10 13/17 14/23 16/9 17/14 21/12 41/19 62/17 63/2 67/21 67/21 70/2 73/6 73/7 82/18
differ [1] 65/25
different [9] 21/13 26/18 35/22 47/20

differently [5] 35/22 50/14 51/11 51/12 53/3
difficulty [1] 34/9
dig [1] 54/10
dilemma [1] 4/16
diminish [3] 74/12 75/1 75/22
direct [1] 57/21
directed [5] 17/20 72/14 72/14 72/17 81/3
direction [1] 71/8
directions [1] 44/4
directly [2] 9/5 37/1
disagrees [4] 8/2 28/23 33/1 78/2
disaster [1] 66/13
disclosing [2] 19/4 19/14
disclosure [1] 16/25
disclosures [2] 6/15 15/5
discover [1] 46/3
Discovery [1] 19/11
discretion [1] 6/5
discuss [5] 25/24 31/10 41/15 42/4
discussed [1] 42/14
discusses [3] 20/6 51/6 51/7
discussing [1] 38/17
discussion [2] 73/4 75/9
disputes [1] 9/13
disrupt [5] 39/12 71/11 72/23 78/6
disrupting [2] 39/16 73/8
disruption [1] 39/24
distance [1] 40/6
distinguish [1] 39/21
distinguishable [1] 7/13
distinguished [1] 61/16
district [33] 1/1 1/1 1/11 1/14 9/21 12/3 12/21 13/3 13/6 13/19 14/8 39/6 39/7 39/15 48/22 49/9 51/18 52/7 52/10 53/1 63/16 74/25 75/5 75/6 79/8 79/10 79/13 79/20 80/8 80/4 80/5 83/22 83/25
districting [1] 13/4
districts [2] 14/5 14/8
do [53] 6/10 6/13 6/14 8/20 10/10 10/10 16/11 16/24 17/6 22/10 24/10 24/20 29/18 29/21 30/14 30/14 30/24 34/14 35/14 35/19 35/20 35/25 35/25 36/12 37/3 38/24 39/21 42/8 42/21 42/22 44/13 45/3 46/5 49/22 53/24 53/24 54/9 59/22 60/12 65/9

70/12 70/13 71/5 73/7 73/7 74/21 76/16 76/23 76/24 78/10 78/13 79/2 79/2 83/9
do you [1] 16/11
Do you have [2] 24/10 46/5
does [24] 4/16 6/21 19/6 19/16 22/11 27/18 29/9 30/22 39/21 45/13 48/7 48/11 51/5 52/15 56/2 59/19 69/11 73/17 74/18 74/22 76/2 79/8 79/21 79/23
doesn't [14] 5/23 24/18 30/21 38/10 48/6 48/9 51/1 51/2 66/17 68/6 70/5 73/2 73/21 78/2
doing [7] 5/21 28/13 29/19 35/10 52/10 72/4 75/23
don't [40] 3/23 3/25 5/17 6/3 6/9 6/11 6/11 6/12 9/13 14/12 15/19 17/5 17/10 22/2 22/21 23/9 23/10 23/13 23/16 31/9 34/10 36/21 37/15 39/8 45/6 48/2 50/8 58/21 61/10 63/4 64/12 67/17 69/25 71/24 75/18 77/11 78/16 82/21 82/24 82/24
done [7] 17/22 28/14 43/23 45/14 48/24 49/17 83/8
door [3] 29/1 29/2 60/13
doors [2] 47/18 48/1
doubt [4] 9/24 34/10 39/8 77/19
down [3] 8/10 11/15 67/13
dozens [1] 17/18
drawn [1] 72/20
drive [1] 59/10
drivers [1] 43/22
driving [5] 51/8 59/4 59/21 59/23 59/23
due [1] 69/14
duration [1] 45/19
during [5] 27/1 43/16 44/17 45/2 85/5
duties [1] 8/24

## E

each [3] 16/4 20/1 77/11
earlier [4] 12/25 19/22 34/24 77/6
early [1] 82/5
earned [1] 71/4
easily [1] 46/12
east [1] 46/12
east-side [1] 46/12
easy [1] 40/5
educated [1] 56/13
Edwards [17] 1/13 3/5 23/9 23/12 24/8 31/9

**E**

**Edwards... [11]** 34/7
38/25 47/14 49/20
49/23 55/4 57/6 57/9
63/9 63/10 63/19

**effect [8]** 12/16 17/22
37/11

**effectively [2]** 33/9
37/12

**effort [1]** 9/12

**efforts [2]** 66/14 74/4

**egregious [1]** 14/16

**either [7]** 22/7 35/2
36/21 74/6 81/8 82/12
84/3

**election [5]** 35/11
77/15 77/16 77/24
77/24

**Electoral [3]** 34/21
35/12 39/25

**electronic [1]** 21/18

**element [5]** 24/6 51/15
53/20 54/7 56/12

**elevated [1]** 60/2

**Eleventh [1]** 54/8

**Eleventh Circuit [1]**
54/8

**elided [1]** 17/11

**eligible [2]** 69/5 78/19

**else [3]** 16/1 82/12
84/2

**elsewhere [1]** 73/17

**email [6]** 1/16 18/19
18/22 18/22 19/2 19/11

**emails [1]** 18/9

**embezzlement [1]**
54/13

**emboldens [1]** 43/1

**emphasize [2]** 23/11
51/18

**enclosed [1]** 37/14

**encounter [1]** 67/18

**encourage [1]** 9/19

**encouraged [1]** 21/8

**encouragement [1]**
20/21

**encourages [1]** 5/1

**encouraging [1]** 30/22

**encrypted [2]** 81/8
81/8

**end [5]** 69/24 70/1 76/6
79/16 80/16

**enforcement [7]** 30/10
43/14 44/8 46/1 50/15
59/18 59/19

**engage [9]** 20/12 21/3
21/17 22/3 29/24 67/9
70/2 71/10 76/15

**engaged [13]** 8/19 8/20
9/3 11/10 14/20 20/18
21/7 58/12 61/18 66/14
70/4 74/24 76/13

**engages [3]** 33/14
36/11 74/9

**engaging [5]** 8/23 9/25
11/16 14/22 74/2

**enmeshed [1]** 35/18

**enough [2]** 24/3 55/12

69/13 76/7 76/21 76/23
77/1 77/2 78/11

**enter [9]** 7/5 19/7 19/17
19/24 35/11 63/8 73/14
73/20 78/4

**entered [6]** 7/4 46/14
47/22 60/14 73/16
73/22

**entering [9]** 20/6 35/8
38/11 38/14 43/11
46/18 72/6 73/8 73/25

**enters [2]** 74/8 74/9

**entire [1]** 18/6

**entirely [2]** 65/9 67/12

**entitled [5]** 5/7 19/11
32/22 64/10 65/9 73/24

**entrance [3]** 44/19
45/7 46/12

**entrepreneur [1]** 70/25

**entry [1]** 18/10

**equal [1]** 33/5

**equally [1]** 50/21

**equipment [1]** 54/20

**equipped [1]** 41/17

**error [2]** 78/18 79/3

**espouse [1]** 58/23

**essentially [8]** 4/17
20/12 24/12 49/17
60/10 76/10 76/23
78/18

**establish [1]** 16/12

**established [1]** 17/17

**etched [1]** 32/16

**evading [1]** 59/17

**even [13]** 11/15 12/10
15/1 16/13 16/19 20/24
21/5 21/8 21/8 49/11
63/5 67/5 77/17

**event [8]** 4/13 40/20
63/3 65/12 67/19 70/13
71/16 82/21

**events [18]** 8/22 10/16
25/23 26/1 27/1 27/20
28/6 28/9 28/12 28/16
30/2 30/4 30/5 32/3
47/6 49/4 56/10 78/6

**ever [6]** 18/6 20/16
62/1 62/10 62/17 63/5

**every [4]** 20/2 48/15
68/16 79/2

**everybody [5]** 3/10
3/11 22/24 68/21 84/14

**everyone [7]** 5/4 16/1
57/2 57/4 58/3 68/19
68/25

**everything [6]** 22/25
23/7 48/7 68/6 76/3
77/12

**evidence [84]** 6/6 7/7
7/17 7/19 7/25 8/17
8/18 9/11 10/3 10/6
10/9 11/22 15/12 15/14
16/14 17/14 17/15
17/21 17/23 18/10
21/14 22/23 23/21 24/1
24/11 24/24 24/17 24/20
25/14 25/19 27/5 28/5

30/18 30/23 31/10 33/7
34/22 34/23 35/1 38/10
39/13 39/14 43/10
46/11 46/16 46/24
50/17 50/21 50/22
50/24 51/2 51/5 52/15
53/10 53/10 53/17 56/7
57/18 61/25 62/10
63/14 64/13 69/4 69/22
70/7 72/10 72/12 72/22
73/3 73/7 74/2 74/12
74/17 74/22 75/10
76/13 78/11 78/21 79/1
81/24

**evidentiary [1]** 24/25

**ex [2]** 64/1 64/7

**exact [2]** 37/11 46/3

**exactly [5]** 35/16 45/21
46/25

**example [5]** 6/23 7/25
36/11 59/13 74/5

**except [2]** 80/7 80/20

**exception [1]** 69/10

**excessive [1]** 59/21

**exculpatory [3]** 18/5
18/8 20/23

**excuse [4]** 31/2 31/5
69/5 72/23

**exhaustive [1]** 48/15

**exist [3]** 31/21 51/5
56/15

**exists [3]** 23/24 28/10
50/21

**exit [1]** 44/21

**exited [1]** 46/12

**explain [1]** 41/6

**explained [1]** 37/2

**explanation [1]** 62/21

**explicit [2]** 19/6 19/16

**explicitly [7]** 24/13
26/8 28/7 31/23 33/16
35/2 38/10

**express [2]** 58/23 73/4

**expressing [2]** 60/8
82/16

**extent [6]** 4/19 9/15
51/11 56/12 73/5 73/10

**extraction [2]** 4/12
6/17

**extrapolating [1]** 24/12

**F**

**Facebook [1]** 40/4

**facility [1]** 80/16

**facing [1]** 15/18

**fact [44]** 5/5 6/18 7/1
7/4 7/11 7/14 8/23 11/5
11/11 11/16 15/8 16/6
16/19 21/25 24/3 24/12
24/16 24/16 24/19
25/17 30/11 30/13
30/16 30/17 32/20 33/5
33/8 33/11 33/17 33/24
34/2 37/6 42/16 44/15
45/2 47/9 57/22 64/24
68/1 69/20 71/14 73/15
75/2 83/22

30/18 19/20 31/10 33/7
34/22 34/23 35/1 38/10
28/19 64/8 70/22 74/14
74/16

**factored [2]** 78/15 79/4

**factors [6]** 16/23 22/20
23/20 70/16 70/20 71/5

**facts [7]** 29/25 30/1
31/18 32/17 51/13
56/15 70/21

**factual [1]** 48/23

**fair [2]** 29/5 49/16

**fairly [1]** 9/11

**fall [2]** 8/3 8/9

**falls [10]** 9/14 32/4
32/9 32/15 37/5 47/1
47/11 56/8 61/14 70/14

**familiar [2]** 11/21 23/7

**family [2]** 68/7 75/23

**far [2]** 66/22 73/2

**farm [2]** 36/14 37/8

**fashion [2]** 68/12 72/7

**faster [1]** 37/15

**father [1]** 70/24

**favor [3]** 70/20 70/22
71/5

**favorable [1]** 71/2

**features [1]** 39/1

**federal [1]** 67/20

**feel [1]** 10/11

**feet [3]** 11/14 14/21
46/22

**felony [2]** 15/18 71/15

**felt [1]** 30/12

**few [7]** 31/15 32/14
38/2 44/14 45/9 56/22
68/19

**fighting [3]** 22/1 62/4
66/6

**file [3]** 6/7 6/12 72/3

**filed [6]** 3/20 3/24 4/8
4/18 4/20 20/3

**filing [2]** 5/1 27/13

**filings [2]** 20/1 38/9

**final [3]** 21/15 72/19
81/19

**finally [2]** 18/12 54/5

**find [4]** 22/11 36/16
56/2 78/8

**finding [4]** 16/19 16/20
16/20 16/21

**finds [1]** 55/15

**fine [1]** 50/4

**firearm [7]** 36/17 36/21
36/22 47/10 50/23
65/13 80/11

**firearms [28]** 35/25
36/9 36/12 36/20 37/18
37/19 39/15 40/5 41/11
41/12 41/23 41/23
42/15 42/19 42/25 47/9
50/19 50/19 50/20 51/5
53/1 53/7 62/13 65/12
80/13 80/13 80/13
80/15

**first [15]** 4/2 16/22 18/3
20/10 20/14 22/8 23/17
31/16 31/25 32/18
35/15 52/22 57/14 69/8

**fit [2]** 48/9 70/5

**fits [1]** 52/20

**five [5]** 45/20

**flesh [1]** 18/16

**Florida [1]** 33/7

**focus [1]** 30/10

**folks [1]** 36/2 60/19

**following [2]** 28/23
29/19

**follows [1]** 31/24

**foot [1]** 8/6

**footing [1]** 33/5

**force [22]** 9/17 10/4
10/7 18/10 32/13 39/5
41/14 41/25 62/1 62/10
62/16 62/19 62/21
62/22 62/24 63/4 63/7
63/15 64/21 73/22
74/25 75/12

**forces [2]** 70/4 78/3

**forcibly [4]** 19/7 19/17
19/24 20/6

**foregoing [1]** 85/3

**foremost [2]** 20/14
23/17

**former [5]** 26/22 39/22
41/18 46/9 56/8

**forth [3]** 15/7 25/22
59/18

**forward [10]** 4/23
21/22 25/25 28/18
28/21 31/4 35/4 64/12
65/20 79/1

**found [9]** 9/9 26/7
26/12 26/14 26/19
26/20 26/24 71/17
71/18

**four [2]** 68/1 74/19

**fourth [2]** 1/14 74/14

**frank [1]** 34/23

**frankly [10]** 4/25 6/11
10/25 21/5 61/3 65/5
66/2 67/7 67/10 68/7

**fraud [1]** 54/14

**free [1]** 14/4

**freely [2]** 13/13 14/19

**freestanding [1]** 29/7

**friends [1]** 40/22

**frozen [1]** 49/23

**fruition [3]** 63/2 63/5
75/11

**full [2]** 5/18 23/4

**full-throated [1]** 5/18

**function [2]** 5/15 5/15

**further [6]** 8/10 22/5
27/7 48/17 74/10 76/10
76/16

**future [7]** 9/23 28/4
30/15 31/21 53/5 68/9
76/16

**G**

**gathering [3]** 51/8 56/9
78/4

**gathers [1]** 54/20

**gave [3]** 16/6 22/1
70/13

**general [3]** 8/8 48/19

**G**

**general... [1]** 48/25
**get [10]** 29/15 37/20
43/2 44/4 52/14 77/8
82/7 83/3 83/4 83/7
**gets [2]** 29/1 41/8
**getting [2]** 35/23 43/15
**give [8]** 4/2 5/22 5/24
55/5 56/20 57/7 63/10
78/2
**given [8]** 28/10 32/9
61/6 64/3 68/15 75/8
75/16 78/4
**gives [2]** 42/20 66/15
**giving [1]** 5/17
**go [23]** 9/21 10/1 14/12
15/22 19/4 23/9 24/25
28/15 29/13 35/19
37/14 43/19 44/12
44/18 44/25 45/8 48/17
60/9 60/23 64/16 68/20
70/16 81/1
**go ahead [4]** 23/9
24/25 60/23 64/16
**go-to [1]** 35/19
**goes [4]** 9/4 9/5 35/9
74/16
**going [25]** 18/24 21/21
34/13 37/22 38/5 39/19
39/19 42/3 42/4 43/21
45/5 51/7 53/21 57/23
59/20 60/20 64/8 64/13
67/18 72/20 81/11
81/19 82/1 82/1 83/12
**golf [8]** 43/12 43/22
43/25 59/2 59/10 59/21
61/4 61/6
**golf-cart [1]** 59/2
**good [6]** 3/2 3/10 3/17
37/13 75/19 84/12
**got [9]** 7/18 9/20 23/9
37/11 43/18 44/6 44/7
69/18 75/15
**GoToMeeting [1]**
32/25
**GoToMeetings [1]**
32/19
**gotten [2]** 20/3 82/15
**government [76]** 1/13
3/5 3/21 4/17 5/2 5/11
6/12 6/20 6/24 7/8 7/19
8/2 9/13 11/11 11/24
12/6 12/9 12/16 15/24
16/12 17/1 18/9 19/1
19/8 20/20 22/8 22/22
23/17 23/21 24/2 24/25
25/6 25/18 25/22 27/12
27/19 27/22 28/11
28/23 29/9 29/12 29/14
29/21 30/25 31/10 33/1
35/3 38/8 39/22 45/13
46/3 48/7 57/22 58/15
59/2 59/14 61/22 63/3
63/25 64/18 65/2 65/22
65/23 66/18 66/21 67/6
70/19 73/2 76/8 78/22
78/25 79/1 81/12 81/13
81/17 84/5

**government [35]** 3/12
3/24 4/3 4/8 5/18 6/4
16/8 25/8 26/6 27/10
28/2 30/18 31/14 32/23
33/4 33/13 34/23 36/24
40/18 41/20 42/12
45/18 46/11 48/13
48/18 49/7 50/10 51/10
54/23 55/11 57/11
59/17 63/11 63/14
69/12 72/12
**grain [1]** 76/3
**grand [3]** 61/4 71/17
71/18
**Graydon [1]** 15/18
**Graydon Young [1]**
15/18
**great [4]** 51/18 52/5
63/21 77/11
**greater [1]** 72/5
**grounds [5]** 73/8 73/14
73/23 73/25 74/9
**group [15]** 10/8 34/4
37/21 38/18 38/18 41/3
46/21 58/3 70/10 72/3
73/15 73/16 73/23
73/23 73/24
**groups [1]** 39/18
**guess [10]** 7/16 8/12
9/8 17/5 18/25 19/20
19/22 38/24 45/15
51/23
**gun [1]** 65/9

**H**

**had [22]** 4/1 6/1 6/18
10/25 11/3 13/5 19/1
21/19 25/9 25/18 30/10
34/14 38/3 38/11 42/11
42/25 46/20 47/13
58/17 59/8 81/11 82/15
**hadn't [1]** 24/22
**half [1]** 44/22
**hand [3]** 39/17 40/1
79/25
**handed [4]** 61/5 65/11
65/11 83/4
**handful [2]** 23/10 74/1
**handle [1]** 41/14
**handles [1]** 7/14
**hands [4]** 41/19 46/2
53/8 67/12
**hang [1]** 68/19
**happen [4]** 21/21 76/15
83/16 83/17
**happened [2]** 17/1
77/20
**happening [2]** 16/25
60/10
**happens [1]** 20/22
**happy [5]** 5/22 5/24
28/15 29/13 68/11
**harass [1]** 62/5
**hard [1]** 84/11
**Harrelson's [2]** 18/25
19/10
**has [68]** 3/21 4/23 5/3
5/20 5/25 6/18 7/10

**government [150]** 1/1
12/15 12/21 12/24 14/4
16/12 18/9 19/2 20/2
20/3 20/15 21/4 21/4
21/18 22/14 22/15
25/22 27/5 28/7 29/12
29/22 30/18 30/25 31/3
31/17 32/16 37/2 38/8
47/1 49/17 55/16 55/19
56/5 60/4 61/22 65/11
65/22 66/7 66/8 67/3
68/6 68/7 70/19 70/24
71/4 71/17 71/18 73/2
76/9 76/19 77/8 78/25
79/2 79/17 79/24 80/14
81/13 81/13
**hasn't [2]** 11/22 67/5
**have [73]** 4/16 6/1 6/2
6/21 8/7 10/15 11/7
11/10 13/7 15/10 16/15
17/11 17/12 17/15
20/24 21/9 21/20 23/6
23/8 24/10 24/18 27/21
27/22 34/9 36/22 37/8
37/13 38/16 38/19
39/17 40/21 41/1 41/12
41/17 41/17 41/19
41/24 42/19 42/25
45/14 46/5 48/6 48/24
49/21 49/22 52/25 54/3
57/17 60/14 64/23 68/9
68/15 68/25 70/3 72/11
72/20 73/2 73/6 73/7
73/12 74/3 75/7 76/25
77/8 78/7 78/16 79/7
79/21 80/9 81/6 82/4
82/4 83/20
**haven't [4]** 10/3 10/9
10/12 19/23
**having [17]** 7/19 13/14
23/12 34/10 37/18
37/19 39/4 39/5 39/25
42/23 50/19 58/9 59/10
60/8 67/13 74/24 75/4
**he [159]**
**he didn't [3]** 7/5 11/19
67/21
**he does [1]** 79/23
**He has [1]** 66/8
**he's [38]** 4/24 7/23 8/4
8/23 11/9 11/14 11/15
11/15 17/18 17/20 18/6
20/18 21/25 28/13
30/17 35/8 35/10 35/23
36/1 40/24 44/1 44/11
60/1 65/4 65/8 65/9
65/10 66/15 67/13 68/4
68/15 68/16 70/25 71/3
72/2 74/8 74/9 76/13
**head [2]** 77/18 77/18
**health [1]** 81/22
**hear [12]** 3/11 3/14
3/15 12/22 12/23 23/14
49/25 50/4 50/6 60/3
63/18 69/1
**heard [1]** 25/4
**hearing [22]** 1/9 3/9
4/24 17/6 17/11 23/12

**government [35]** 6/21 21/4
64/2 64/8 66/8 67/8
67/20 78/17 78/21 79/4
79/16 81/10 82/16 85/5
**hearings [3]** 16/4
48/21 63/13
**Heart [1]** 21/25 66/5
71/4
**heighten [1]** 72/15
**held [6]** 4/24 11/18
11/21 16/4 61/11 69/9
**help [2]** 59/12 60/6
**helpful [2]** 42/1 81/14
**her [2]** 55/5 82/18
**here [41]** 3/18 5/17
5/20 7/19 8/9 16/8
17/13 17/13 19/4 26/8
29/15 30/1 30/8 33/3
33/5 34/10 34/20 37/9
38/4 39/11 40/18 43/7
44/24 46/25 47/12
47/13 49/21 52/20
53/20 54/17 56/15 67/5
69/12 69/18 71/9 72/12
73/24 74/22 78/16 79/5
79/16
**Here's [1]** 34/9
**hey [1]** 36/18
**hidden [1]** 30/13
**hierarchical [1]** 70/10
**high [4]** 8/21 8/24
54/14 61/19
**high-profile [3]** 8/21
8/24 61/19
**higher [2]** 11/3 24/13
**highlighted [1]** 56/6
**Hill [1]** 72/18
**him [33]** 7/9 9/5 9/5
11/21 11/22 13/13
13/22 14/23 26/3 27/1
27/2 33/16 33/25 35/19
35/24 37/8 44/1 44/3
50/9 65/13 66/10 66/20
66/20 66/20 68/13
68/14 68/15 69/23 71/8
72/10 72/22 74/12 77/1
**himself [4]** 7/9 55/15
56/3 71/4
**his [77]** 3/21 4/11 7/3
7/11 8/23 11/25 12/7
13/14 14/15 14/22
15/16 16/20 17/17 18/6
21/18 21/18 21/24 22/1
26/1 26/2 26/12 26/19
27/6 30/2 30/19 32/9
32/10 32/11 32/18
32/21 33/12 33/23 35/6
36/1 36/20 36/25 37/23
37/23 37/25 42/4 44/3
47/3 47/4 47/4 47/5
52/16 53/2 53/8 53/11
55/3 55/7 57/9 59/25
65/4 65/7 65/11 65/11
66/1 66/6 66/8 66/11
66/14 66/15 66/17 68/1
70/18 70/24 71/1 71/2
71/3 73/17 73/19 74/7
74/22 78/17 79/24 80/8

**history [4]** 6/21 21/4
21/24 70/17
**hold [2]** 18/13 22/21
**holding [1]** 7/9
**home [6]** 55/8 68/13
80/14 80/18 80/19
80/25
**Honor [79]** 3/2 3/12 4/5
5/10 6/3 8/11 11/3 12/3
12/18 14/10 15/8 17/25
20/8 21/15 23/17 23/23
24/15 25/1 25/22 25/4
25/17 25/22 26/6 26/22
27/4 27/24 28/15 28/18
29/11 31/13 31/16
33/13 35/13 36/5 36/24
37/17 38/2 40/2 40/10
40/13 41/6 41/20 42/7
42/16 44/15 45/18 46/8
46/24 48/11 49/12
50/12 51/1 52/6 53/13
53/17 54/5 54/17 55/14
56/2 56/15 57/10 57/11
61/20 61/24 63/17
63/24 64/6 65/16 65/24
66/24 67/13 67/25
68/22 68/23 82/14
83/10 83/20 84/4 84/6
**Honor's [3]** 14/14
25/10 38/7
**HONORABLE [1]** 1/10
**hook [1]** 29/15
**hope [1]** 77/21
**Hopefully [3]** 8/8 52/4
83/7
**hopping [1]** 59/18
**hotel [1]** 37/13
**hour [2]** 44/22 56/23
**hours [1]** 80/19
**how [16]** 3/25 10/17
14/18 17/1 17/2 35/10
39/10 39/21 42/5 43/5
45/15 45/22 49/9 59/15
77/14 77/17
**hundreds [1]** 48/21
**hurdles [1]** 27/11
**hyperbole [1]** 63/1

**I**

**I also [2]** 5/16 56/21
**I am [2]** 30/7 81/19
**I apologize [6]** 13/11
25/11 49/14 49/25 50/2
64/15
**I believe [2]** 12/11
55/19
**I can [15]** 3/15 12/19
12/23 22/7 22/7 22/19
28/18 32/10 50/1 50/6
69/2 71/17 76/24 79/23
81/15
**I can't [3]** 59/12 66/2
83/15
**I did [1]** 42/8
**I don't [4]** 6/12 48/2
82/24 82/24
**I don't think [6]** 6/9
15/19 17/10 34/10

**I**

I don't think... [2]
61/10 78/16
I guess [8] 7/16 8/12
9/8 17/5 19/20 38/24
45/15 51/23
I have [3] 34/9 49/21
72/11
I haven't [4] 10/3 10/9
10/12 19/23
I hope [1] 77/21
I just [2] 77/6 83/20
I know [9] 11/10 12/6
15/4 20/20 52/12 52/23
61/1 65/22 79/12
I mean [12] 5/14 7/16
9/21 12/12 28/22 39/1
48/8 51/16 57/21 60/1
64/12 75/13
I should [5] 4/4 6/5
48/5 60/15 69/7
I think [64] 4/14 4/25
6/21 6/23 6/24 7/2 7/6
7/9 7/25 8/13 8/16 8/22
11/2 11/5 11/11 11/17
12/15 15/3 15/8 15/25
16/17 18/19 19/4 19/25
20/14 21/23 22/15
24/23 27/4 27/17 28/22
34/24 39/9 49/16 57/25
59/1 59/20 60/6 60/15
61/14 61/24 61/24 62/7
64/25 66/21 66/25
67/10 71/8 72/20 72/24
73/1 74/11 74/16 74/18
76/4 76/12 76/14 77/4
78/17 79/11 79/23 82/7
84/10 84/11
I thought [1] 19/1
I told [1] 82/18
I understand [3] 10/2
64/1 82/3
I want [4] 5/21 23/10
56/20 68/20
I was [2] 24/7 27/18
I will [8] 4/7 17/9 19/23
21/1 57/21 78/13 79/6
82/6
I would [2] 18/3 65/24
I wouldn't [1] 49/16
I'd [10] 22/22 31/14
33/13 33/17 35/13
38/21 41/6 45/15 48/13
48/17
I'll [15] 4/1 21/15 34/22
35/14 52/14 55/5 57/7
59/1 64/15 68/21 73/18
78/14 80/24 81/21 83/9
I'm [38] 5/22 5/24 8/2
8/8 11/21 15/15 18/19
19/1 19/2 20/4 20/4
22/9 22/11 23/7 23/12
23/13 24/23 25/11
26/11 28/15 29/13
31/10 34/9 35/3 36/3
36/15 36/16 36/21
39/13 47/16 52/2 57/23
64/12 75/16 81/20 82/1

I'm going [1] 82/1
I'm just [1] 57/23
I'm not [3] 8/8 11/21
39/13
I'm not sure [4] 15/15
24/23 75/16 81/20
I'm sorry [2] 22/11
26/11
I'm sure [1] 19/1
I've [21] 7/18 10/5
15/21 16/4 17/22 22/24
23/9 34/23 37/11 47/13
50/1 52/23 55/7 63/12
69/4 69/17 69/18 70/7
71/1 75/15 83/12
iceberg [1] 70/8
idea [8] 37/18 39/4
41/12 42/23 53/13
53/15 54/5 54/6
impact [1] 64/7
implicitly [1] 35/3
importance [1] 44/15
important [6] 9/7 20/15
37/17 37/24 40/17 82/7
impose [2] 79/14 81/19
impression [1] 24/20
inappropriately [1]
6/25
incarcerated [1] 79/11
incarceration [2] 80/19
80/25
incentivize [1] 6/11
include [4] 13/24 40/7
43/4 81/15
included [1] 13/3
including [6] 22/25
23/3 23/25 24/15 34/16
55/8
inconsistent [1] 67/7
incorrect [1] 13/4
incorrectly [1] 13/8
increasingly [1] 40/19
incursion [2] 30/7 73/4
indicated [3] 65/10
65/22 81/11
indicating [1] 65/4
80/15
indication [8] 10/22
20/21 58/14 60/13 65/6
65/14 68/8 68/16
indicative [1] 11/17
indictment [4] 15/1
15/15 18/16 33/21
individual [28] 8/25
10/7 14/16 33/5 33/18
34/1 35/24 36/6 36/12
36/14 37/10 38/18 43/1
44/11 50/15 50/25 51/6
51/20 52/23 53/4 54/17
60/3 67/4 67/22 71/20
72/1 76/8 76/21
individuals [45] 7/14
10/8 11/2 15/9 15/13
26/2 26/25 27/16 27/19
27/25 28/8 28/11 32/1
32/6 36/20 37/3 38/16
40/25 41/4 41/22 42/19

50/19 50/23 51/3 51/8
51/11 52/24 52/25 54/3
54/18 55/16 55/18
55/21 56/10 56/11
59/11 60/8 60/14 61/16
62/5 67/15 70/10
indulgence [1] 18/22
infantry [1] 68/3
inference [2] 44/24
48/4
information [10] 4/19
4/21 6/1 6/16 11/8 15/7
35/23 57/25 65/20
79/17
initial [7] 11/25 16/21
19/21 78/17 78/19
78/21 79/3
initially [2] 15/14 80/18
injured [1] 78/7
injuring [1] 67/22
innocence [1] 66/4
innocent [2] 5/6 36/7
inpatient [1] 81/22
inquiry [5] 16/22 20/10
21/13 22/16 31/4
inside [17] 44/12 44/25
45/5 45/8 45/14 45/16
45/17 45/23 45/24
45/25 46/4 46/7 46/10
46/17 54/19 56/4 59/6
insignificant [1] 71/12
insofar [1] 74/7
instance [1] 59/16
instruct [2] 26/2 28/8
instructed [2] 52/7
52/10
instructing [1] 26/9
instructions [1] 81/4
instructs [1] 27/2
insubstantial [1] 71/14
Insurrection [2] 41/8
41/18
insurrectionist [1]
60/19
intended [1] 6/7
intending [1] 21/14
intent [6] 13/12 25/14
42/21 43/5 58/17 58/24
intention [1] 62/2
interactions [1] 64/22
interested [1] 33/18
interesting [8] 9/9 9/9
12/12 16/17 24/21 39/2
60/17 77/5
interject [1] 60/16
Internet [3] 50/2 54/22
68/14
interrupt [3] 5/12 18/13
34/7
interstate [2] 12/11
13/13
intimidate [2] 20/13
20/17
intimidating [1] 20/25
investigating [2] 27/22
28/11
investigation [7] 26/21

63/25 64/3
invoke [1] 41/18
invoked [1] 41/8
involve [3] 13/17 30/21
71/24
involved [9] 5/4 27/8
27/20 30/5 32/7 32/12
36/8 54/14 62/14
involving [4] 9/16
10/23 47/8 73/4
ironic [1] 18/4
is [299]
is there [6] 18/1 57/6
61/25 76/20 82/12 84/2
isn't [5] 17/23 40/22
52/11 65/21 67/5
issue [1] 24/19
it [134]
it would be [1] 25/19
it's [65] 5/23 6/4 6/10
9/17 9/18 10/17 14/24
14/25 16/17 16/18 18/7
20/15 21/5 21/8 24/2
24/11 24/21 26/6 27/10
28/2 29/5 32/22 33/8
35/10 35/17 36/7 36/7
36/21 36/24 37/18
37/19 39/14 39/22
41/13 41/20 42/12
46/10 48/13 48/18 49/5
49/8 51/10 54/23 56/25
59/8 60/2 60/17 60/21
64/8 64/23 67/14 71/13
71/17 72/20 75/8 75/13
77/12 77/15 77/21
77/22 78/8 78/15 79/12
82/7 83/12
its [9] 4/3 4/3 16/12
24/20 25/22 27/12
29/22 30/25 57/22
itself [2] 38/6 39/8

**J**

JAMES [135]
James's [17] 3/19
14/17 21/24 23/6 26/14
26/24 28/5 33/3 36/18
45/4 51/14 56/17 60/25
64/19 65/24 65/25
67/12
Jan [1] 26/13
January [48] 10/16
10/17 19/6 19/8 19/15
19/17 25/8 25/23 26/1
27/1 27/20 28/6 28/16
30/3 30/4 31/19 32/2
32/12 32/17 32/20
33/22 34/2 34/3 34/11
34/16 35/2 35/15 35/16
37/22 38/4 38/21 40/14
40/19 41/2 42/3 42/18
43/4 46/20 47/7 47/9
49/10 53/9 54/18 58/2
69/21 72/16 73/3 77/21
January 6th [1] 25/8
46/20 47/7
JC [2] 81/20 83/7

Jessica [1] 55/23
Joan [2] 1/17 1/18
job [2] 84/10 84/12
join [1] 52/24
joni [2] 1/20 3/6
jonirobinlaw.com [1]
1/20
Jorge [1] 73/2
JOSHUA [2] 1/6 3/4
Jr [1] 1/13
judge [6] 1/11 16/18
23/5 66/19 78/18 79/3
judge's [1] 17/6
judges [1] 48/22
judging [1] 67/12
judicial [2] 25/15 25/16
jumping [1] 78/18
juncture [2] 63/12
63/14
jury [3] 71/17 71/18
72/21
just [67] 4/8 5/12 5/15
7/8 12/19 14/7 14/13
14/24 16/23 17/2 17/9
21/1 21/16 22/6 22/24
24/10 24/20 26/17
27/18 29/19 30/24
32/18 32/20 33/1 33/16
33/23 33/25 34/22
35/14 36/25 37/18 38/2
38/22 38/25 39/4 40/10
41/14 42/17 43/17 46/1
46/24 52/11 54/5 55/4
55/14 56/25 57/21
57/23 58/1 60/8 63/19
68/19 68/20 69/8 75/6
75/18 75/22 75/25 77/4
77/6 78/2 78/14 81/16
82/1 82/15 82/16 83/20
justice [11] 15/19 18/2
21/17 22/3 23/23 24/5
27/12 28/5 31/2 69/6
69/7

**K**

keep [2] 60/18 64/22
Keepers [7] 7/1 7/10
21/11 46/7 46/16 46/20
80/10
Kelly [5] 7/24 32/24
33/6 33/6 55/22
keys [1] 61/5
kicked [1] 50/2
kind [7] 4/18 8/9 11/13
14/13 41/23 62/3 64/4
kinds [1] 32/8
know [56] 3/24 3/25
6/3 7/18 8/3 9/13 9/14
9/17 11/5 11/10 12/6
15/4 15/4 15/23 15/24
16/19 17/19 20/20
23/13 29/25 34/13
36/13 39/4 41/1 42/19
44/6 47/23 50/8 52/12
52/23 59/5 59/6 59/22
60/13 61/1 61/10 62/5
62/25 63/4 64/18 65/17
65/22 66/20 67/17

**K**

know... [12] 69/17 70/6
71/22 72/9 72/11 75/13
77/10 77/15 79/12
81/15 82/18 82/21
knowing [2] 10/13 43/1
knowledge [2] 25/15
knowledgeable [1]
36/1
known [2] 6/6 66/20
knows [1] 15/8

**L**

lack [1] 31/11
laid [2] 5/16 47/2
language [4] 19/2
37/11 61/14 81/13
81/16 81/16
large [3] 48/19 54/14
54/18
largely [1] 73/11
larger [7] 20/8 41/14
46/21 49/8 58/18 73/23
73/24
last [10] 4/9 4/14 15/6
18/20 18/23 19/2 51/16
55/4 78/13 81/10
lastly [1] 51/1
late [7] 5/1 6/12 6/15
15/6 16/25 33/7 40/14
later [6] 7/4 11/5 34/2
35/9 45/9 60/14
latter [4] 24/15 46/8
46/15 75/8
law [11] 1/18 30/10
43/14 44/8 46/1 50/15
54/11 59/18 59/19
69/11 75/19
law-enforcement [1]
43/14
lawful [1] 61/5 65/9
65/13
lawfully [1] 58/11
lawyers [3] 80/8 82/4
84/9
laying [1] 48/15
lays [1] 48/18
lead [5] 33/6 33/16
33/21 34/3 58/2
leader [8] 7/10 7/23
8/18 9/2 33/16 37/7
53/18 53/23
leaders [5] 7/14 32/22
33/15 34/2 37/21
leadership [23] 7/15
8/13 8/15 9/1 26/2
32/10 32/21 33/3 33/12
34/11 34/12 34/14
34/17 34/19 35/7 36/25
37/24 50/18 53/18
55/21 57/15 57/17 58/7
leading [2] 35/17 62/24
leads [1] 43/3
learned [1] 60/8
learning [1] 61/13
learns [1] 77/21
least [24] 7/20 7/22
9/11 10/11 12/8 14/21

30/18 46/18 48/8 62/12
70/9 72/3 72/13 72/21
73/3 73/6 73/7 74/7
76/4 80/18 80/23
leave [2] 45/9 81/16
leaving [1] 44/9
led [3] 58/10 75/17
77/8
legal [4] 8/19 9/3 24/6
64/23
legally [1] 80/12
Leibig [1] 83/21
lengths [1] 51/18
lengthy [1] 57/12
less [8] 12/10 36/7
56/5 69/24 69/24 69/25
72/7 74/16
lesson [1] 77/21
let [18] 5/12 8/3 12/21
18/13 23/10 27/14
29/18 38/25 40/8 49/20
63/9 63/10 69/16 70/16
70/16 73/18 77/4 81/14
let's [8] 15/22 17/9
28/21 31/10 35/15
43/19 56/25 69/24
letters [3] 23/5 66/1
71/2
level [9] 8/4 8/4 15/2
32/18 48/20 54/6 54/15
54/24 55/21
leveled [1] 21/20
levels [2] 14/24 54/14
Lewis [2] 2/3 3/7
liberties [1] 67/11
liberty [1] 69/10
life [5] 22/1 66/6 68/2
75/16 77/8
light [5] 15/5 21/23
21/23 26/7 65/19
like [21] 22/20 22/22
23/11 26/3 30/12 31/14
33/5 33/5 35/13 38/21
39/18 41/4 41/6 45/21
48/14 48/17 49/23 52/2
55/14 67/13 73/21
liked [1] 6/2
likelihood [1] 76/17
likely [1] 25/20
limit [1] 37/16
limitations [1] 85/7
limited [1] 33/12 52/11
55/9
line [4] 13/14 26/17
49/18 72/19
lines [2] 13/4 13/6
links [1] 39/10
listed [1] 33/21
listen [1] 68/2
listening [1] 66/9
listens [1] 68/16
litigate [1] 24/19
little [9] 12/19 18/16
38/25 47/13 48/17
53/14 55/1 57/5 72/24
live [2] 25/21 79/8
lived [1] 13/7

load [1] 53/6
loaded [4] 42/19 47/9
50/19 52/25
location [2] 37/9 81/2
locked [1] 80/15
long [4] 36/3 45/15
45/22 50/4
longer [1] 15/16
look [15] 5/14 11/13
21/16 26/1 28/5 29/21
29/25 31/18 34/14 49/9
49/16 55/7 73/21 76/6
76/14
looking [9] 4/18 4/23
11/15 11/15 19/12 21/2
25/13 44/24 60/17
looks [5] 49/22 52/2
67/13 75/20
loop [1] 14/13
lose [4] 68/6 77/15
77/24 77/24
lost [2] 50/1 66/5
lot [7] 3/24 3/25 5/23
34/23 35/1 37/13 58/15
loud [1] 3/15
loves [1] 68/7
loving [1] 66/8
low [2] 24/3 27/11
lower [1] 24/17
lowest [2] 23/24 24/1

**M**

made [14] 16/19 16/21
18/14 24/9 24/14 34/3
37/7 40/12 57/22 58/22
62/2 62/11 76/19 79/3
magistrate [8] 14/2
16/18 17/6 17/11 17/14
23/5 78/17 79/3
magistrate judge [2]
23/5 79/3
magistrate judge's [1]
17/6
magistrate's [1] 5/8
magnified [1] 30/17
magnitude [3] 25/8
28/17 55/1
majority [1] 44/23
make [21] 5/21 6/20
9/19 11/25 12/10 12/21
16/19 21/12 21/16
21/20 23/11 24/16 27/8
37/22 44/21 64/13
73/17 73/19 73/19 83/9
83/15
makes [3] 59/2 61/3
72/21
making [6] 13/6 22/18
38/18 48/22 64/24 67/6
man [1] 75/23
manner [2] 29/20 72/4
many [4] 10/18 45/23
48/21 76/3
March [2] 4/13 12/20
married [1] 70/24
marshaled [2] 69/22
78/12

Marshals [2] 80/22
83/13
material [1] 4/10
matter [2] 75/3 85/4
matters [1] 53/8
may [15] 5/25 17/11
19/8 24/23 26/7 29/5
29/13 40/5 42/22 42/25
47/10 54/3 55/20 71/14
78/9
maybe [10] 8/1 11/24
18/16 20/3 23/13 60/2
72/19 79/14 81/21
82/24
me [53] 3/11 3/14 5/12
7/20 8/3 11/23 12/17
12/21 12/22 15/23
18/13 21/18 22/25 23/8
23/14 27/14 29/18
29/22 31/2 31/6 34/18
35/3 35/10 38/25 39/2
42/3 43/3 49/20 50/4
52/4 53/21 57/11 62/18
63/9 63/10 63/18 63/23
64/9 66/19 67/18 69/1
69/6 69/16 70/14 70/16
70/16 72/23 75/8 75/11
75/24 76/6 77/4 81/14
mean [21] 5/14 5/23
7/16 9/21 9/22 12/12
14/8 17/23 22/9 22/10
28/22 29/13 39/1 47/15
48/8 51/16 57/21 60/1
61/3 64/12 75/13
means [1] 80/23
mechanical [1] 2/7
meddlesome [1] 53/21
media [2] 7/3 30/11
medical [1] 80/20
meditation [1] 10/23
meet [4] 24/2 25/20
45/9 59/10
meeting [1] 46/21
meetings [4] 32/22
47/3 54/22 80/8
meets [1] 28/17
Meggs [10] 7/24 7/24
32/24 33/6 33/6 40/21
55/22 56/9 70/6 70/15
MEHTA [1] 1/10
member [2] 66/11
75/20
members [6] 44/23
45/23 46/6 46/10 46/12
72/7
memo [1] 23/3
memory [1] 58/1
mental [1] 81/22
mention [1] 58/21
mentioned [3] 11/3
38/3 52/12
mentioning [2] 47/10
47/10
mere [2] 14/25 63/1
merely [2] 7/1 10/17
Merit [1] 2/3
message [1] 42/11
messages [5] 18/21

met [13] 16/12 16/15
20/9 22/22 25/9 29/22
30/25 31/3 44/22 46/6
46/9 46/21 47/5
middle [2] 9/16 67/14
midnight [1] 4/9
midst [1] 67/16
might [6] 6/1 7/24
59/15 60/14 62/20
70/13
military [5] 8/9 26/3
53/22 54/20 71/3
military-like [1] 26/3
million [1] 40/9
mind [4] 6/24 39/9
39/10 77/19
minimum [1] 6/15
Minuta [39] 11/6 11/12
11/12 11/15 11/17
11/21 12/20 14/14
14/22 15/2 15/13 35/9
38/22 43/9 43/12 43/16
43/20 44/1 44/4 44/8
44/18 44/24 45/4 45/12
46/13 46/17 49/22 50/8
50/11 50/13 50/15
50/18 50/22 51/3 59/4
59/5 60/7 61/3 61/9
Minuta's [4] 14/18
44/10 61/2 61/8
minutes [16] 4/9 11/5
37/15 44/14 45/9 45/20
46/13 56/22 56/23 57/1
60/14 68/19 68/21
73/13 74/1 79/15
misconstructions [1]
7/7
misconstrued [1] 7/3
misconstruing [1]
6/21
miss [1] 81/21
mistaken [2] 18/20
82/24
mitigate [2] 55/13
76/17
mitigated [1] 77/3
mob [1] 60/19
moment [2] 22/21 48/2
61/13
Monday [1] 83/17
money [1] 54/14
monitoring [1] 81/3
month [1] 44/12
months [1] 44/12
more [25] 14/4 14/15
19/13 25/19 30/6 33/16
47/15 49/20 49/22
51/14 56/8 57/16 58/6
58/10 66/4 66/22 67/18
69/17 70/14 75/8 75/21
75/23
morning [1] 4/15
most [8] 8/6 8/19 9/2
11/10 15/4 62/8 67/6
67/8
motion [15] 3/19 3/20
3/25 4/3 4/18 6/7 18/25

**M**

motion... [8] 19/10 24/16 25/22 33/14 36/17 37/12 44/14 65/20
mouth [1] 25/12
move [9] 3/21 23/21 24/3 28/18 28/21 31/4 64/12 74/4 77/25
moving [1] 25/25
Mr [2] 16/20 41/17
Mr. [218]
Mr. Caldwell [6] 15/17 25/18 40/8 40/12 40/19 58/20
Mr. Caldwell's [1] 58/19
Mr. Edwards [15] 23/9 23/12 24/8 31/9 34/7 38/25 47/14 49/20 49/23 55/4 57/6 57/9 63/9 63/10 63/19
Mr. Harrelson's [1] 18/25
Mr. James [133]
Mr. James's [17] 3/19 14/17 21/24 23/6 26/14 26/24 28/5 33/3 36/18 45/4 51/14 56/17 60/25 64/19 65/24 65/25 67/12
Mr. Leibig [1] 83/21
Mr. Meggs [5] 7/24 40/21 56/9 70/6 70/15
Mr. Minuta [36] 11/6 11/12 11/12 11/21 12/20 14/14 14/22 15/2 15/13 35/9 38/22 43/9 43/12 43/16 43/20 44/1 44/4 44/8 44/18 44/24 45/4 45/12 46/17 49/22 50/8 50/11 50/13 50/15 50/18 50/22 51/3 59/4 59/5 60/7 61/3 61/9
Mr. Minuta's [3] 14/18 44/10 61/8
Ms. [20] 5/12 7/16 7/24 9/8 14/12 17/5 22/5 34/24 41/7 55/5 55/24 56/9 56/20 57/7 60/23 68/18 70/7 70/15 79/22 82/23
Ms. Robin [14] 5/12 7/16 9/8 14/12 17/5 22/5 34/24 55/5 56/20 57/7 60/23 68/18 79/22 82/23
Ms. Watkins [6] 7/24 41/7 55/24 56/9 70/7 70/15
much [13] 3/25 6/1 6/4 10/21 35/10 50/8 56/4 59/2 62/25 63/1 67/18 84/13 84/15
multiple [2] 27/24 65/19
Munchel [3] 37/3 47/16 51/17

**N**

51/19 51/21 62/15
mute [1] 63/20
my [28] 4/23 7/22 10/13 10/20 14/5 16/25 17/6 23/16 34/25 37/13 39/10 40/13 48/11 50/1 50/2 55/18 63/17 63/25 68/20 69/23 70/19 73/11 77/7 77/19 78/15 79/4 83/9 83/21
mystifying [1] 75/24

**N**

nature [9] 5/4 10/24 11/9 20/19 20/25 64/3 71/7 71/22 74/14
nearby [4] 37/19 37/19 42/20 50/20
nearly [3] 16/1 22/1 66/5
necessarily [6] 5/23 7/23 24/18 30/21 59/23 61/11
necessities [1] 80/20
need [10] 24/14 26/4 36/21 38/20 40/5 41/11 53/19 53/25 60/16 80/13
needed [3] 17/3 30/13 36/20
needing [1] 41/7
needs [5] 12/14 14/3 80/2
never [8] 7/10 20/15 20/18 59/18 62/10 62/20 62/21 62/22
nevertheless [1] 75/11
new [9] 12/3 12/16 12/21 12/25 13/19 13/24 14/9 17/13 17/15
New York [7] 12/3 12/16 12/21 12/25 13/19 13/24 14/9
newest [1] 15/20
next [5] 8/4 22/16 31/4 78/1 82/5
night [6] 4/9 4/14 15/6 18/20 18/23 19/3
no [43] 1/4 3/3 8/17 9/24 9/24 10/21 10/22 11/8 11/20 16/21 18/10 20/18 21/4 21/4 21/24 24/21 28/20 31/6 36/19 37/12 39/2 49/15 49/15 50/3 50/17 50/21 53/21 55/9 58/13 59/9 59/21 60/13 62/13 65/6 65/14 66/7 67/4 69/13 74/1 75/10 77/19 80/9 84/4
noise [1] 60/1
non [3] 53/13 71/10 81/8
non-encrypted [1] 81/8
non-physical [1] 53/13
non-violent [1] 71/10
none [3] 35/4 70/19

**O**

norm [1] 69/11
north [3] 1/18 53/7 65/5
Northern [8] 79/10 79/13 79/20 80/3 80/4 80/5 83/22 83/25
not [137]
notch [1] 70/15
note [2] 55/15 85/5
noted [1] 27/12
notes [2] 23/5 33/11
nothing [7] 9/25 20/18 58/6 58/10 70/18 78/24 84/5
notification [1] 14/3
notified [1] 6/7
notion [5] 38/22 52/17 58/7 59/3 60/16
notwithstanding [2] 71/14 74/13
novo [1] 17/7
now [23] 4/20 4/24 14/3 17/13 17/22 20/20 22/7 23/14 27/5 29/5 30/5 47/8 48/2 49/23 50/2 50/17 52/2 56/25 58/20 59/7 67/8 75/1 81/17
nowhere [1] 10/25
number [16] 28/10 32/19 35/18 35/21 36/8 37/8 38/16 44/8 44/16 44/21 46/11 49/21 54/18 55/7 70/1 71/1
numerous [1] 23/5
NW [2] 1/14 2/5

**O**

Oath [7] 7/1 7/10 21/11 46/7 46/15 46/20 80/10
object [1] 64/6
objection [1] 13/20
obstruct [9] 18/2 18/2 21/14 25/15 25/16 31/2 45/1 53/2 71/20
obstructing [1] 34/20
obstruction [28] 15/19 16/11 17/23 20/12 21/3 21/17 22/3 23/23 24/4 25/13 25/25 27/11 28/4 28/25 28/25 29/3 29/5 29/7 29/14 30/15 30/22 31/2 38/13 53/15 69/6 69/7 78/23 78/25
obstructions [1] 15/6
obstructive [7] 25/7 28/16 29/23 29/24 68/9 76/12 78/22
obtained [1] 6/17
obvious [1] 61/12
obviously [7] 4/17 11/22 15/17 16/18 43/14 48/6 82/6
occasion [1] 35/24
occasions [4] 14/22 35/21 35/22 66/14
occurred [3] 4/13

occurring [2] 44/16 76/18
off [5] 17/10 22/21 62/4 68/20 83/12
offense [5] 16/5 16/9 50/11 71/7 71/23
office [3] 1/13 1/18 25/5
officer [5] 2/2 59/24 67/10 67/16 72/1
officers [10] 44/9 45/3 45/6 46/1 47/18 48/1 50/16 60/18 74/3 74/4
offices [2] 74/5 74/6
Official [1] 2/4
officially [1] 15/11
Oh [1] 22/13
okay [31] 3/10 3/11 3/17 12/4 13/9 13/21 14/6 14/11 19/18 22/4 26/23 28/1 40/16 49/15 50/7 52/5 57/4 57/6 64/5 68/19 68/25 69/1 69/3 75/17 77/15 80/1 82/11 83/2 83/11 83/14 83/18
once [6] 28/22 47/15 57/15 59/18 69/18 83/12
one [51] 4/6 6/25 7/8 7/24 9/17 14/21 15/13 17/16 17/19 17/21 19/13 23/13 23/20 24/2 29/3 30/1 32/21 33/2 33/15 35/24 39/1 39/13 39/14 41/2 41/16 41/22 42/8 42/10 45/12 45/15 46/22 47/9 49/22 53/21 55/4 59/22 60/4 60/6 62/8 67/16 70/21 70/21 72/6 72/11 73/1 73/9 75/2 76/10 77/5 78/13 81/10
ones [1] 66/19
ongoing [8] 25/25 27/13 28/13 45/21 46/3 51/21 63/24 64/3
only [17] 10/15 15/10 18/6 23/13 25/23 28/12 30/16 35/17 39/14 46/20 48/3 53/18 57/16 58/10 61/17 62/23 82/14
Op [6] 19/22 26/5 26/13 27/3 27/6 58/3
open [1] 41/16
opens [1] 29/1
operated [1] 58/5
operating [2] 70/10 70/11
operation [3] 32/20 34/2 35/23
operational [4] 33/15 34/3 37/7 58/2
opinion [7] 48/15 48/18 48/25 49/7 52/17 54/9 65/23

opportunity [9] 4/1 4/2 6/19 53/9 55/6 56/20 57/8 63/11 78/4
opposed [5] 21/10 39/25 61/16 62/4 65/8
opposition [2] 4/4 5/19
order [6] 39/23 60/2 79/18 82/17 83/3 83/24
orderly [1] 29/19
orders [3] 68/2 68/3 68/16
organization [2] 21/12 26/4
organized [4] 9/12 30/4 42/13 72/7
organizing [1] 49/1
original [2] 13/4 13/18
other [56] 17/18 17/21 17/21 18/8 21/1 21/19 23/25 24/2 24/13 26/20 27/15 27/19 28/8 28/10 29/1 31/8 32/1 34/1 36/14 37/21 39/18 40/1 40/24 41/4 41/10 46/6 46/6 46/15 46/18 50/22 51/3 51/8 51/17 52/24 53/4 53/6 53/19 54/3 55/10 56/14 58/14 58/15 59/11 60/5 60/13 63/13 64/15 64/17 68/10 69/14 71/8 72/7 73/13 77/12 80/21 82/20
others [26] 8/7 17/20 20/21 21/8 26/9 30/4 30/17 32/8 32/10 34/16 38/8 39/3 47/5 47/22 55/10 58/19 59/15 68/15 70/3 72/25 73/18 75/4 77/1 77/19 78/4 79/7
otherwise [4] 6/2 42/22 75/18 81/16
ought [2] 71/13 72/19
our [24] 4/17 4/18 13/19 13/19 14/2 14/24 16/15 17/2 18/19 25/5 33/8 36/16 37/11 38/9 47/17 56/21 59/7 69/11 77/10 77/17 77/22 77/23 79/16 81/10
out [33] 5/10 5/16 7/9 11/17 15/3 16/12 18/3 18/16 18/23 19/25 20/15 26/25 27/7 28/7 30/17 32/16 37/6 37/21 39/23 44/3 44/14 47/2 48/15 48/18 49/5 50/2 58/20 59/12 60/10 61/9 61/10 76/2 80/25
outcome [1] 77/16
outpatient [1] 81/22
outset [1] 69/16
outside [14] 9/20 33/19 38/18 39/5 39/15 46/22 60/19 63/15 74/4 74/5 74/19 74/25 75/4 80/5
outstretched [1] 46/2

**O**

over [12]  6/6 10/24
13/19 17/11 20/6 40/20
65/11 65/11 78/18
79/25 80/2 83/4
overlooking [1]  20/4
overly [1]  8/8
own [10]  24/20 26/1
27/6 28/6 30/2 41/19
41/24 53/8 70/25 80/13
owner [2]  65/9 75/23

**P**

p.m [6]  1/6 57/3 57/3
68/24 68/24 84/18
page [2]  33/14 57/24
pages [2]  4/10 4/21
painstakingly [1]
61/12
paints [1]  59/14
pandemic [1]  85/6
papers [2]  24/9 35/6
parameters [1]  49/18
paraphrasing [2]  36/16
55/20
Parkers [1]  56/3
parking [1]  37/13
part [26]  5/2 11/1 16/22
16/24 20/5 26/20 27/12
29/6 32/23 33/2 37/24
38/23 40/25 43/7 43/9
43/17 45/11 52/25
67/23 70/21 70/22 72/3
73/15 73/23 74/8 82/8
parte [2]  64/1 64/7
participant [2]  10/13
26/19
participate [2]  81/21
82/3
participated [4]  25/23
57/17 57/19 71/19
participating [1]  61/17
participation [1]  30/2
particular [7]  4/6 20/4
20/22 58/21 67/22
71/15 72/10
particularly [2]  21/23
71/23
parties [2]  23/8 24/18
pass [1]  17/15
passengers [1]  43/22
passport [5]  79/21
80/2 82/19 82/21 82/25
past [4]  45/3 45/7 46/1
67/9
patriots [9]  40/9 41/5
42/11 43/17 43/23 59/6
60/11 60/16 60/20
peaceful [1]  71/11
pecuniary [1]  54/13
people [11]  9/19 11/3
30/19 35/7 35/19 43/15
53/6 60/4 67/17 72/6
73/24
people's [2]  26/10
58/16
perceive [1]  59/15
perfect [3]  32/2 49/4

perfectly [4]  8/19 9/3
65/13 78/15
perhaps [3]  6/23 8/7
73/12
perimeter [1]  53/1
permission [1]  13/8
permit [2]  12/7 12/10
permitted [2]  80/24
82/5
person [18]  17/21 18/1
22/19 31/8 33/21 35/19
41/2 41/16 42/10 45/12
46/22 51/22 54/2 67/2
67/5 67/16 69/14 76/23
Person One [1]  41/2
Person Ten [1]  33/21
personal [1]  18/7
phone [16]  4/11 4/12
6/17 10/17 15/7 17/18
21/18 26/12 26/19
26/20 44/3 44/3 44/16
44/21 54/21 82/15
photo [1]  67/14
photographs [1]  11/14
physical [6]  47/4 52/11
52/16 52/22 53/11
53/13
physically [1]  54/21
picture [2]  59/14 67/12
pieces [1]  65/20
pistol [1]  36/16
place [9]  10/16 11/4
39/23 62/9 68/13 68/13
72/17 75/12 76/25
placed [2]  24/24 41/25
Plaintiff [1]  1/4
plan [9]  10/25 19/7
19/16 19/24 37/22 47/2
70/12 75/11 76/10
planned [6]  32/7 38/11
47/6 47/19 47/24 59/9
planning [23]  10/22
10/23 30/5 35/1 37/4
38/5 39/3 49/2 55/22
56/5 56/10 56/12 58/9
61/17 61/18 65/4 65/7
70/2 70/12 73/5 75/7
76/2 78/3
plans [1]  36/1
play [2]  8/14 37/3
played [9]  34/11 34/14
34/17 54/3 56/4 56/4
56/9 57/15 69/20
playing [3]  36/2 50/18
69/20
plays [1]  37/24
pleading [5]  4/8 4/20
17/2 57/24 57/24
please [2]  34/8 85/5
plus [1]  25/14
POC [1]  7/12
point [39]  5/10 7/8
7/12 10/11 15/3 16/14
18/3 19/25 20/3 20/14
20/15 21/1 21/15 24/21
28/3 30/7 30/8 30/8
33/13 35/9 38/3 38/4

52/23 57/15 57/21
58/13 58/14 59/20
59/12 61/21 63/6 64/24
65/1 71/18
pointed [2]  11/11
11/24
points [6]  23/11 31/15
35/14 44/14 57/8 57/13
police [10]  11/13 14/19
43/24 45/3 47/18 59/24
60/18 67/9 74/2 74/3
politics [1]  77/10
pose [2]  67/21 76/22
posed [2]  51/19 74/3
poses [2]  51/24 74/15
posited [1]  76/9
position [22]  4/17 7/15
14/25 16/11 16/15 25/9
26/6 27/10 28/3 29/12
36/24 41/20 42/12 43/6
48/18 51/10 54/23
55/15 56/3 75/16 75/25
78/9
possess [2]  80/11
80/13
possession [5]  39/15
61/5 65/11 65/13 79/24
possibly [2]  62/22
82/20
potential [4]  27/8 54/1
62/19 76/11
potentially [1]  30/19
power [1]  71/12
pre [2]  10/23 82/25
pre-condition [1]
82/25
pre-meditation [1]
10/23
prearranged [1]  58/24
precisely [1]  60/3
preliminary [3]  26/14
67/8 67/19
preparation [6]  30/6
70/3 70/12 72/13 73/6
75/7
prepared [4]  30/4
30/13 64/4 72/15
preponderance [1]
24/1
presence [1]  14/21
present [3]  52/15
53/11 66/9
presentation [2]  57/9
72/12
presented [11]  7/17
7/20 30/18 39/4 54/15
64/14 70/8 72/5 75/10
78/22 78/25
presents [16]  23/22
28/4 28/13 31/1 31/5
31/21 37/25 52/8 53/5
54/1 54/24 65/23 66/18
69/15 76/19 77/3
President [3]  41/8
41/18 42/11
presumed [1]  5/6
presumption [1]  16/7

pretend [1]  48/2
pretrial [16]  2/2 3/7
3/19 16/6 51/12 69/9
69/10 70/20 71/5 79/25
80/2 80/7 81/3 82/8
82/9 83/24
pretty [2]  10/11 17/23
Prettyman [1]  2/5
prevent [1]  68/14
prevented [1]  5/21
previously [2]  55/16
55/19
priest [1]  53/21
primary [1]  14/16
prime [1]  6/23
prior [15]  16/4 19/5
19/15 20/1 21/4 21/4
21/24 35/2 65/7 66/14
73/3 73/6 73/13 73/16
82/16
private [7]  8/19 9/17
9/25 10/21 34/15 57/19
58/11
privy [1]  64/10
probable [1]  71/19
problem [1]  50/3
proceeding [10]  25/15
25/16 38/13 39/16 45/1
45/2 53/2 60/20 73/9
78/24
proceedings [10]  1/10
2/7 9/10 23/4 71/21
72/23 72/24 79/12
84/18 85/4
process [1]  83/13
processing [1]  83/16
produced [2]  2/8 16/14
profile [3]  8/21 8/24
61/19
program [2]  81/4 81/21
progresses [1]  81/1
prohibit [1]  5/17
promises [1]  83/16
prompt [1]  5/7
prong [2]  22/6 22/10
property [5]  16/4 16/5
71/25 72/2 74/11
propose [2]  81/15
81/17
proposition [2]  24/11
28/24
Prosper [1]  13/1
protect [1]  60/10
protecting [1]  61/19
protective [10]  33/12
33/17 33/20 33/24
35/17 36/19 37/1 41/13
57/19 58/4
prove [1]  69/12
provide [6]  9/12 9/17
12/19 38/10 64/1 64/4
provided [6]  18/20
18/21 18/24 25/19 78/6
81/5
provides [1]  41/21
providing [3]  8/24 9/5
34/15

proximity [1]  47/4
PSA [1]  14/4
public [2]  21/13 78/1
publicly [1]  8/22
punching [1]  44/2
Purple [3]  21/25 66/5
71/4
purpose [3]  38/14 40/1
62/16
purposes [4]  11/23
15/4 16/15 16/9
push [4]  38/25 45/3
45/7 67/9
pushing [1]  46/1
put [9]  23/8 25/22
29/22 35/4 41/23 42/20
49/17 69/24 79/17
puts [2]  41/16 69/23
putting [2]  25/12 45/4
pyramid [1]  70/9

**Q**

QRF [6]  32/12 37/6
38/19 41/7 42/9 42/23
QRFs [2]  36/22 41/17
qualifying [2]  16/5
16/9
question [34]  8/13
8/14 14/14 15/23 17/12
18/1 20/8 24/8 27/18
28/22 29/2 34/9 34/12
34/18 34/18 35/6 39/2
39/10 43/5 49/6 51/16
51/23 55/4 61/25 62/7
62/15 63/13 65/16
66/25 71/18 75/2 76/6
76/20 78/19
questions [4]  23/10
45/15 49/20 49/21
quick [20]  9/16 10/4
32/12 39/5 40/6 41/25
62/1 62/9 62/16 62/18
62/21 62/22 62/24 63/4
63/7 63/15 64/21 70/4
74/25 78/3
quickly [7]  22/20 37/20
38/20 43/2 44/4 75/6
83/17
quite [16]  4/24 4/25
6/11 7/13 9/18 10/25
14/25 21/5 59/14 61/3
63/3 65/4 66/2 67/7
67/10 68/7
quote [4]  33/17 43/17
55/20 57/24
quoted [1]  19/1
quoting [1]  54/8

**R**

raced [1]  73/18
racing [3]  43/13 59/17
59/20
raise [3]  82/13 82/15
84/3
raised [3]  24/22 57/9
63/10
rally [4]  8/21 40/22
41/16 62/6

**R**

**rather [10]** 8/6 14/4
16/9 29/3 39/17 71/10
73/22 76/22 76/25 83/3
**re [1]** 17/6
**re-do [1]** 17/6
**reach [2]** 27/7 28/7
**reaches [2]** 37/6 37/20
**reaching [2]** 26/25
30/17
**reaction [19]** 9/17 10/4
32/13 39/5 41/25 62/1
62/9 62/16 62/18 62/21
62/22 62/24 63/4 63/7
63/15 64/21 70/4 74/25
78/3
**read [9]** 7/17 7/22
22/24 26/17 28/24
34/24 39/13 39/14 49/7
**reading [5]** 14/25
47/16 48/8 48/12 49/12
**real [3]** 35/23 66/25
73/22
**real-time [1]** 35/23
**reality [2]** 60/21 62/23
**realized [2]** 7/4 17/2
**really [22]** 5/1 20/15
24/22 33/12 37/13 48/9
52/20 57/12 58/15
60/21 61/14 66/13
69/17 70/8 73/12 75/13
75/14 75/17 75/24 76/2
77/7 84/10
**Realtime [1]** 2/4
**reason [6]** 37/17 39/18
42/18 46/5 59/9 73/1
**reasonable [1]** 25/15
**reasonably [3]** 22/18
55/3 56/16
**reasons [2]** 27/5 67/25
**rebuttable [1]** 16/7
**received [4]** 4/7 4/10
4/13 71/1
**recent [2]** 15/4 18/19
**recently [3]** 12/6 12/25
76/19
**Recess [2]** 57/3 68/24
**recipient [2]** 21/25
66/5
**recognized [1]** 74/18
**reconsider [1]** 3/19
**reconvene [1]** 57/1
**record [3]** 65/10 81/24
85/3
**record's [2]** 5/22 78/14
**recorded [2]** 2/7 43/16
**records [1]** 6/19
**recruiting [1]** 40/24
**reference [11]** 7/15
18/7 18/25 19/9 19/10
57/22 59/2 61/4 61/23
64/17 65/5
**referenced [5]** 10/15
14/17 15/6 16/23 21/10
**references [4]** 4/21
19/7 19/16 19/24
**referencing [1]** 18/23
**refers [1]** 7/9

**refined [2]** 81/15
**reflect [2]** 69/11 83/24
**Reform [6]** 24/14 28/24
29/10 54/9 54/10 69/11
**regality [1]** 46/20
**regard [3]** 51/5 51/12
61/18
**regarding [4]** 8/11
14/14 19/11 35/5
**regardless [4]** 20/23
60/12 61/9 61/12
**Registered [1]** 2/3
**regularly [1]** 66/15
**rejecting [1]** 25/10
**rejoin [1]** 50/1
**relate [2]** 49/2 71/23
**related [7]** 4/11 25/24
26/5 27/3 27/6 28/12
31/18
**relates [1]** 28/6
**relative [1]** 24/24
**release [27]** 11/6 12/7
12/9 13/2 13/5 13/18
15/9 21/20 55/12 66/4
68/10 68/13 70/23 71/6
76/7 76/17 77/1 78/10
79/6 79/17 82/2 82/8
82/9 82/17 83/1 83/3
83/24
**released [11]** 38/1
51/22 51/25 53/12 55/7
55/17 55/19 56/18 79/7
80/18 82/18
**relevant [3]** 15/3 42/18
52/19
**relief [1]** 66/13
**reluctant [1]** 4/22
**rely [2]** 41/24 64/9
**relying [2]** 16/8 16/10
**remain [2]** 80/4 80/16
**remained [1]** 74/1
**remember [1]** 40/11
**remembers [1]** 25/2
**remotely [1]** 85/7
**remove [1]** 26/9
**removed [1]** 80/14
**repeat [1]** 19/13
**repeated [1]** 57/13
**repeatedly [4]** 7/9
14/18 20/1 37/6
**report [2]** 54/10 79/19
**reporter [5]** 2/3 2/3 2/4
2/4 56/21
**reporting [1]** 85/7
**request [1]** 34/4
**require [4]** 24/18 68/15
82/2 82/19
**required [1]** 80/6
**requirement [1]** 82/9
**requirements [1]** 81/4
**residence [1]** 13/15
**resides [1]** 12/25
**respect [26]** 4/6 7/7
7/20 8/7 10/11 10/20
15/20 19/21 20/8 22/6
24/13 29/23 34/19 35/7
50/24 57/19 58/22

**64/20 65/18 72/10
72/22 77/11 77/25
**respected [1]** 66/11
**respectfully [2]** 33/1
56/2
**respond [6]** 4/2 38/2
55/6 56/21 57/8 63/11
**responded [1]** 3/21
**responds [5]** 22/8
35/21 36/13 36/15
37/10
**response [6]** 5/18 19/9
36/1 36/18 36/20 62/19
**rest [4]** 22/24 23/7 41/3
55/2
**restrict [1]** 14/1 55/12
**restricted [1]** 80/19
**restrictions [2]** 68/13
68/14
**restrictive [3]** 12/8
12/10 14/4
**reveal [1]** 40/4
**reverse [1]** 77/16
**review [6]** 3/19 5/7
6/19 17/6 17/17 19/10
**reviewed [1]** 15/16
**reviewing [1]** 6/6
**rid [1]** 53/21
**rifle [2]** 36/15 51/7
**rifles [1]** 36/3
**right [35]** 3/13 3/18
9/16 9/24 12/13 13/16
13/17 13/21 13/23 16/2
17/8 22/5 23/16 24/23
26/15 29/18 40/18
40/23 42/1 44/2 50/17
55/25 56/19 57/6 58/20
64/11 68/18 68/21 78/1
78/3 79/2 82/18 83/6
83/23 84/2
**Riley [1]** 25/4
**rioters [2]** 32/1 53/4
**riots [2]** 25/3 30/9
**rise [2]** 16/7 70/13
**risk [25]** 16/10 16/10
18/1 20/11 21/3 22/3
23/23 24/4 25/9 25/25
27/11 28/4 28/13 28/25
29/3 29/3 29/6 29/7
29/23 30/14 31/1 69/7
76/14 76/22 78/25
**risks [1]** 77/2
**RMR [2]** 85/2 85/11
**Robin [17]** 1/17 1/18
3/6 5/12 7/16 9/8 14/12
17/5 22/5 34/24 55/5
56/20 57/7 60/23 68/18
79/22 82/23
**Roger [1]** 34/16
**role [34]** 8/7 8/13 8/13
8/15 8/15 9/1 26/2
32/10 32/21 33/9 33/12
34/11 34/12 34/14
34/17 35/6 35/7 36/2
37/4 37/24 50/11 50/18
53/19 54/4 56/4 56/5
56/9 57/15 57/17 58/8

**rotunda [1]** 74/4
**roughly [5]** 4/10 11/5
11/14 65/25 67/17
**ruled [1]** 69/4
**ruling [2]** 25/10 28/19

**S**

**safe [2]** 55/3 56/17
**safety [7]** 22/19 31/7
67/2 69/14 76/8 77/1
78/11
**said [9]** 5/25 31/23
47/15 48/14 69/17
71/22 75/10 76/16 77/6
**same [5]** 4/9 14/20
27/9 28/13 33/9 34/3
44/19 45/22 46/12
46/18 54/24 55/21 56/3
57/12 73/25 79/6
**satisfied [3]** 22/15
22/15 31/3
**saw [1]** 17/1
**say [28]** 4/4 4/7 6/5
7/24 8/12 9/10 10/3
14/7 17/9 19/23 20/23
21/1 34/14 36/18 47/17
48/5 48/17 50/9 59/1
59/19 63/6 67/6 67/8
69/7 69/16 74/13 77/4
78/13
**saying [4]** 25/18 37/10
40/21 59/5
**says [9]** 7/12 17/22
26/4 36/2 36/12 36/13
37/12 40/8 58/2
**schedule [4]** 5/16 5/20
5/25 6/4
**scramble [1]** 17/3
**screen [1]** 49/23
**SE [2]** 32/22 32/22
**search [1]** 4/11
**second [13]** 15/23 22/6
22/10 32/6 32/11 32/21
34/5 38/3 38/4 50/2
53/13 57/23 61/21
**secure [1]** 37/12
**security [28]** 8/20 8/24
9/2 9/5 9/13 9/18 9/25
10/21 18/8 21/11 30/5
33/13 33/17 33/19
33/20 33/24 34/15
34/15 35/18 36/7 36/19
37/1 41/13 57/20 58/4
58/11 61/7 72/15
**see [13]** 4/15 11/14
19/5 19/15 48/20 52/3
52/4 56/7 67/14 69/18
79/15 80/25 84/13
**seeing [1]** 48/6
**seek [3]** 13/8 14/3 74/4
**seem [2]** 8/5 70/8
**seemed [2]** 10/1 73/11
**seems [16]** 8/3 8/9
9/11 14/15 18/15 21/17
31/25 57/11 62/18
63/22 64/9 66/19 67/15
68/25 70/14 75/8

**seen [8]** 7/19 10/3 10/5
10/9 10/12 19/23 34/23
62/10
**seized [2]** 4/11 21/19
**Senate [1]** 74/6
**sense [2]** 52/4 54/13
**sent [2]** 19/11 42/12
**separate [2]** 36/11
48/19
**serious [16]** 16/10 18/1
20/11 21/3 22/22 23/23
24/4 25/9 27/11 28/25
29/23 31/1 49/5 71/16
71/16 78/25
**seriousness [2]** 31/5
74/15
**service [3]** 21/24 71/4
78/7
**Services [5]** 3/7 80/3
80/7 81/3 83/25
**session [1]** 78/5
**set [2]** 17/13 77/14
**seven [1]** 45/20
**several [3]** 14/21 65/3
66/14
**shall [10]** 79/19 79/21
80/4 80/5 80/9 80/11
80/16 81/3 81/6 81/21
**she [3]** 79/24 81/11
82/22
**sheds [1]** 26/7
**shitload [1]** 36/22
**shop [1]** 12/15
**short [2]** 40/6 80/24
**should [18]** 4/4 5/7 5/9
6/5 6/15 11/18 17/12
29/16 36/9 36/10 48/5
52/18 60/15 61/10 69/7
69/9 78/16 79/11
**shouting [1]** 60/1
**show [10]** 18/5 23/22
32/15 37/18 44/16
51/13 52/15 53/10
55/21 56/15
**showing [4]** 22/2 36/8
46/16 51/2
**showings [1]** 24/14
**shown [1]** 28/7
**shows [16]** 33/7 33/25
34/6 36/1 36/5 40/9
43/20 44/17 44/23
46/11 46/25 47/3 47/3
47/4 53/17 59/7
**side [4]** 43/21 46/12
82/12 84/3
**sidearm [7]** 36/4 47/11
50/25 51/7 65/4 65/7
65/15
**sidearms [1]** 36/3
**sidelines [1]** 42/15
**sides [2]** 84/10 84/11
**Signal [35]** 7/11 7/11
10/12 10/20 17/16
17/18 17/20 18/3 18/5
18/9 18/12 18/21 18/24
19/12 19/20 19/21
19/22 21/7 26/5 26/18
27/2 27/6 30/3 33/14

**S**

**Signal... [11]** 38/8 38/10 38/17 40/3 41/2 41/10 42/10 53/20 53/25 57/16 58/1
**signed [2]** 83/4 83/12
**significance [1]** 75/1
**significant [6]** 18/14 42/24 53/10 65/1 66/13 75/3
**significantly [1]** 71/6 21/19 25/19 68/12
**similar [4]** 7/6 21/19 25/19 68/12
**simple [3]** 7/8 71/9 72/5
**simply [12]** 5/1 6/22 8/17 9/3 22/1 26/1 36/6 41/12 49/3 58/9 65/17 66/12
**since [1]** 79/1
**single [2]** 20/2 58/23
**Singleton [1]** 23/20
**sinister [1]** 30/6
**sir [6]** 3/15 3/16 69/2 82/10 83/19 84/16
**situated [4]** 7/23 50/14 51/11 53/3
**situation [4]** 16/18 59/13 61/15 66/3
**small [6]** 9/2 33/2 66/12 70/25 71/12 75/23
**small-business [1]** 75/23
**smartphones [1]** 81/7
**so [117]**
**so I think [3]** 16/24 17/25 61/8
**so it's [5]** 28/2 42/12 51/10 54/23 56/25
**So this didn't [1]** 13/17
**So this gets [1]** 41/8
**so this idea [1]** 42/23
**So this notion [1]** 58/7
**so this shows [1]** 36/5
**social [1]** 7/3
**soldiers [1]** 8/6
**some [30]** 4/22 4/24 5/14 5/15 8/5 9/10 9/15 13/3 19/9 20/21 25/13 25/14 25/15 26/20 34/11 35/9 36/2 40/1 40/7 40/8 41/9 55/6 55/20 58/17 58/24 61/8 61/22 70/3 81/13 82/17
**somebody [4]** 8/6 75/20 75/25 78/6
**somehow [4]** 58/7 58/18 59/20 63/7
**someone [13]** 5/6 21/13 66/2 66/3 66/11 66/15 68/1 68/4 68/16 74/9 74/20 75/19 77/8
**something [16]** 6/10 12/16 15/8 17/4 21/21 30/6 30/12 37/10 43/20 48/14 53/24 70/14 71/13 71/17 78/14

**sometime [1]** 40/11
**somewhat [2]** 34/10 35/22
**somewhere [1]** 8/9
**soon [2]** 43/10 84/14
**sorry [6]** 13/11 22/11 26/11 38/3 57/4 64/16 50/24
**sort [34]** 8/3 8/5 8/15 8/15 9/1 9/14 10/7 20/17 20/21 24/7 25/13 25/14 51/20 55/11 57/18 58/8 58/8 58/14 58/17 58/21 58/24 59/24 60/3 61/23 62/13 64/7 68/8 69/23 74/11 74/18 74/19 76/3 76/9 82/25
**Southeastern [1]** 32/23
**Southern [4]** 12/2 12/20 13/19 14/8
**speak [1]** 31/23
**speakers [8]** 8/21 34/16 61/19
**speaking [2]** 71/2 71/2
**specific [4]** 33/3 54/2 67/4 77/2
**specifically [8]** 7/12 19/23 20/5 31/19 38/14 49/11 52/7 80/21
**spectrum [1]** 69/19
**speed [2]** 37/16 59/21
**spoken [1]** 67/3
**spontaneous [3]** 59/5 59/8 61/15
**sponte [2]** 24/3 24/17
**squarely [3]** 32/15 37/5 47/11
**stack [16]** 11/2 35/9 38/23 43/7 43/11 44/19 44/23 45/10 45/11 45/23 45/23 46/6 46/10 46/12 67/24 74/8
**staged [5]** 37/18 37/19 42/14 50/19 52/25
**staging [1]** 42/15
**stand [1]** 76/4
**standard [2]** 25/20 65/18
**standby [1]** 38/19
**standing [3]** 44/9 44/10 50/16
**standpoint [1]** 24/25
**stands [2]** 24/11 77/22
**start [7]** 3/23 23/18 41/22 42/3 70/16 78/3 80/25
**started [1]** 4/18
**stash [4]** 35/20 35/25 36/10 36/12
**stashed [1]** 75/4
**state [4]** 33/6 33/7 33/9 33/25
**stated [1]** 25/11
**statement [4]** 18/14 40/12 58/20 58/22
**statements [1]** 58/16

**states [15]** 1/1 1/3 1/11 3/3 7/2 19/17 19/24 20/6 21/25 42/10 43/22 44/12 44/25 54/19 56/11
**stating [3]** 43/17 50/22 50/24
**stationed [2]** 9/20 63/15
**statute [5]** 5/5 20/10 21/2 21/16 23/25
**stay [1]** 80/6
**stenography [1]** 2/7
**step [1]** 27/7
**still [6]** 27/22 45/21 49/5 49/23 63/22 74/20
**Stone [1]** 34/16
**stop [8]** 14/23 44/1 45/5 46/2 59/19 59/22 59/24 67/16
**stopping [2]** 44/10 45/7
**storage [1]** 80/16
**storm [3]** 32/2 43/6 49/4
**stormed [2]** 54/18 73/21
**storming [3]** 43/18 53/4 56/11
**strategically [1]** 41/25
**stray [1]** 72/6
**street [3]** 1/14 1/18 40/9
**streets [1]** 43/13
**stressed [1]** 25/6
**stressing [1]** 64/22
**strict [7]** 48/8 48/12 49/11 55/8 55/12 76/25 79/6
**stright [1]** 68/10
**striking [1]** 62/8
**strong [1]** 17/23
**struck [2]** 24/7 39/2
**struggled [1]** 72/11
**sua [2]** 24/3 24/17
**sua sponte [2]** 24/17
**subject [2]** 19/22 85/6
**subjected [1]** 81/2
**submit [6]** 14/14 31/16 56/14 65/19 65/24 79/19
**submitted [3]** 22/25 23/6 80/14
**subordinate [2]** 26/3 53/25
**subordinates [2]** 36/9 53/19
**substantial [2]** 16/10 75/22
**such [17]** 10/6 25/8 28/16 30/6 31/5 31/6 37/24 40/5 47/20 47/25 53/23 54/25 54/25 55/12 55/22 69/4 81/25
**sufficient [1]** 56/7
**suggest [6]** 8/17 9/12 29/5 49/16 58/16 61/24

**suggested [2]** 39/3 65/6
**suggesting [2]** 39/14 48/3
**suggestion [2]** 17/10 17/20
**suggests [5]** 10/12 17/15 30/12 30/14 59/20
**supervising [1]** 84/1
**supervision [2]** 79/19 79/20
**supply [1]** 62/3
**support [3]** 62/6 63/7 66/1
**supports [3]** 42/5 59/3 74/17
**supposed [2]** 76/5 77/23
**sure [19]** 5/21 6/20 9/20 12/22 13/6 15/15 18/18 19/1 21/21 22/9 24/23 27/8 30/7 31/10 37/22 38/19 56/24 75/16 81/20
**surgically [1]** 26/9
**surrender [1]** 79/1
**swerving [1]** 43/13
**sworn [1]** 67/20

**T**

**tablets [1]** 81/7
**take [12]** 32/14 40/25 41/19 53/8 54/25 56/25 60/7 71/8 76/1 77/7 77/15 79/15
**takes [1]** 53/4
**taking [6]** 10/24 11/4 20/6 49/3 61/15 67/10
**talk [15]** 10/5 14/18 22/22 28/21 31/9 35/15 48/25 53/6 58/19 62/23 64/20 65/2 66/12 75/7 75/9
**talking [5]** 8/12 47/23 51/4 60/1 75/4
**talks [7]** 37/6 40/20 54/2 54/12 58/15 63/3 64/18
**tattoo [1]** 12/15
**taunting [1]** 11/13
**team [3]** 8/19 33/19 33/25
**teams [1]** 42/19
**technological [1]** 85/7
**tell [2]** 40/22 75/15
**telling [2]** 27/4 42/3
**tells [2]** 53/23 53/24
**temporally [1]** 35/14
**ten [2]** 33/21 57/1
**term [2]** 29/15 80/24
**termination [1]** 6/5
**terms [32]** 8/9 9/1 10/6 10/15 11/8 14/24 20/10 21/16 24/22 24/24 29/19 30/24 31/21 32/17 35/16 38/5 43/4 47/17 48/15 48/25

**50/10 50/11 50/13 51/13 55/2 62/7 63/11 67/22 68/8 70/11 72/9
**terrific [1]** 84/10
**testified [1]** 66/8
**testimony [2]** 67/7 67/20
**Texas [5]** 12/5 12/13 13/1 13/14 14/9
**than [21]** 14/4 21/13 36/16 36/7 38/14 41/14 47/15 47/21 53/3 55/16 58/10 60/5 66/4 66/22 69/18 72/5 72/7 72/25 74/18 75/22 75/24
**thank [16]** 4/5 23/2 42/2 57/10 68/17 68/18 68/22 68/23 84/4 84/6 84/7 84/8 84/13 84/15 84/16 84/17
**Thank you [13]** 4/5 23/2 42/2 57/10 68/17 68/18 68/22 68/23 84/4 84/6 84/7 84/8 84/17
**Thanks [1]** 57/2
**that [672]**
**that's [56]** 3/24 4/21 5/4 6/12 6/17 7/17 9/2 9/22 12/13 14/10 14/16 17/17 17/23 18/8 18/14 19/10 21/13 22/25 25/21 26/16 26/20 27/4 28/22 29/22 30/7 32/4 32/8 34/6 35/4 37/17 39/9 39/11 39/11 39/24 40/17 42/1 42/18 43/7 49/15 49/16 50/4 51/13 51/19 54/9 61/9 62/8 64/13 65/9 69/22 72/19 73/24 74/19 77/14 77/17 77/17 78/12
**theft [1]** 61/4
**their [19]** 4/19 7/15 17/2 17/20 20/9 41/13 41/19 41/24 44/14 44/25 45/4 46/2 57/24 59/4 60/9 61/13 65/23 66/21 74/6
**them [29]** 6/8 9/16 10/18 12/10 12/20 28/8 32/3 35/20 35/22 35/25 36/10 37/20 40/8 43/2 45/5 45/7 46/2 51/3 51/4 51/4 51/8 54/21 59/17 59/19 59/22 59/24 61/5 61/6 66/18
**themselves [2]** 28/16 41/15
**then [29]** 5/21 21/15 22/16 22/19 27/7 29/19 33/8 38/21 41/22 43/3 43/16 43/25 44/12 44/17 44/21 45/6 45/9 45/9 50/4 54/20 55/5 56/10 57/1 61/21 62/17 70/6 74/14 76/2 77/15
**theory [1]** 16/25

**T**

**therapy [1]** 81/23
**there [96]**
**there's [41]** 3/24 3/25
5/20 8/17 8/18 9/10
9/24 9/25 16/13 17/19
18/10 18/22 20/3 21/2
30/8 34/10 34/25 35/4
39/2 52/15 52/16 55/1
57/18 58/13 59/9 60/1
60/13 60/20 65/6 65/14
65/25 67/4 70/6 70/18
74/1 74/14 74/22 75/5
75/10 77/19 78/24
**therefore [1]** 85/6
**these [49]** 4/20 6/22
9/9 9/15 11/16 15/4
15/6 15/19 15/20 19/5
19/14 19/19 23/20 27/2
28/12 36/1 36/12 36/20
37/3 39/22 39/25 41/22
43/22 44/17 44/23 45/6
45/8 46/12 47/6 49/8
51/8 51/11 52/21 54/3
55/20 55/21 56/10
56/10 56/11 57/19 60/8
61/19 61/23 61/25
70/16 72/10 73/13
77/10 84/11
**they [90]**
**they'll [1]** 8/2
**they're [15]** 9/3 16/10
18/4 38/12 54/8 58/16
59/6 59/20 59/20 59/21
59/23 60/9 64/24 67/10
77/11
**they've [6]** 4/20 6/6
16/14 20/9 22/2 66/20
**thing [15]** 9/17 9/18
18/3 18/4 18/8 27/9
28/13 58/10 59/8 60/4
62/8 64/15 64/17 78/13
82/14
**things [11]** 6/12 9/21
17/16 30/1 39/19 42/21
57/7 66/24 72/11 81/1
82/20
**think [91]**
**thinking [1]** 55/2
**thinks [1]** 31/11
**this [185]**
**those [35]** 10/19 15/13
16/6 22/20 24/22 27/8
28/9 30/5 30/20 31/22
32/8 32/11 32/24 32/21
40/7 41/11 41/23 47/17
47/19 47/21 47/24
47/25 48/3 50/20 56/15
60/25 61/2 66/24 67/25
71/5 76/14 76/15 78/6
80/13 80/15
**though [2]** 20/9 80/12
**thought [5]** 19/1 24/22
39/18 42/4 75/17
**thoughts [1]** 68/20
**thread [11]** 20/22 26/7
26/9 26/11 26/13 33/14
38/8 38/10 38/17 41/10

**threads [3]** 38/18 40/4
41/2
**threat [8]** 30/21 51/19
51/21 51/24 62/19 67/4
67/21 72/5
**threatened [1]** 20/16
**threatening [2]** 20/24
67/23
**threats [3]** 20/18 67/6
74/3
**three [3]** 15/9 66/9
70/24
**threshold [7]** 15/24
17/12 23/18 23/24
27/11 30/24 69/8
**throated [1]** 5/18
**throngs [1]** 67/11
**through [14]** 14/2 14/3
30/10 43/13 45/12 47/3
47/4 47/4 47/18 48/1
54/21 59/18 70/16 81/8
**throughout [2]** 14/17
46/19
**thrown [1]** 43/15
**thus [1]** 78/2
**tie [2]** 42/17 46/24
**ties [2]** 37/1 43/5
**time [20]** 4/9 4/24 5/23
5/24 5/24 6/25 19/13
30/9 35/23 43/11 45/3
45/19 45/22 46/18
50/22 51/2 58/23 63/24
73/25 78/1
**timeline [2]** 5/4 5/9
**timely [1]** 4/8
**times [1]** 18/6
**tip [1]** 70/8
**titled [2]** 32/19 85/4
**today [5]** 46/25 66/9
82/22 83/4 83/8
**today's [1]** 4/7
**together [5]** 44/13
52/24 54/20 72/4 73/12
**told [1]** 82/18
**tomorrow [1]** 83/17
**tonight [1]** 83/16
**too [2]** 30/20 79/4
**took [6]** 10/16 27/7
32/1 32/2 53/18 72/17
**top [2]** 8/1 70/9
**touch [4]** 32/11 32/21
38/22 48/14
**touched [2]** 31/17
53/14
**touches [1]** 37/23
**touching [2]** 49/5
58/13
**toward [2]** 69/24 72/1
72/17
**towards [3]** 14/19
72/14 72/14
**town [1]** 59/10
**transcript [4]** 1/9 2/7
23/4 85/3
**transcription [1]** 2/8
**transition [1]** 71/11
**travel [9]** 12/11 12/11

**traveling [2]** 13/17
46/19
**treat [1]** 77/12
**treated [1]** 51/12
**treatment [4]** 81/22
81/25 82/3 82/7
**tries [1]** 65/2
**trip [2]** 65/5 65/8
**trouble [1]** 23/12
**troubling [1]** 77/7
**Troy [2]** 1/13 3/5
**troy.edwards [1]** 1/16
**truck [1]** 37/14
**true [1]** 62/15
**truly [1]** 78/8
**truth [2]** 9/10 75/3
**try [7]** 17/3 48/25 67/16
77/16 77/25 78/5 81/12
**trying [3]** 58/16 60/18
61/22
**turn [5]** 4/1 32/14 44/1
55/5 57/7
**turned [2]** 80/2 82/22
**turning [2]** 82/19 82/25
**two [24]** 6/6 14/5 14/7
17/16 17/19 27/4 30/1
31/22 35/14 36/17 37/8
38/4 45/15 45/16 46/18
49/20 49/22 57/13 60/4
63/22 70/15 72/6 73/10
76/11
**twofold [3]** 16/22 73/1
76/10
**tying [1]** 47/8
**type [3]** 33/3 53/16
55/25

**U**

**U.S [5]** 1/13 19/7 68/3
83/4 83/13
**ultimately [7]** 29/2
65/16 66/25 72/17
72/20 73/20 78/10
**unarmed [1]** 36/6
**uncharged [1]** 45/10
**under [10]** 5/5 20/10
23/19 23/20 23/21
23/22 30/19 30/25 69/5
69/11
**understand [9]** 5/3
10/2 10/10 32/24 45/14
53/22 60/24 64/1 82/3
**understanding [13]**
14/3 14/5 32/23 33/8
34/25 38/7 40/13 41/9
45/19 46/11 48/13
55/18 63/25
**understood [2]** 21/6
21/9
**undoubtedly [1]** 34/13
**unfortunate [1]** 78/8
**union [3]** 52/18 54/7
54/25
**unique [1]** 64/2
**unit [1]** 33/24
**UNITED [13]** 1/1 1/3

**United States [9]** 3/3
7/2 19/17 19/24 21/25
44/12 44/25 54/19
56/11
**unknown [1]** 10/19
**unlawful [1]** 10/1
**unless [2]** 20/2 28/23
**unlike [1]** 15/25
**unlikely [1]** 67/15
**until [3]** 4/15 80/16
81/17
**unusual [1]** 15/24
**unwarranted [1]** 51/13
**up [19]** 4/15 11/3 17/3
39/10 40/18 44/22 45/9
46/6 47/13 53/6 53/7
59/10 62/24 65/5 75/25
77/9 77/14 77/15 83/12
**upcoming [1]** 18/25
**update [2]** 64/1 64/4
**upon [3]** 70/7 79/14
81/19
**urge [3]** 82/1 82/1 82/6
**us [3]** 4/25 6/9 49/24
**usdoj.gov [1]** 1/16
**use [3]** 55/9 56/22
69/25
**used [1]** 73/21
**uses [1]** 26/2
**using [1]** 8/8

**V**

**VA [1]** 1/19
**Valentine [2]** 2/2 3/7
**Valentine-Lewis [2]**
2/2 3/7
**valid [2]** 61/24 62/20
**various [4]** 54/20 57/8
57/13 69/19
**verify [1]** 79/11
**version [1]** 52/18
**versions [1]** 52/21
**versus [2]** 3/4 50/10
**very [20]** 3/17 8/16
8/22 8/24 10/21 16/17
41/14 50/8 53/3 55/1
55/8 59/7 60/4 62/20
67/3 68/10 71/1 84/11
84/13 84/15
**veteran [1]** 71/3
**vetting [1]** 55/22
**via [3]** 1/10 3/8 35/14
**vicinity [1]** 11/12
**video [9]** 8/23 43/16
50/1 52/2 59/5 59/15
59/16 60/4 60/7
**videoconference [1]**
3/8
**view [9]** 33/4 42/5
47/17 50/10 55/11
69/23 71/13 73/11
82/24
**violence [26]** 9/18 11/9
11/10 20/18 21/5 30/21
32/7 37/4 39/7 39/17

**Washington [18]** 1/5
1/15 2/6 9/19 32/20
42/14 42/24 43/1 43/13
47/7 50/20 51/4 51/9
53/8 58/5 65/7 65/14
80/6
**wasn't [5]** 11/1 11/4
17/14 40/11 41/3
**watch [1]** 60/4
**watched [1]** 59/16
**watching [1]** 59/15
**Watkins [7]** 7/24 41/7
55/23 55/24 56/9 70/7
70/15
**way [22]** 7/17 10/14
28/24 32/24 37/14
39/13 39/14 39/14
47/22 59/7 59/13 60/9
60/15 60/17 61/13
67/11 69/25 70/3 73/17
73/19 74/3 77/23
**ways [4]** 4/23 57/13
75/21 76/3
**we [39]** 3/23 4/7 4/10
4/13 4/18 6/7 6/7 6/10
6/14 13/5 14/1 19/4
19/4 19/14 25/21 25/24
29/15 31/3 31/9 32/24
36/12 37/8 37/13 37/14
39/9 44/6 62/25 63/19
64/3 64/6 64/12 68/12
68/25 71/13 75/1 77/11
77/12 82/13 83/7
**we'd [1]** 45/21
**we'll [2]** 36/22 57/1
80/25 81/16 84/13

**violent [9]** 9/23 47/2
51/14 58/14 58/17
61/23 70/14 71/10
72/13
**VIP [1]** 34/15
**Virginia [5]** 62/2 62/11
62/23 64/22 64/23
**voice [2]** 59/25 60/2
**voluntary [3]** 36/6
36/19 36/25
**vote [1]** 39/25
**vs [1]** 1/5

**W**

**wait [1]** 28/18
**walking [2]** 49/4 49/5
**walks [1]** 53/5
**want [17]** 4/22 5/16
5/17 5/21 6/11 17/5
21/12 23/10 39/8 40/25
42/8 43/9 56/20 56/21
68/20 69/25 84/9
**wants [4]** 6/10 28/18
82/13 84/3
**warrant [1]** 48/4
**warranted [3]** 23/20
52/20 81/25
**was [146]**

**we're [8]** 3/18 4/21 6/13 17/13 17/13 36/13 46/25 59/7
**we've [3]** 53/14 56/22 62/10
**weak [1]** 17/2
**weaker [1]** 72/25
**weapon [1]** 80/12
**weapons [15]** 9/20 10/14 35/20 39/5 39/23 39/25 61/24 62/1 62/8 62/11 64/20 64/22 64/23 64/24 64/25
**wearing [1]** 54/19
**week [2]** 81/10 82/5
**weekly [1]** 79/20
**weeks [2]** 6/6 44/11
**weigh [2]** 70/20 70/22
**weight [4]** 6/16 72/9 72/22 74/12
**weighty [2]** 69/24 70/1
**well [12]** 8/14 15/8 18/19 23/5 29/18 38/19 41/17 62/8 64/12 64/20 71/2 82/23
**well-armed [1]** 38/19
**well-equipped [1]** 41/17
**went [5]** 18/23 44/20 47/6 51/17 56/4
**were [40]** 7/14 8/20 13/4 13/6 18/24 26/3 27/8 27/17 27/19 30/19 31/24 32/3 32/7 37/25 38/22 39/3 39/19 39/23 42/3 42/4 45/11 45/23 46/17 51/22 51/25 53/12 56/17 59/4 61/2 61/5 61/5 62/5 62/9 63/19 70/1 70/10 72/16 73/25 76/1 79/12
**weren't [2]** 60/25 70/3
**what [51]** 4/3 6/13 6/14 8/14 9/9 9/10 18/15 22/9 29/1 29/12 30/22 31/20 34/12 34/24 35/16 38/4 39/3 39/9 41/23 45/13 45/16 45/25 46/25 47/16 47/23 48/24 49/17 50/9 51/19 51/21 51/23 52/7 54/7 58/1 58/21 60/6 60/6 60/13 61/12 61/25 63/11 67/16 70/12 70/13 72/13 76/4 77/7 77/18 77/20 77/22 80/23
**what's [9]** 5/18 9/7 9/8 16/11 34/22 35/6 50/9 60/10 63/13
**whatever [1]** 39/18
**whatsoever [5]** 8/17 10/9 10/22 10/23 11/8
**when [38]** 4/15 5/6 6/5 7/1 7/4 8/12 9/15 11/1 11/4 11/12 14/1 14/7 14/22 15/16 17/1 21/2

40/12 40/24 41/15 41/16 43/11 44/7 45/3 53/9 53/23 53/24 58/16 59/16 60/12 60/18 61/4 68/3 70/9 73/16
**where [27]** 7/22 11/23 11/25 11/25 12/21 12/24 13/7 15/2 16/18 26/4 31/25 33/14 33/15 35/19 35/20 35/25 36/10 36/12 40/19 41/23 59/13 60/4 61/4 66/3 69/19 79/11 80/25
**whether [30]** 16/12 20/9 21/2 21/17 22/16 28/3 29/16 30/5 30/25 31/1 31/4 31/21 36/9 41/24 46/9 51/6 52/19 56/13 60/12 62/11 63/5 65/17 66/25 69/9 73/18 74/16 75/2 75/2 78/19 83/16
**which [32]** 5/5 7/10 7/12 7/13 15/25 26/2 26/25 27/2 27/18 28/24 30/3 31/4 32/10 34/25 36/19 38/14 39/24 43/4 43/10 43/20 44/23 45/1 61/25 62/10 65/8 67/6 67/10 68/11 74/11 74/14 79/8 81/20
**while [13]** 7/18 11/15 42/25 44/9 45/14 45/16 46/4 47/14 49/5 50/16 54/19 60/19 78/5
**who [55]** 6/24 7/14 8/5 8/6 11/6 15/9 15/13 21/19 26/3 27/8 27/19 27/22 30/19 32/1 32/6 33/21 37/7 40/25 41/2 42/25 45/4 45/10 45/11 47/19 47/21 48/22 49/1 49/3 49/22 50/15 51/6 52/23 53/4 54/3 54/17 56/3 56/9 58/20 61/9 61/16 66/5 66/8 66/10 66/11 66/15 68/16 70/1 70/7 70/10 73/25 74/1 74/9 75/19 75/20 77/8
**who's [4]** 59/24 66/2 66/9 78/6
**who've [2]** 47/17 47/24
**whole [3]** 21/12 34/4 59/8
**wholly [1]** 51/13
**whom [2]** 11/2 27/21
**whose [1]** 7/14
**why [28]** 3/23 14/12 16/25 22/21 23/9 23/10 25/24 26/7 28/15 31/9 32/15 37/23 37/24 39/21 40/5 41/10 41/21 42/4 42/13 42/13 42/13 42/14 55/11 59/9 62/17 62/21 64/12 75/16
**widespread [1]** 30/10
**wife [4]** 65/11 66/8

**will [44]** 4/7 8/1 10/3 17/9 18/1 19/5 19/15 19/23 20/12 21/1 21/3 21/17 22/3 29/24 31/2 35/3 40/20 53/20 57/21 60/22 68/4 70/9 74/12 74/13 76/10 76/11 76/15 76/25 77/3 78/13 79/6 80/18 80/19 80/24 81/2 82/5 82/6 82/8 83/3 83/4 83/16 83/17 83/24 83/25
**William [4]** 2/3 85/2 85/10 85/11
**willing [3]** 28/7 53/6 54/25
**windows [2]** 47/18 48/1
**within [3]** 4/21 37/15 44/22
**witness [2]** 20/17 30/22
**witnessed [1]** 54/4
**witnesses [2]** 20/13 27/8
**woke [1]** 4/15
**word [3]** 43/18 43/23 69/25
**words [7]** 17/22 25/12 26/1 29/1 41/15 60/25 77/7
**work [6]** 12/14 13/22 77/23 80/24 81/11 83/10
**working [1]** 36/13
**works [1]** 77/17
**world [3]** 25/21 48/20 60/18
**would [65]** 5/10 7/16 8/12 13/24 14/14 15/1 15/3 18/3 20/22 21/9 22/16 22/17 25/16 25/19 31/7 33/18 34/5 37/13 38/3 38/11 41/21 48/4 48/10 50/9 50/23 51/21 55/3 55/3 55/11 55/14 56/14 56/17 58/3 59/9 64/6 64/7 64/9 64/9 64/17 65/19 65/24 67/16 68/12 69/13 70/19 70/21 70/22 72/5 74/3 75/17 75/25 76/1 76/7 76/11 76/21 76/21 76/23 76/23 77/8 81/7 81/14 81/25 82/14 82/17 82/19
**wouldn't [3]** 11/20 49/16 59/25
**written [1]** 54/11
**wrong [3]** 8/2 20/3 35/3
**wrought [1]** 77/10

**Y**

**yeah [4]** 12/22 17/22 63/22 79/23
**year [1]** 12/25

**yelling [1]** 44/3
**Yes [19]** 3/12 3/15 12/18 23/15 25/1 27/24 29/11 36/15 40/2 42/7 46/8 49/25 50/12 52/1 52/3 52/6 69/2 82/10 83/19
**yet [1]** 27/21
**York [7]** 12/3 12/16 12/21 12/25 13/19 13/24 14/9
**you [185]**
**you know [6]** 7/18 11/5 15/4 17/19 59/5 59/22
**you'd [2]** 22/20 23/11
**you'll [1]** 31/10
**you're [9]** 8/12 9/24 17/10 21/2 75/19 75/22 75/23 78/1 78/9
**you've [8]** 4/1 5/25 9/20 18/14 24/21 47/15 63/10 75/17
**Young [1]** 15/18
**your [109]**
**Your Honor [79]** 3/2 3/12 4/5 5/10 6/3 8/11 11/3 12/3 12/18 14/10 15/8 17/25 20/8 21/15 23/17 23/23 24/15 25/1 25/2 25/4 25/17 25/22 26/6 26/22 27/4 27/24 28/15 28/18 29/11 31/13 31/16 33/13 35/13 36/5 36/24 37/17 38/2 40/2 40/10 40/13 41/6 41/20 42/7 42/16 48/11 49/12 50/12 51/1 52/6 53/13 53/17 54/5 54/17 55/14 56/2 56/15 57/10 57/11 61/20 61/24 63/17 63/24 64/6 65/16 65/24 66/24 67/13 67/25 68/22 68/23 82/14 83/10 83/20 84/4 84/6
**Your Honor's [2]** 14/14 38/7
**yourself [2]** 67/14 78/8

**Z**

**Zaremba [4]** 2/3 85/2 85/10 85/11
**ZOOM [1]** 1/10