# EXHIBIT ONE
# DISC CONTAINING THREE VIDEO FILES:

**1. signal-2021-01-07-090235**

**2. MPD Officer Body-Worn Camera Footage 1**

**3. MPD Officer Body-Work Camera Footage 2**