# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No: 21-CR-28 (APM) |
| : | |
| **JOSHUA JAMES,** : | |
| *Defendant* : | |

## DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant, Joshua James, by undersigned counsel, respectfully moves this Honorable Court to modify the conditions of his release relating to internet use. Government counsel consent to this request. In support of this motion, Mr. James states as follows:

1. The Order releasing Mr. James to home incarceration prohibits him from accessing the internet. The relevant condition states:

    GPS Monitoring: Defendant is not to have any access to computers, smart phones, tablets, or any device that would allow him [or her] to communicate through either encrypted or non-encrypted applications.

2. After consultation, Government counsel and counsel for Mr. James consent to a Modification of the Release Order as follows:

    The defendant may use an electronic device with internet access for the sole purposes of: (1) attending court hearings, (2) communicating with his counsel and defense team, and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.

3. This Court recently granted an identical request to amend conditions of release by co-defendants Thomas Caldwell, Donovan Crowl, Graydon Young, Laura Steele and Connie Meggs.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Joan C. Robin
                                            Virginia Bar No. 44502
                                            Law Office of Joni C. Robin, PLLC
                                            114 North Alfred Street
                                            Alexandria, Virginia 22314
                                            Ph: 703-349-1111
                                            Fax: 571-279-6851
                                            joni@jonirobinlaw.com

                                            _____/s/_____
                                            Christopher Leibig, Esq.
                                            Virginia Bar No. 40594
                                            Counsel for Defendant
                                            114 N. Alfred Street
                                            Alexandria, Virginia 22314
                                            (703) 683 4310
                                            chris@chrisleibiglaw.com


## CERTIFICATE OF SERVICE

     I hereby certify that on the 19th day of April, 2021, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

                                                              _____/s/_____
                                                                 Joan Robin