IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-CR-28 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the Defendant's Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of April, 2021, **ORDERED**:

1. That the Order Setting Conditions of Release as to Defendant Joshua James is hereby

   MODIFIED as follows:

   The defendant may use an electronic device with Internet access for the sole purposes of: (1) attending court hearings; (2) communicating with his counsel and defense team; and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.

2. That all other Conditions of Release remain in effect.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**