# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-CR-28 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

### MOTION TO ADOPT DEFENDANT CALDWELL'S MOTION TO DISMISS COUNTS 1 and 2 OF THE INDICTMENT[1]

The Accused, Joshua James, through counsel, respectfully requests that the Court allow him to join Defendant Thomas Caldwell's motion to dismiss counts 1 and 2 of the indictment. *See* docket entry 240. The motion and argument as to these two counts is not fact-specific to one defendant and applies equally to all defendants if granted. Further, it is in the interest of judicial economy to allow this motion.

Respectfully submitted,

_____/s/_____
Joan C. Robin
Virginia Bar No. 44502
Pro Hac Vice
Law Office of Joni C. Robin, PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

---

[1] Defendant Caldwell's motion also challenges Counts 4 and 9. Mr. James does not seek to adopt the portions of Caldwell's motion relating to counts 4 and 9, as Mr. James is not charged with Count 9 and he is not similarly situated as to Count 4. Concurrent with this filing, Mr. James has filed a separate motion to dismiss Counts 8 and 13 of the indictment, in which Mr. James is named as the sole defendant.

_____/s/_____
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of July, 2021, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____
Joan Robin