# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-28-3 (APM) |
| JOSHUA JAMES | : | |

---

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE MOTIONS

Joshua James, through counsel, respectfully requests that the Court grant him additional time to file additional motions he may deem necessary. Mr. James has no objection to the continued exclusion of time from the Speedy Trial calculation. The government has informed counsel that it does not oppose this request. As grounds for his motion, Mr. James states the following:

1. He will have filed two substantive motions, including a motion for a bill of particulars, by the current motion's deadline of July 1, 2021.

2. Because the government has made clear that an additional indictment (which could include more charges or more defendants) is possible, and because Mr. James is unaware of which, if any, currently charged defendant will be proceeding to trial, it is impossible to assess, prepare, and file motions regarding severance of counts or defendants at this time.

3. While the government has provided discovery in accordance with the timeline discussed at previous hearings, discovery is not complete. Counsel for Mr. James has also not had time to substantially review the provided discovery, much of which is not related directly to Mr. James but may be offered at his trial against others under a

co-conspiracy admissibility theory.  Counsel needs additional time to assess motions excluding such evidence, and to what extent that category of evidence bears on the question of severance of defendants. For example, the government has provided counsel with many hours of body-cam footage from January 6, 2021, most of which does not involve Mr. James. The same is true of electronic communications. While some of such evidence will surely be admitted at Mr. James' trial, counsel has not had adequate time review it to determine whether its' admission against him could raise a constitutional issue.

4.  Counsel needs additional time to research the facts and law related to potential motions to suppress evidence, including motions related to the breadth of government search warrants for electronic data.

For the above-stated reasons, Mr. James respectfully requests that his motion be granted, and that the deadline for the filing of pre-trial motions be extended for a reasonable period to be discussed at the hearing of this motion. Mr. James proposes the setting of a motion's deadline at the time the Court sets a trial date.

Respectfully submitted,

By Counsel

The Law Office of Christopher Leibig

_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
(703) 683 4310
Chris@chrisleibiglaw.com

The Law Office of Joan Robin
Virginia Bar No. 44502
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
703 349 1111