# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-CR-28 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## MOTION TO ADOPT CO-DEFENDANT HARRELSON'S MOTION TO DISMISS COUNTS 1, 2, 3, 4 & 12 OF THE FOURTH SUPERSEDING INDICTMEN T

The Accused, Joshua James, through counsel, respectfully requests that the Court allow him to join co-defendant Kenneth Harrelson's motion to dismiss counts 1, 2, 3, 4 and 12 of the indictment. *See* docket entry 278. To the extent that the motion is fact-specific to Mr. Harrelson, the legal analysis applies equally to all defendants, if granted. Further, it is in the interest of judicial economy to grant this motion.

Respectfully submitted,

_____/s/_____
Joan C. Robin
Virginia Bar No. 44502
Pro Hac Vice
Law Office of Joni C. Robin, PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com


_____/s/_____
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant

> 114 N. Alfred Street
> Alexandria, Virginia 22314
> (703) 683 4310
> chris@chrisleibiglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of July, 2021, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

> _____/s/_____
> Joan Robin