IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 21-CR-28 (APM) |
| | : | |
| **JOSHUA JAMES,** | : | |
| *Defendant* | : | |

## NOTICE OF JOINING PRETRIAL MOTIONS

The Accused, Joshua James, through counsel, respectfully provides notice to the Court and the parties that he joins and adopts the pretrial motions set forth below:

• Motion to Transfer Venue, filed by Co-Defendant Caldwell on July 1, 2021 (docket entry 273)

• Motion to Dismiss, filed by Co-Defendant Crowl on July 5, 2021 (docket entry 288)

Respectfully submitted,

_____/s/_____
Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com


_____/s/_____
Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 31st day of August, 2021, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

                  _____/s/_____
                      Joan Robin