# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-CR-28 (APM) |
| **JOSHUA JAMES** | : | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO ATTEND MOTIONS HEARING

COMES NOW the Defendant, Joshua James, by and through counsel, and without objection from the Government, and requests that this Court amend his Conditions of Release, and in support of said motion states as follows

1) Mr. James wishes to attend the motions hearing in-person on September 8, 2021.

2) Counsel for Mr. James will be presenting argument on Mr. James' pending motions at that hearing.

3) The Government does not oppose the present request.

For the above-stated reasons, Mr. James respectfully requests that the Court amend the Defendant's conditions of release to authorize the Defendant to attend, in-person, the motions hearing set for September 8, 2021, in Washington, D.C.[1]

Respectfully submitted,

---

[1] Mr. James plans to seek permission from pre-trial services to travel to Virginia for a meeting with counsel the day prior to attending the Court hearing on September 8, 2021. Such meeting is already authorized by his conditions of release upon notice to and compliance with pre-trial services.

By Counsel

_____/s/_____

Christopher Leibig, Esq.
Virginia Bar No. 40594
Counsel for Defendant
114 N. Alfred Street
Alexandria, Virginia 22314
(703) 683 4310
chris@chrisleibiglaw.com

_____/s/_____

Joan C. Robin
Virginia Bar No. 44502
Law Office of Joni C. Robin, PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-349-1111
Fax: 571-279-6851
joni@jonirobinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2021, I will electronically file the foregoing Notice with the Clerk of Court using the CM/ECF system, which will then send a notification of said filing (NEF) to counsel of record.

_____/s/_____

Christopher Leibig